WILLIAM A. MOLINSKI (SBN 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Tel:  +1-213-629-2020 / Fax:  +1-213-612-2499

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105-2669
Tel:   +1-415-773-5700 / Fax:  +1-415-773-5759

E. JOSHUA ROSENKRANZ (*pro hac vice*)
jrosenkranz@orrick.com
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
ELYSE D. ECHTMAN (*pro hac vice*)
eechtman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York  10019-6142
Tel:  +1-212-506-5000 / Fax:  +1-212-506-5151

MARK A. LEMLEY (SBN 155830)
mlemely@durietangri.com
MICHAEL PAGE (SBN 154913)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California  94111
Tel:  +1-415-362-6666

Attorneys for Defendants
DISH Network L.L.C. and Dish Network Corp.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, INC., TWENTIETH CENTURY FOX FILM CORP., and FOX TELEVISION HOLDINGS. INC., <br><br> Plaintiffs, <br><br> v. <br><br> DISH NETWORK L.L.C. and DISH NETWORK CORP., <br><br> Defendants. | Case No. CV12-04529 GHK (SHx) <br><br> **NOTICE OF RULING ON ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER BY UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF NEW YORK** |

1    Attached hereto as Exhibit A is a copy of an Order to Show Cause and

2  Temporary Restraining Order issued by the Honorable Laura T. Swain, United

3  States District Judge for the Southern District of New York, in which the Court

4  ordered, *inter alia*, as follows:

5                IT IS FURTHER ORDER that, good and sufficient cause

6                having been shown, Fox, together with its officers, agents,

7                servants, employees, attorneys and other parties acting in

8                concert with it, is hereby restrained and enjoined, pending

9                the hearing and determination of this motion, from further

10               prosecuting in any manner whatsoever the action titled

11               *Fox Broadcasting Company, Inc., Twentieth Century Fox*

12               *Film Corp., and Fox Television Holdings, Inc. v. DISH*

13               *Network L.L.C. and DISH Network Corp.*, Case No. 12-

14               CV-04529 (C.D. Cal.) (Anderson, J.).  (sic)

15  Exhibit A, p. 2.

16  Dated:       May 30, 2012              Respectfully submitted,

17                                          Orrick, Herrington & Sutcliffe LLP

18

19                                          By: */s/ William A. Molinski*
20                                              WILLIAM A. MOLINSKI
                                                Attorneys for Defendants
21                                              DISH Network L.L.C. and Dish
                                                Network Corp.

22

23

24

25

26

27

28

NOTICE OF RULING
CASE No. CV1204529 (GHK (SHx)

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C.,

Plaintiff,

v.

AMERICAN BROADCASTING
COMPANIES, INC., CBS CORPORATION,
the FOX ENTERTAINMENT GROUP, INC.,
FOX TELEVISION HOLDINGS, INC., FOX
CABLE NETWORK SERVICES, L.L.C., and
NBCUNIVERSAL MEDIA, L.L.C.,

Defendants.

12 Civ 4155 (LTS) (KNF)

[PROPOSED] ORDER TO SHOW
CAUSE AND TEMPORARY
RESTRAINING ORDER

Upon the Declaration of Elyse D. Echtman, dated May 29, 2012, including a certification

of compliance with this Court's Individual Rules 2(b)(i)(A) and 2(b)(ii) that counsel for DISH

Network L.L.C. has used its best efforts to meet and confer with counsel for defendants Fox

Entertainment Group, Inc., Fox Television Holdings, Inc. and Fox Cable Network Services,

L.L.C. (collectively "Fox"), CBS Corporation ("CBS") and NBCUniversal Media, L.L.C.

("NBC") in an effort to resolve this motion, and the exhibits thereto, the Declaration of David

Shull, dated May 28, 2012, and the Memorandum of Law in Support of DISH Network L.L.C.'s

Motion for an Anti-Suit Injunction and Temporary Restraining Order, and all pleadings

heretofore and herein, it is hereby:

ORDERED, that Fox, CBS and NBC show cause before this Court on ~~the~~ July

2 ~~28~~, 2012, at 6 o'clock p.m., or as soon thereafter as counsel may be heard in

Courtroom 11C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, New York, 10007-1312, why an order should not be made and entered herein, pursuant to

Rule 65 of the Federal Rules of Civil Procedure, and the inherent powers of this court, enjoining

and restraining Fox, CBS and NBC, together with their officers, agents, servants, employees, attorneys and other parties acting in concert with them, from prosecuting the actions titled *Fox Broadcasting Company, Inc., Twentieth Century Fox Film Corp, and Fox Television Holdings, Inc. v. DISH Network L.L.C. and DISH Network Corp.*, Case No. 12-CV-04529 (C.D. Cal.) (King, J.), *NBC Studios, L.L.C., Universal Network Television, L.L.C., Open 4 Business Productions L.L.C., and NBCUniversal Media, L.L.C. v. DISH Network Corporation and DISH Network L.L.C.*, Case No. 12-CV-04536 (C.D. Cal.) (Lew, J.) *CBS Broadcasting Inc., CBS Studios Inc., and Survivor Productions L.L.C. v. DISH Network Corporation and DISH Network L.L.C.*, Case No. 12-CV-4551 (C.D. Cal.) (Anderson, J.) or any further litigation embracing the facts alleged in this action or the above-referenced actions in the Central District of California.

IT IS FURTHER ORDERED that, good and sufficient cause having been shown, Fox, together with its officers, agents, servants, employees, attorneys and other parties acting in concert with it, is hereby restrained and enjoined, pending the hearing and determination of this motion, from further prosecuting in any manner whatsoever the action titled *Fox Broadcasting Company, Inc., Twentieth Century Fox Film Corp, and Fox Television Holdings, Inc. v. DISH Network L.L.C. and DISH Network Corp.*, Case No. 12-CV-04529 (C.D. Cal.) (Anderson, J.).

IT IS FURTHER ORDERED that papers in opposition to this motion, if any, be served [*and any cross motion to dismiss*] on DISH's attorneys so as to be received by them, in hand or by e-mail, on or before June 8, 2012, at 12 o'clock p.m. *Noon*

IT IS FURTHER ORDERED that ~~reply~~ [*reply and cross motion opposition*] papers, if any, be served on Fox, CBS and NBC or their attorneys so as to be received by them, in hand or by e-mail, on or before June 18, 2012, at 12 o'clock p.m.

Reply papers on cross motion by June 21, 2012 at 12 pm.

Courtesy copies of all papers to chambers at time of filing and service. All papers to be filed when served.

Exhibit A – Page 3

IT IS FURTHER ORDERED that [no] security of $_____ shall be posted by defendants [on or before _____, 2012, at _____ o'clock ___.m.]; and

IT IS FURTHER ORDERED that service of this order and the papers upon which it is based shall be made upon all defendants in the same manner as required for service of process, pursuant to Rule 4 of the Federal Rules of Civil Procedure, on or before May 31, 2012, at 12 o'clock p.m., with courtesy copies to be provided by email to counsel for Fox, CBS and NBC that have appeared in the above-referenced actions in the Central District of California.

GRANTED on May 30, 2012, at 10²⁵ o'clock A.m. at New York, New York.

_____
Hon. Laura T. Swain
United States District Judge

Exhibit A – Page 4