1   WILLIAM A. MOLINSKI (SBN 145186)
    wmolinski@orrick.com
2   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
3   Los Angeles, California  90017
    Tel:  +1-213-629-2020 / Fax:  +1-213-612-2499
4
    ANNETTE L. HURST (SBN 148738)
5   ahurst@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
6   405 Howard Street
    San Francisco, California 94105-2669
7   Tel:   +1-415-773-5700 / Fax:  +1-415-773-5759

8   E. JOSHUA ROSENKRANZ (*pro hac vice*)
    jrosenkranz@orrick.com
9   PETER A. BICKS (*pro hac vice*)
    pbicks@orrick.com
10  ELYSE D. ECHTMAN (*pro hac vice*)
    eechtman@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
    51 West 52nd Street
12  New York, New York  10019-6142
    Tel:  +1-212-506-5000 / Fax:  +1-212-506-5151
13
    MARK A. LEMLEY (SBN 155830)
14  mlemley@durietangri.com
    MICHAEL PAGE (SBN 154913)
15  mpage@durietangri.com
    DURIE TANGRI LLP
16  217 Leidesdorff Street
    San Francisco, California  94111
17  Tel:  +1-415-362-6666

18  Attorneys for Defendants
    DISH Network L.L.C.

19                    UNITED STATES DISTRICT COURT

20                   CENTRAL DISTRICT OF CALIFORNIA

21

22  FOX BROADCASTING COMPANY,         Case No. CV12-04529 GHK (SHx)
    INC., TWENTIETH CENTURY FOX
23  FILM CORP., and FOX TELEVISION    **[PROPOSED] ORDER
    HOLDINGS. INC.,                   GRANTING EXTENSION OF
24                                    TIME TO RESPOND TO INITIAL
                   Plaintiffs,        COMPLAINT**
25
          v.                          Complaint served: May 24, 2012
26                                    Current response date: June 14, 2012
    DISH NETWORK L.L.C. and DISH      New response date: 20 Days After
27  NETWORK CORP.,                    Ruling on Motion for an Anti-Suit
                                      Injunction
                   Defendants.
28

E-FILED 06/13/2012

[Proposed] Order to Extend Time To Respond to Initial
Complaint
CASE NO. CV1204529 (GHK (SHx)

1   The Court, having read and considered the JOINT STIPULATION

2   REGARDING EXTENSION OF TIME TO RESPOND TO INITIAL

3   COMPLAINT  (the "Stipulation") filed by defendant DISH Network L.L.C., and

4   stipulated to by plaintiffs Fox Broadcasting Company, Inc., Twentieth Century Fox

5   Film Corp., and Fox Television Holdings Inc. ("Fox") , and good cause appearing

6   therefore,

7       **IT IS ORDERED that**:

8       1.      Defendant Dish Network L.L.C. shall have until 20 days after the

9   Court in the New York Action rules on the Motion for an Anti-Suit Injunction to

10  file and serve its response to the Complaint.

11  Dated:  6/12_____, 2012      _____

12                                    Honorable George H. King
                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order to Extend Time To Respond to Initial
Complaint
CASE NO. CV1204529 (GHK (SHx)