WILLIAM A. MOLINSKI (SBN 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Tel:  +1-213-629-2020 / Fax:  +1-213-612-2499

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105-2669
Tel:  +1-415-773-5700 / Fax:  +1-415-773-5759

E. JOSHUA ROSENKRANZ (*pro hac vice*)
jrosenkranz@orrick.com
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
ELYSE D. ECHTMAN (*pro hac vice*)
eechtman@orrick.com
LISA T. SIMPSON (*pro hac vice filed*)
lsimpson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York  10019-6142
Tel:  +1-212-506-5000 / Fax:  +1-212-506-5151

MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
MICHAEL PAGE (SBN 154913)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California  94111
Tel:  +1-415-362-6666

Attorneys for Defendants DISH Network
Corporation and DISH Network L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, INC., TWENTIETH CENTURY FOX FILM CORP., and FOX TELEVISION HOLDINGS. INC., <br><br> Plaintiffs, <br><br> v. <br><br> DISH NETWORK L.L.C. and DISH NETWORK CORP., <br><br> Defendants. | Case No. CV12-04529 DMG (SHx) <br><br> **PUBLIC VERSION** <br><br> **DECLARATION OF JOHN HAUSER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:      September 21, 2012 <br> Time:     9:30 a.m. <br> Ctrm:     7 (2nd Floor) |

I, John Hauser, declare:

1.      Except as otherwise stated herein, I have personal knowledge of the facts stated in this declaration and can testify on them competently if called upon to do so.

2.      I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

3.      I am the Kirin Professor of Marketing at the MIT Sloan School of Management at the Massachusetts Institute of Technology ("MIT"). I have served MIT in a number of capacities, including Head of the Marketing Group, Director of the Center for Innovation in Product Development, Director of the International Center for Research on the Management of Technology, and Area Head for Management Science at MIT. The Management Science Area at the Sloan School of Management includes, among other groups, the Marketing Group and the Statistics Group. The principal focus of my research and teaching at MIT as been in the areas of marketing management, new product and service development, consumer satisfaction, marketing research, and competitive marketing strategy. I have also headed the Virtual Customer Initiative at MIT, which focused on the use of online methods to gather information about consumers. I have conducted research on online advisors related to online purchases and have evaluated alternative forms of directed communication, including online brochures, online communities, and targeted mailings. I have performed academic and consulting in marketing and in marketing research.

4.      I am the author of over eighty articles and papers, as well as the textbooks *Design and Marketing of New Products* and *Essentials of New Product Management*. In addition, I served as editor-in-chief of *Marketing Science* and have held senior editorial positions with *Management Science,* the *Journal of Marketing Research*, and the *Journal of Product Innovation Management*. I have also received numerous awards for excellence in research and teaching in marketing and

DECLARATION OF JOHN HAUSER
CASE NO. CV1204529 DMG (SHx)

marketing research, and was recognized by the American Marketing Association with the Converse Award for "outstanding contributions to the development of the science of marketing." In September of 2001, I received the Parlin Marketing Research Award, "the oldest and most distinguished award in the [marketing research] field" according to the American Marketing Association. I am a Fellow of the Institute for Operations Research and Management Science ("INFORMS") and an inaugural Fellow of the INFORMS Society of Marketing Science. I have also served as a trustee of the Marketing Science Institute.

5.     I have served as an expert witness or offered consulting services in numerous litigations, including but not limited to cases on consumer confusion and false advertisement, product confusion, claims substantiation, Lanham Act cases, trademark and patent infringement, copyright infringement, intellectual property, market research, and survey design. Most of my expert testimony has involved surveys and other market research to measure consumers' attitudes, beliefs, and intentions. I have been called upon to project what consumer behavior would have been under different market scenarios, to measure the importance of product features, to measure the impact of rumors, to evaluate marketing research with respect to advertising claims, and to investigate the potential for consumer confusion. I have also served as a consultant to dozens of major corporations, including General Motors, Fidelity Investments, American Airlines, Procter & Gamble, and IBM.  My *curriculum vitae* is included as Exhibit 1 to this declaration.

6.     I hereby submit this declaration in support of DISH Network L.L.C.'s and DISH Network Corp.'s ("DISH") Opposition to the Motion for Preliminary Injunction submitted by Fox Broadcasting Company, Inc., Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. ("Fox").

7.     I was asked by counsel for DISH to evaluate recent academic studies, industry reports and various data  concerning the prevalence and utilization of digital video recording devices ("DVRs"), and the effects that such devices have on

television watching behavior. Specifically, I was asked to do so in the context of Fox's motion for a preliminary injunction against DISH and its claims that DISH's "PrimeTime Anytime" and "AutoHop" features "devalue FOX's commercial air time in the eyes of advertisers, usurp FOX's control over the timing and manner in which FOX has chosen to exploit its copyrighted works, and threaten to disrupt FOX's ability to license its programs and recoup its massive investment."[1]

8.     In connection with this assignment, I reviewed select academic studies published between 2004 and 2012, various DISH and other industry data, other data and sources related to the penetration rates of DVRs, other television recording devices (e.g., videocassette recorders ("VCRs")), and other technology relevant to television watching. A list of the materials I relied on in connection with this assignment are included in Exhibit 2. Given the nature of these proceedings, my analyses are on-going. I reserve the right to continue my evaluation of the studies cited in this report and may conduct additional research. My conclusions and opinions may be updated if additional information is made available.

9.     Part of the work for this investigation was performed under my direction by others at Analysis Group, Inc. ("AG"). AG is an economics and litigation consulting firm headquartered in Boston, Massachusetts. My compensation is not contingent on the nature of my findings or on the outcome of this litigation.

**Summary of Conclusions**

10.     The technologies at issue in this matter are features of a set-top box offered by DISH, a satellite distributor of television content. In particular, the set-top box at issue is called the "Hopper." Among other features, the Hopper allows households to choose to enable a feature called "PrimeTime Anytime," which will record and save programs offered by Fox network broadcast during the period from

---

[1] Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, August 22, 2012, pp. 1-2.

8:00 p.m. to 11:00 p.m. Eastern Standard Time (or Eastern Daylight Savings Time, when appropriate) on Monday through Saturday and from 7:00 p.m. to 11:00 p.m. on Sunday ("primetime") as well as the primetime content distributed by the three other leading networks, ABC, CBS and NBC. If households choose to employ the "AutoHop" feature when viewing the recorded content, the feature will skip over advertising blocks shown between breaks in a program.

11.     A significant body of research and data from both academic and industry sources have analyzed the effect that DVRs and other technology have had on television viewing, networks, and advertising (as cited in this declaration). These studies indicate that a significant amount of television content (including advertisements) continues to be viewed live, and that even where viewing is delayed, advertisements are not always avoided. Based on these analyses and the extent to which the DISH features at issue have been adopted to date, Fox has provided no credible evidence that household viewing behavior has been altered or will be altered in a material manner from the introduction of the PrimeTime Anytime or AutoHop technologies.

12.     Although my research is on-going, I provide support demonstrating that it is unlikely that these new DISH features will have any material effect on viewer behavior with respect to viewing commercials during Fox primetime shows. ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████ Further, academic research and industry research indicates that most television continues to be watched live or same day, despite the adoption of DVRs. Thus, additional options for advertising avoidance (particularly one, such as AutoHop, that is not available for same-day use) may have little to no effect on television viewing behavior. In addition, many of the shows that Fox offers during primetime are of the type typically viewed live

(i.e., reality TV and animation), making it even less likely that the features offered by DISH will change viewer behavior with regard to Fox shows.

**The Adoption of Television Recording Devices and DISH's Hopper**

13.      Recent data indicate that numerous television recording devices have been adopted by the 114 million U.S. television households. ████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████

14.      Nielsen, a global leader in measuring television and media, has issued a Television Audience Report showing trends in television ownership in the U.S. over time. In 2012, an estimated 114.7 million households will own at least one television.[2] In addition, recording devices that can be used to time-shift television programming, such as VCRs and DVRs, have been adopted by households to varying degrees. In 2012 an estimated 47.4 million (41%)[3] U.S. television households owned a DVR, while 65.2 million (57%) owned a VCR.

15.      DISH's Hopper set-top box was introduced in March of 2012.



[2] Nielsen Television Audience Report 2010-2011, p. 5 [Attached as Exhibit 3].

[3] Nielsen Television Audience Report 2010-2011, p. 5.  I note that other industry reports have estimated DVR adoption rates for May 2012 to be even higher, at 43%. See TVB, "TV Basics" June 2012, p. 5.

[4] Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, August 22, 2012, p. 4.

[5]

17.     Viewer preferences (including their price sensitivity) help determine which options viewers will choose. Research considered to date indicates that purchase and use decisions vary widely across television households. Households that decide to adopt the Hopper have determined that DISH and the particular features of the Hopper DVR are worth the costs associated with the product, including: monthly subscription fees for the DISH Network's satellite programming packages (prices vary, but can range from $24.99 to $74.99 per month),[7] possible DVR-upgrade fees (may range from $99 to $199 if the customer opts for other programming packages),[8] and monthly DVR fees (starting at $10 per month),[9] as well as switching costs (i.e., the cost it takes an individual to learn how to use the new equipment). In addition, an adopting household must want to (and be able or permitted to) mount a satellite dish so that they can receive a DISH signal. All of the factors come in to play when households are deciding whether they will choose DISH's Hopper.

**Consumer Television Watching Behavior and the Avoidance of Advertisements**

18.     Television recording devices, like the Hopper, provide viewers with the option to time-shift their television viewing as well as different methods by

---

[7] See DISH Website "Find Your Package," available at http://www.dish.com/entertainment/packages/, visited on August 29th, 2012. Prices reported are one year promotional prices subject to customers signing a two-year agreement, and are only for new and qualifying former DISH customers.

[8] See DISH website "Offer Details," available at http://www.dish.com/legal/offers/, visited on August 29th, 2012.

[9] See PC Mag "Dish Network Hopper Review," available at http://www.pcmag.com/article2/0,2817,2403072,00.asp, visited on August 29th, 2012.

1   which commercial advertising can be avoided. Many viewers value both the ability

2   to record television programming to watch when more convenient, and potentially

3   to avoid the advertisements by fast-forwarding through the commercials.[10]

4   Evidence on how viewers behave when watching television suggests that the

5   introduction of the Hopper would have little to no impact on the degree of

6   advertisement avoidance by television viewers. As one industry analyst noted, the

7   Hopper and its AutoHop feature "is unlikely to contribute any meaningful threat to

8   the approximately $15 billion advertising segment for the broadcast networks."[11]

9          19.   ████████████████████████████████

10   ████████████████████████████████████████

11   ████████████████████████████████████████████

12   ███  Specifically, for there to be a change in the way households view Fox

13   advertising, (i) households that own a Hopper must elect to use PrimeTime

14   Anytime, (ii) that same user must elect to use AutoHop and (iii) those households

15   must be ones who would have viewed the program without skipping commercials

16   but for the DISH features. Further, one would need to net out potential benefits

17   from the possibility of a larger audience for Fox primetime shows arising from the

18   DISH features at issue.

19          20.   ████████████████████████████████

20   ███████████████████████████████████████

21   ████████████████████████████████████████

22   ████████████████████████████████████████

23

24

---

[10] See, for example, Ferguson, D. and E. Perse, "Audience Satisfaction among Tivo and ReplayTV Users," *Journal of Interactive Advertising*, Vol. 4, No. 2, 2004, pp. 1-8 (hereafter "Ferguson and Perse (2004)") at p. 4; Smith, S. and D. Krugman, "Exploring Perceptions and Usage Patterns of Digital Video Recorder Owners," *Journal of Broadcasting & Electronic Media*, Vol. 54, No. 2, 2010, pp. 248-264 at pp. 257-258;

[11] "Auto Hop touches a nerve; models point to limited impact." SNL Kagan Financial - Multichannel Market Trends, May 22, 2012, p. 1  [Attached as Exhibit 4]. I understand that Dr. Richard Rapp has undertaken a comprehensive review of the opinions offered of DISH's features and their impact on television networks in connection with his expert declaration in this proceeding.



21.     Second, even where users have enabled PrimeTime Anytime, an effect on the viewing of Fox advertising content is further conditioned on the decision to avoid advertisements offered during the broadcast. However, studies suggest that even for viewers with DVRs capable of time-shifting television programming and skipping commercials, the majority of television viewing is done live.[13]

---

[12]

[13] See, for example Bronnenberg, B., J. Dube, and C. Mela, "Do Digital Video Recorders Influence Sales?" *Journal of Marketing*, Vol. XLVII, 2010, pp. 998-1010 (hereafter "Bronnenberg et al. (2010)") at p. 1008; Nielsen, "State of the Media – Snapshot of Television Use in the U.S.," September 2010, p. 3 [Attached as Exhibit 5]; Cabletelevision Advertising Bureau, "Time-Shifting in 2012," p. 14.

[14]

[15]

CASE NO. CV1204529 DMG (SHx)

22.     Third, evidence suggests that there already exist a number of methods for skipping commercials available to households, thus it is likely that a large number of television viewers avoided advertising before the introduction of the Hopper.[16] As early as 1955, the remote control was being promoted as a way television viewers could "shut off long, annoying commercials."[17]  As described above, many households own a television recording device that would allow users to skip commercials in recorded content by fast-forwarding or using a "30-second skip" feature available with many DVRs.[18] Furthermore, studies have shown that television viewers do not always use DVR technology to avoid advertisements, and may avoid advertisements by changing the channel during commercials, leaving the room, or by simply turning their attention away from the television to other individuals in the room with them during commercial breaks.[19] In addition, economists have noted that it is logical to conclude that households that most value television programming without advertisements are more likely to have invested in a recording device like a DVR.[20] Thus, the availability of the Hopper and its features may cause little additional commercial skipping via delayed viewing, and instead may be a substitute for existing methods of skipping advertisements. This is particularly true given AutoHop is not the only means of advertising avoidance

---

[16] For example, see Bronnenberg et al. (2010), p. 1008; Ferguson and Perse (2004), p. 4; Beneke, J., S. De Lame, V. Simpson, and K. van der Merwe, "Marketing in the PVR Era – An Exploratory Study into Changes in Viewing Habits and Brand Recognition of Young Adults in South Africa," *International Retail and Marketing Review*, 2011, pp. 54-72 (hereafter "Beneke et al. (2011)") at pp. 63-64. .

[17] Flash-Matic Tuning (advertisement), THE NATIONAL GEOGRAPHIC MAGAZINE, Sept., 1955 [Attached as Exhibit 6].

[18] For example, Comcast, a cable provider associated with NBC, offers DVRs with remote controls that users can program to enable a 30-second skip feature. See CNET "How to program a 30-second skip button for Comcast DVRs," available at http://howto.cnet.com/8301-11310_39-57404724-285/how-to-program-a-30-second-skip-button-for-comcast-dvrs/, visited on August 29, 2012.

[19] For example, see Beneke et al. (2011) at p. 64; Bronnenberg et al. (2010), p. 1008; Bellman, S., J. Rossiter, A. Schweda, and D. Varan, "How Coviewing Reduces the Effectiveness of TV Advertising," *Journal of Marketing Communications*, 2011, pp. 1-16 at p. 1.

[20] Anderson, S. and J. Gans, "Platform Siphoning: Ad-Avoidance and Media Content," *American Economic Journal: Microeconomics*, Vol. 3, 2011, pp. 1-34 at p. 12.

- 10 -

available to Hopper DVRs owners, who can also fast-forward or 30-second skip some or all commercials.

23.   The likelihood that household viewing behavior would be affected by DISH's features may be further minimized by the type of program Fox broadcasts during primetime. Although, both industry and academic studies have found that primetime television is commonly recorded for later viewing,[21] industry studies have also found that sports, reality programming, and evening animation are likely to be viewed live rather than delayed. For example, a 2004 Forrester study found that 80 percent of viewers watch sports programming in real time. A more recent Nielsen study (2010) found that 95 percent of sports programming was viewed live, 77 percent of reality/variety programming was viewed live, and 80 percent of evening animation was viewed live.[22] Therefore, the extent of any alleged impact is likely dependent on the particular type of Fox program broadcast, and the likelihood that viewers typically skip commercials in that type of program.

24.   The PrimeTime Anytime feature records 22 hours of primetime content.  According to Fox's fall 2012/2013 program guide, Fox plans to offer 15.5 hours of weekly primetime programming in its 2012/2013 lineup, with the remaining primetime hours possibly used by affiliates for local news or other content.[23]  Of that 15.5 hours, more than half (8.5 hours) are dedicated to the types of programs I identified above as being more typically viewed live.[24] Almost

---

[21] See, for example, "State of the Media: DVR Use in the U.S.," *Nielsen*, December 2010, p. 2 [Attached as Exhibit 7]; Boullier, D. and F. Huet, "Dematerialization in the AV Industry, from Boxes to Attention: A Case Study of a Newcomer, Tivo" *Communications and Strategies*, No. 71, 2008, pp. 37-56 at p. 40; Barkhuus, L. and B. Brown, "Unpacking the Television: User Practices Around a Changing Technology," *ACM Transaction on Computer-Human Interaction*, Vol. 16, No. 3, 2009, pp. 1-22 (hereafter "Barkhuus and Brown (2009)") at p. 9.

[22] Bernoff, Josh, "The Mind Of The DVR User: Media And Advertising," *Forrester Research*, September 8, 2004, p. 3, available at http://scholar.googleusercontent.com/scholar?q=cache:NqQazhGWH3cJ:scholar.google.com/+The+mind+of+the+DVR+User&hl=en&as_sdt=0,22, visited on August 15, 2012; "State of the Media: DVR Use in the U.S.," *Nielsen*, December 2010, p. 4.

[23] "FOX Schedule Grids_combo_2012-13_2.pdf." Available at http://www.fox.com/programming/, downloaded on August 30, 2012 [Attached as Exhibit 8].

[24] "FOX Schedule Grids_combo_2012-13_2.pdf." Available at http://www.fox.com/programming/, downloaded on August 30, 2012.

twenty percent will be dedicated to sports programming (three of 15.5 hours), with another twenty percent dedicated to reality television, and 16 percent (2.5 of 15.5 hours) dedicated to animation, two other categories with a higher share of live viewing.[25]

25.　In fact, I understand that the AutoHop feature is not available for sports programming or local news.  Therefore, no impact on commercial skipping behavior is even possible for these programs, which represent more than 10 percent (2.5 hours, plus any time dedicated to local news) of the total 22-hour Fox primetime block.  Finally, to the extent that delayed viewing occurs within the same day of the original broadcast, the potential effect of AutoHop, which cannot be used when viewing before 3:00 am the next day, is even further limited.[26]

26.　As a result of all of these factors, evidence suggests that any customer using the AutoHop feature is likely to have skipped advertisements in primetime programming even if AutoHop had not been available to them. Thus, the Hopper features at issue are unlikely to facilitate a significant change in the commercial-skipping behavior of viewers.

**Consumer Behavior and the Secondary Market for Distribution of Fox Programming**

27.　The Hopper is also unlikely to negatively impact Fox's secondary (or "non-linear") methods for distributing Fox programming, such as Video on Demand, Next-Day Internet Streaming, Free Internet Streaming, Mobile Streaming, Digital Sales, and DVD and Blu-ray. Given that these technologies are in their formative stage, any conclusion about the nature or extent of an effect of the Hopper on Fox for secondary distribution is at best speculative.

---

[25] "FOX Schedule Grids_combo_2012-13_2.pdf." Fox's fall schedule includes three primetime hours dedicated to a reality/variety program called "The X Factor," three primetime hours dedicated to sports programming, and 2.5 primetime hours to several animated programs.

[26] For example, a 2010 Nielsen study found that overall, 49 percent of time-shifted primetime broadcast programming is played back the same day it was recorded. See "State of the Media: DVR Use in the U.S.," *Nielsen*, December 2010, p. 3.

28.     While data on television viewing using these secondary methods are not available for all of the methods, evidence indicates that they represent a small portion of network primetime content distribution, both for Fox and in general.  For example, with respect to Video on Demand ("VOD"), a recent industry report noted that as of 2010, U.S. VOD viewership is quite small and only represents 1 percent of all U.S. TV viewership (see Figure 2 below).[27]

**Figure 2**
**Video on Demand Viewing vs. All U.S. TV Viewing - 2010**



VOD Viewing was 1% of All TV U.S. Viewing on a Household Basis

■ 2010 VOD Viewing Hours

■ 2009/2010 Season Total TV Viewing Household-Hours less VOD

**Source:** The Diffusion Group, "Making Ad-Supported VOD Work," February 2012, p. 13

29.

_____

[27] The Diffusion Group, "Making Ad-Supported VOD Work," February 2012, p. 7. In addition, the study notes that advertisers have been reluctant to use VOD because the platform has been unable to support dynamic ad insertion and measurement. Thus, it is unlikely that Fox's overall advertising revenue would be drastically impacted by any negative effect on its VOD advertising revenue.



30.

31.     Viewer preferences largely influence how households decide to watch and collect television programming, which may be particularly important for programming that is obtained through secondary markets for distributing content. To the extent viewers want to be able to view programming on their mobile devices, purchasing the program through a mobile streaming provider or via a digital store (e.g., Apple's iTunes) may be viewed as a complementary good to the recorded content in the Hopper's memory.[30] For example, one academic study found that a sample of television viewers that owned DVRs preferred to purchase DVD box-sets for a variety of reasons, even though they had the ability to record the programming with their DVRs for no additional charge.[31]

32.

---

[28]

[29]

[30] I understand that the Sling Adapter, an additional piece of DISH hardware that is compatible with the Hopper, streams video content from the Hopper to user's internet-connected devices (e.g, smart phone, tablet, etc.). To the extent the user would like to have a copy of a program stored in the device's memory, it is necessary to purchase the content from some alternative vendor (e.g., iTunes). In this way, the Hopper and the Sling Adapter are not perfect substitutes for other digital sales distributors.

[31] Barkhuus and Brown (2009), pp. 17-18.

1   Therefore, any conclusion about the nature or extent of an effect of the Hopper on

2   Fox in this regard is speculative at this time.

3   **Conclusion**

4       33.    The academic studies and industry studies I have considered suggest

5   that DISH's recent innovations are unlikely to alter viewer behavior in a way that

6   would materially impact Fox. In fact, there is some evidence that such services may

7   increase the audience penetration of Fox's prime time shows. Further, any

8   conclusion about the effect of the Hopper on secondary distribution channels is

9   necessarily speculative because those distribution channels are in their formative

10  stage and may to serve to complement, as opposed to substitute for, television

11  viewing. I reserve the right to continue my evaluation of the studies cited in this

12  report. I may update my analyses and conclusions if additional information

13  becomes available, if additional research is conducted, or based on further study.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

May 2012

*ACADEMIC VITA (long version)*
# John R. Hauser

*Address*

MIT Sloan School of Management
Massachusetts Institute of Technology, E62-538
Cambridge, Massachusetts 02142
(617) 253-2929
hauser@mit.edu;  web.mit.edu/hauser/www

*Education*

Sc.D.     M.I.T., 1975, Operations Research Dissertation: "A Normative Methodology for Predicting Consumer Response to Design Decisions: Issues, Models, Theory and Use."

        Advisor: John D. C. Little. Committee members: Glen L. Urban and Moshe Ben-Akiva.

S.M.     M.I.T., 1973, Civil Engineering (Transportation Systems Division)

S.M.     M.I.T., 1973, Electrical Engineering

S.B.     M.I.T., 1973, Electrical Engineering
Joint Thesis (S.M.'s and S.B.):  "An Efficient Method to Predict the Impacts of Operating Decisions for Conventional Bus Systems."  Advisor: Nigel Wilson.

*Lifetime Achievement Awards*

Parlin Award 2001, The American Marketing Association describes this award as "the oldest and most distinguished award in the marketing research field."

Converse Award 1996, the American Marketing Association,  for "outstanding contributions to the development of the science of marketing."

Churchill Award 2011, the American Marketing Association, Market Research Special Interest Group, for "Lifetime achievement in the academic study of marketing research."

Fellow of the Institute for Operations Research and Management Science (INFORMS)

Inaugural Fellow of the INFORMS Society of Marketing Science (ISMS)

Highly Cited Researcher (ISI Web of Science), Since 2006.

*Awards for Published Papers*

| INFORMS Society of Marketing Science | ISMS Long Term Impact Award, 2012, Finalist |
| | ISMS Long Term Impact Award, 2011, Finalist |
| | John D.C. Little Best-paper Award, 2009, Finalist |
| | John D.C. Little Best-paper Award, 2003, First Place |
| | John D.C. Little Best-paper Award, 1998, Finalist |
| (formerly The Institute | John D.C. Little Best-paper Award, 1994, Finalist |
| of Management Science) | John D.C. Little Best-paper Award, 1993, First Place |
| | John D.C. Little Best-paper Award, 1990, Honorable Mention |

EXHIBIT 1 - PAGE 17

Best paper in Marketing Sciences Literature, 1984, Honorable mention.
Best Paper in Marketing Sciences Literature, 1983, First Place.
Best Paper in Marketing Sciences Literature, 1982, First Place.
Two published articles were cited in 2007 as one of "the top 20 marketing science articles in the past 25 years.

American Marketing Association:     Explor Award (Leadership is on-line market research), 2004, First-Place
Finalist, Paul Green Award for contributions to marketing research, 2004
MSI Award for Most Significant Contribution to Practice of Marketing in 1996.
Finalist, O'dell Award for best paper in the *Journal of Marketing Research*, published in 1986, awarded in 1991.

One of the top 50 most prolific marketing scholars (top journals) in the last 25 years (1982-2006).  Total articles, rate of publication, and author-adjusted rate.

Product Development Management Assoc.   Best Paper Award, Finalist, 2003.
Best Paper Award, Finalist, 2002.
One of ten most-cited papers in the *Journal of Product Innovation Management*.
One of the top articles in educational citations in the last twenty years.

Sawtooth Software Conference        Best Presentation and Paper, 2006; Runner-up, 2008.

European Society of Marketing Research:   Best Paper at Rome conference, September 1984.

Emerald Management Reviews          2010 Citation of Excellence (top 50 of 15,000 published papers in 2009)

Doctoral Consortia Faculty          American Marketing Association, 1979, 1984, 1985, 1986, 1988, 1989, 1991, 1993, 1995, 1997, 1998, 2001, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2012.

INFORMS Society of Marketing Science, 2002 (founding member), 2003, 2004.

European Marketing Academy, 1985

*Awards, Teaching*

MIT Sloan School of Management:     Nominated for Excellence in Teaching Award 2000, 2007, 2008.
Named "Outstanding Faculty" by *Business Week Guide to the Best Business Schools* (1995).
Excellence in Teaching Award 1994 (Awarded by the Master's Student class).

*Awards for Thesis Supervision*

American Marketing Association (Ph.D.):   Winner John Howard Dissertation Award (2010, Matt Selove, Committee)
Co-winner John Howard Dissertation Award (2005, Olivier Toubia)
1st Place (1981, Ken Wisniewski)
Honorable Mention (1979, Patricia Simmie).

INFORMS (Ph.D.)                     Winner of the Frank Bass Award (2004, Olivier Toubia, awarded 2005)
Winner of the Frank Bass Award  (1989, Abbie Griffin, awarded 1995)

MIT Sloan School of Management (Ph.D.):   1st Place (1987, Peter Fader)

MIT Sloan School of Management (Master's):   1st Place (1991, Jon Silver and John Thompson)
1st Place (1983, Steve Gaskin)
Honorable Mention (1982, Larry Kahn).

EXHIBIT 1 - PAGE 18

*Awards, Other*

| | |
|---|---|
| Who's Who in America | Since 1997 |
| Who's Who in Management Science | Since 2000 |
| Who's Who in Economics | Since 2003 |
| Who's Who in Finance and Business | Since 2009 |
| Harvard Business School: | Marvin Bower Fellow, 1987 - 1988. |
| National Science Foundation Fellowship: | 1971 - 1974. |
| M.I.T.: | National Scholar, 1967 - 1971. |
| Honor Societies: | Tau Beta Pi, Eta Kappa Nu, Sigma Xi |

*Directorships, Trustee, Advisory Board*

| | |
|---|---|
| 1988 – Present | Founder, Principal, Board Member, Applied Marketing Science, Inc. |
| March 2003 – July 2009 | Trustee, Marketing Science Institute |

*Academic Appointments*

| | |
|---|---|
| January 1989 - Present: | Kirin Professor of Marketing<br>MIT Sloan School of Management<br>Massachusetts Institute of Technology<br>Cambridge, Massachusetts 02142 |
| July 2010 – June 2011 | Head, Marketing Group |
| July 2005 – June 2009: | Area Head, Management Science Area |
| July 1988 – June 2003: | Head, Marketing Group |
| September 1993 - May 2000: | co-Director, International Center for Research on the Management of Technology |
| September 1997 - May 2000: | Research Director, Center for Innovation in Product Development |
| June 2001 – June 2006: | Virtual Customer Initiative Leader, Center for Innovation in Product Development |
| July 1984 - January 1989: | Professor of Management Science<br>MIT Sloan School of Management<br>Massachusetts Institute of Technology<br>Cambridge, Massachusetts 02142 |
| July 1987 - June 1988: | Marvin Bower Fellow<br>Harvard Business School<br>Harvard University<br>Cambridge, Massachusetts 02163 |
| March 1985 - May 1985: | Visiting Lecturer |

EXHIBIT 1 - PAGE 19

European Institute of Business Administration
Fontainebleau, FRANCE

September 1980 - June 1984:    Associate Professor of Management Science
MIT Sloan School of Management
Massachusetts Institute of Technology
Cambridge, Massachusetts 02142

September 1975 - August 1980:    Assistant Professor of Marketing and of Transportation
(granted tenure and promoted in 1980)
Graduate School of Management and Transportation Center
Northwestern University
Evanston, Illinois 60201

*Teaching Interests*
Marketing Management, New Product and Service Development, Competitive Marketing Strategy, Marketing Models, Measurement and Marketing Research, Research Methodology.

*Research Interests*
Virtual customer methods for rapid customer feedback via the web; polyhedral methods, Greedoid methods, and related theory for the analysis of non-compensatory decision making; customer satisfaction measurement and incentive systems; quality function deployment and customer driven engineering;  market measurement, especially voice of the customer; marketing strategy, especially positioning, pricing, and advertising strategy; consumer behavior including information search, agendas, and market structure; prelaunch forecasting and information acceleration for new products; and design and marketing of new products and services, hierarchical Bayes methods for continuous-time Markov processes, website morphing, logical analysis of data, cognitive complexity.

*Texts*

Urban, Glen L. and John R. Hauser, *Design and Marketing of New Products*, Prentice-Hall, Second Edition 1993.

A comprehensive text that integrates advanced, state-of-the-art techniques to provide graduate-level students and marketing professionals with an understanding of the techniques and an operating ability to design, test, and implement new products and services.

This text has been honored by being selected for both the Prentice-Hall International Series in Management and the Series in Marketing.  It has been adopted at a number of major universities.  In a 1988 survey it was identified as the most widely used new product textbook at the graduate level.

The revision includes new material on designing for quality, reduced cycle times, prelaunch forecasting, quality improvement, defensive and competitive strategy, value mapping, the integration of marketing and engineering, new issues of organization, customer satisfaction, and new international examples.  It is available in Korean and is being translated into Japanese and Chinese.

Third most cited work in the *Journal of Product Innovation*, 1984-2004. (Cited May 2010.)

Urban, Glen L., John R. Hauser, and Niki Dholakia, *Essentials of New Product Management*, Prentice Hall, 1986.

This is an undergraduate textbook which presents the essential concepts but written for a non-technical audience.  It has been translated to Japanese and has sold well in Japan.

4

EXHIBIT 1 - PAGE 20

Hauser, John R., *Applying Marketing Management: Four Simulations*, Scientific Press, 1986.

> This mini-text and software package contains four tutorial exercises for marketing management concepts.  With this package students learn positioning, competitive strategy, new product development, and life cycle forecasting while using the personal computer to simulate marketing management problems.  A detailed instructor's manual and transparency masters are also available.  It is available in Japanese.

Hauser, John R., *ENTERPRISE: An Integrating Management Exercise*, Scientific Press, 1989.

> This mini-text and software package contains a comprehensive competitive simulation.  Students compete in six markets by making marketing and production decisions.  A detailed instructor's manual and administrative software is also available.  It is available in Japanese.

*Journal Editor*

> *Marketing Science*, Editor-in-Chief for volumes 8, 9, 10, 11, 12, and 13 (1989-1994).  Four issues per year including periodic editorials and journal management.  Processed about 120 new papers per year.

*Journal Publications*

> *Citations Reports:* January 2012 Google Scholar; 12,381 citations and an H-index of 44 from http://scholar.google.com/citations?user=N6s8mO4AAAAJ&hl=en.  ISI Web of Science : 3,163citations with an H-index of 30. Not included in automatic ISI report: Design and Marketing of New Products (352) Defensive Marketing Strategies (189), Testing Competitive Market Structures (54), and Dynamic Model of Consumer Response (27). Revised ISI H-index of 31.

> Hauser, John R., Songting Dong, and Min Ding (2012), " Self-Reflection and Articulated Consumer Preferences," forthcoming, *Journal of Product Innovation Management*.

> Hauser, John R. (2012), "Consideration-Set Heuristics," forthcoming,  *Journal of Business Research*.

> Dzyabura, Daria and John R. Hauser (2011), "Active Machine Learning for Consideration Heuristics," *Marketing Science*, 30, 5, (September-October), 801-819.

> Hauser, John R. (2011), "A Marketing Science Perspective on Recognition-Based Heuristics (and the Fast and Frugal Paradigm)," *Judgment and Decision Making*, 6, 5, (July), 396-408.

> Ding, Min, John Hauser, Songting Dong, Daria Dzyabura, Zhilin Yang, Chenting Su, and Steven Gaskin (2011), "Unstructured Direct Elicitation of Decision Rules,"  *Journal of Marketing Research*, 48, (February), 116-127.

> Hauser, John R., Olivier Toubia, Theodoros Evgeniou, Daria Dzyabura, and Rene Befurt (2010), "Cognitive Simplicity and Consideration Sets," *Journal of Marketing Research*, 47, (June), 485-496.

> Urban, Glen L., John R. Hauser, Guilherme Liberali, Michael Braun, and Fareena Sultan (2009), "Morph the Web to Build Empathy, Trust, and Sales," *Sloan Management Review*, 50, 4, (Summer), 53-61.

> Hauser, John R., Glen L. Urban, Guilherme Liberali, and Michael Braun (2009), "Website Morphing," *Marketing Science*, 28, 2, (March-April), 202-224. Lead article with commentaries by Andrew Gelman, John Gittins, and Hal Varian.  Includes rejoinder.

> > Finalist, John D. C. Little Award for Best Article in the Marketing Sciences Literature, 2009.

> > 2010 Emerald Management Reviews Citation of Excellence for one of best articles published in the top 400 business and management journals in 2009.  (Top 50 of 15,000 articles.)

EXHIBIT 1 - PAGE 21

Toubia, Olivier, John R. Hauser and Rosanna Garcia (2007),  "Probabilistic Polyhedral Methods for Adaptive Choice-Based Conjoint Analysis: Theory and Application," *Marketing Science*, 26, 5, (September-October), 596-610.

    Co-winner, American Marketing Association, John Howard Dissertation Award, 2005

Yee, Michael, Ely Dahan, John Hauser, and James Orlin (2007), "Greedoid-Based Non-compensatory Two-Stage Consideration-then-Choice Inference," *Marketing Science*, 26, 4, (July-August), 532-549.

    First Place, American Marketing Association Explor Award, 2004

Toubia, Olivier and John R. Hauser (2007), "On Managerial Efficient Designs,"  *Marketing Science*, 26, 6, (November-December), 851-858.

Garcia, Rosanna, Paul Rummel, and John R. Hauser (2007), "Validating Agent-Based Marketing Models Using Conjoint-Analysis," *Journal of Business Research*, 60, 8, (August), 848-857.

Hauser, John R., Gerald Tellis, and Abbie Griffin (2006), "Research on Innovation: A Review and Agenda for Marketing Science," *Marketing Science*, 25, 6, (November-December), 687-717.

    Cited by Thomson Reuters' Essential Science Indicators as a Fast Breaking Paper in Economics and Business in April 2009.

Hauser, John R. and Olivier Toubia (2005), "The Impact of Utility Balance and Endogeneity in Conjoint Analysis," *Marketing Science*, 24, 3, (Summer), 498-507.

Glen L. Urban and John R. Hauser (2004), "'Listening-In' to Find and Explore New Combinations of Customer Needs," *Journal of Marketing*, 68, (April), 72-87.

Toubia, Olivier, John R. Hauser, and Duncan Simester (2004), "Polyhedral Methods for Adaptive Choice-based Conjoint Analysis," *Journal of Marketing Research*, 41, 1, (February), 116-131.

    Finalist, Paul Green Award for contributions to the practice of marketing research.

Toubia, Olivier, Duncan I. Simester, John R. Hauser, and Ely Dahan (2003), "Fast Polyhedral Adaptive Conjoint Estimation,"  *Marketing Science*, 22, 3, (Summer), 273-303.

    First Place, John D. C. Little Award for Best Article in the Marketing Sciences Literature, 2003

    First Place, Frank M. Bass Award for Best Article Based on a Dissertation, 2005.

    Finalist, INFORMS Society for Marketing Science Long Term Impact Award, 2011

    Finalist, INFORMS Society for Marketing Science Long Term Impact Award, 2012

Dahan, Ely and John R. Hauser (2002), "The Virtual Customer," *Journal of Product Innovation Management*, 19, 5, (September), 332-354.

    Finalist, PDMA Best Paper Award in 2003.

EXHIBIT 1 - PAGE 22

Hauser, John R. (2001), "Metrics Thermostat," *Journal of Product Innovation Management*, 18, 3. (May), 134-153.

> Finalist PDMA Best Paper Award in 2002.

> Cited by the PDMA in 2007 as one of the top articles in the last twenty years in educational citations.

Simester, Duncan I, John R. Hauser, Birger Wernerfelt, and Roland Rust (2000), "Implementing Quality Improvement Programs Designed to Enhance Customer Satisfaction: Quasi-experiments in the United States and Spain," *Journal of Marketing Research*, 37, 1, (February), 102-112.

Hauser, John R. (1998), "Research, Development, and Engineering Metrics." *Management Science*, 44, 12, December, 1670-1689.

Hauser, John R. and Gerry Katz (1998), "Metrics: You Are What You Measure!." *European Management Journal*, 16, 5, (October), 516-528.  Highlighted in "A Round-up of Important Articles from Business Periodicals," in *Mastering Management Review* published by the *Financial Times*.

Hauser, John R., Duncan I. Simester, and Birger Wernerfelt (1997), "Side Payments in Marketing," *Marketing Science*, 16, 3, 246-255.

> Finalist, John D. C. Little Award for Best Article in the Marketing Sciences Literature, 1997.

Urban, Glen L., John R. Hauser, William J. Qualls, Bruce D. Weinberg, Jonathan D. Bohlmann and Roberta A. Chicos (1997), "Validation and Lessons from the Field: Applications of Information Acceleration," *Journal of Marketing Research*, 34, 1, (February), 143-153.

Hauser, John R. and Florian Zettelmeyer (1997), "Metrics to Evaluate R,D&E," *Research Technology Management*, 40, 4, (July-August), 32-38.

Griffin, Abbie, and John R. Hauser (1996), "Integrating Mechanisms for Marketing and R&D," *Journal of Product Innovation Management*, 13, 3, (May), 191-215.

> One of ten most-cited papers in the *Journal of Product Innovation Management* (JPIM 24, 3, 2007, p.209)

Hauser, John R., Duncan I. Simester, and Birger Wernerfelt (1996), "Internal Customers and Internal Suppliers," *Journal of Marketing Research,* 33, 3, (August), 268-280.

Urban, Glen L., Bruce Weinberg and John R. Hauser (1996), "Premarket Forecasting of Really-New Products," *Journal of Marketing,* 60,1, (January), 47-60. Abstracted in the Journal of Financial Abstracts, 2, 23A, (June) 1995.

> 1996 MSI Award for the most significant contribution to the advancement of the practice of marketing.

Hauser, John R., Duncan I. Simester, and Birger Wernerfelt (1994), "Customer  Satisfaction Incentives," *Marketing Science*, 13, 4, (Fall), 327-350.

> Finalist, John D. C. Little Award for Best Article in the Marketing Sciences Literature, 1994.

Hauser, John R., Glen L. Urban, and Bruce Weinberg (1993), "How Consumers Allocate their Time When Searching for Information," *Journal of Marketing Research,*30, 4, (November), 452-466.

Hauser, John R. (1993), "How Puritan Bennett Used the House of Quality," *Sloan Management Review*, 34, 3, (Spring), 61-70.  Reprinted in *Taiwan Philips News* (in Chinese), 23, 1, (Feb), 1994.

Griffin, Abbie and John R. Hauser (1993), "The Voice of the Customer," *Marketing Science*, 12, 1, (Winter), 1-27.

> First-place, John D. C. Little Award for Best Article in Marketing Sciences Literature, 1993.

> First Place, Frank M. Bass Award for Best Article Based on a Dissertation, 1995.

EXHIBIT 1 - PAGE 23

Cited in 2007 by the INFORMS Society of Marketing Science as one "of the top 20 marketing science articles in the past 25 years.

Griffin, Abbie and John R. Hauser (1992), "Patterns of Communication Among Marketing, Engineering, and Manufacturing -- A Comparison between Two New Product Teams," *Management Science*, 38, 3, (March), 360-373.

One of the 500 most-cited articles in the first 50 years of *Management Science*.

Urban, Glen. L., John. R. Hauser, and John. H. Roberts (1990), "Prelaunch Forecasting of New Automobiles: Models and Implementation," *Management Science*, 36, 4, (April), 401-421. Reprinted in *Modeling for Management, Vol. 1*, George P. Richardson, ed., Dartmouth Publishing Co., Hampshire England.

INFORMS (TIMS) Finalist, Best Article in Marketing Science Literature, 1990.

Hauser, John R. and Birger Wernerfelt (1990), "An Evaluation Cost Model of Consideration Sets," *Journal of Consumer Research*, 16, (March), 393-408.

Hauser, John R. and Birger Wernerfelt (1989), "The Competitive Implications of Relevant-Set/Response Analysis," *Journal of Marketing Research*, 26, 4, (November), 391-405.

Hauser, John R. and Don Clausing (1988), "The House of Quality," *Harvard Business Review*, 66, 3, (May-June), 63-73. Reprinted in *The Product Development Challenge*, Kim B. Clark and Steven C. Wheelwright, eds., Harvard Business Review Book, Boston MA 1995. Reprinted in *IEEE Engineering Management Review*, 24, 1, Spring 1996. Translated into German and published in Hermann Simon and Christian Homburg (1998), *Kunderzufriedenheit*, (Druck and Buchbinder, Hubert & Co.: Gottingen, Germany).

Fader, Peter and John R. Hauser (1988), "Implicit Coalitions in a Generalized Prisoner's Dilemma," *Journal of Conflict Resolution*, 32, 3, (September), 553-582.

Hauser, John R. (1988), "Competitive Price and Positioning Strategies," *Marketing Science*, 7, 1, (Winter), 76-91.

Hauser, John R. (1986), "Agendas and Consumer Choice," *Journal of Marketing Research*, 2 , 3, (August), 199-212. (Includes unpublished appendix containing "Proofs of Theorems and Other Results." ) Reprinted in Gregory S. Carpenter, Rashi Glazer, and Kent Nakamota (1997), *Readings on Market-Driving Strategies, Towards a New Theory of Competitive Advantage,* (Reading, MA: Addison-Wesley Longman ,Inc.)

Finalist, 1991 American Marketing Associations O'dell Award for Best Paper in *JMR* (5-year lag)

Hauser, John R. and Glen L. Urban (1986), "Value Priority Hypotheses for Consumer Budget Plans," *Journal of Consumer Research*, 12, 4, (March), 446-462.

Eliashberg, Jehoshua and John R. Hauser (1985), "A Measurement Error Approach for Modeling Consumer Risk Preference," *Management Science*, 31, 1, (January), 1-25.

Hauser, John R., and Steven P. Gaskin (1984), "Application of the `DEFENDER' Consumer Model," *Marketing Science*, 3, 4, (Fall), 327-351. Reprinted (in French) in *Recherche et Applications on Marketing*, Vol. 1, April 1986, pp. 59-92.

Urban, Glen L., P. L. Johnson and John R. Hauser (1984), "Testing Competitive Market Structures," *Marketing Science*, 3, 2, (Spring), 83-112.

INFORMS (TIMS) Finalist, Best Article in Marketing Science Literature, 1984.

Hauser, John R. (1984), "Consumer Research to Focus R&D Projects" *Journal of Product Innovation Management*,

EXHIBIT 1 - PAGE 24

1, 2, (January), 70.84.

Hauser, John R., and Steven M. Shugan (1983), "Defensive Marketing Strategy," *Marketing Science*, 2, 4, (Fall), 319-360.

>    INFORMS (TIMS) Best Article in Marketing Science Literature, 1983.

>    Cited in 2007 by the INFORMS Society of Marketing Science as one "of the top 20 marketing science articles in the past 25 years.

>    Republished in 2008 as one of eight "classic" articles in *Marketing Science*.

Hauser, John R., and Kenneth J. Wisniewski (1982), "Application Predictive Test, and Strategy Implications of a Dynamic Model of Consumer Response," *Marketing Science*, 1, 2, (Spring), 143-179.

Hauser, John R., and Kenneth J. Wisniewski (1982), "Dynamic Analysis of Consumer Response to Marketing Strategies," *Management Science*, 28, 5, (May), 455-486.

>    INFORMS (TIMS) Best Article in Marketing Science Literature, 1982.

Tybout, Alice M. and John R. Hauser (1981), "A Marketing Audit Using a Conceptual Model of Consumer Behavior:  Application and Evaluation," *Journal of Marketing*, 45, 3, (Summer), 81-101.

Hauser, John R., and Patricia Simmie (1981), "Profit Maximizing Perceptual Positions: An Integrated Theory for the Selection of Product Features and Price," *Management Science*, 27, 2, (January), 33-56.

>    One of the 500 most-cited articles in the first 50 years of *Management Science*.

Hauser, John R., Frank S. Koppelman and Alice M. Tybout (1981), "Consumer-Oriented Transportation Service Planning: "Consumer Analysis and Strategies," *Applications of Management Science*, 1, 91-138.

Hauser, John R., and Steven M. Shugan (1980), "Intensity Measures of Consumer Preference," Operation Research, 28, 2, (March-April), 278-320.

Hauser, John R., and Frank S. Koppelman (1979), "Alternative Perceptual Mapping Techniques: Relative Accuracy and Usefulness, *Journal of Marketing Research*, 16, 4, (November), 495-506.

Hauser, John R., and Glen L. Urban (1979), "Assessment of Attribute Importances and Consumer Utility Functions: von Neumann-Morgenstern Theory Applied to Consumer Behavior," *Journal of Consumer Research*, 5, (March), 251-262.

Koppelman, Frank S. and John R. Hauser (1979), "Destination Choice Behavior for Non-Grocery Shopping Trips," *Transportation Research Record*, 673, 157-165.

Hauser, John R. (1978), "Consumer Preference Axioms: Behavioral Postulates for Describing and Predicting Stochastic  Choice," *Management Science*, 24, 13, (September), 1331-1341.

Hauser, John R. (1978), "Testing the Accuracy, Usefulness and Significance of Probabilistic Models: An Information  Theoretic Approach,"  *Operations Research*, 26, 3, (May-June), 406-421.

Hauser, John R. and Glen L. Urban (1977), "A Normative Methodology for Modeling Consumer Response to Innovation," *Operations Research*, 25, 4. (July-August), 579-619.

EXHIBIT 1 - PAGE 25

*Published Notes and Commentaries*

Hauser, John R. (2011), "New Developments in Product-Line Optimization," forthcoming the *International Journal on Research in Marketing*.  Commentary on papers by Michalek, Ebbes, Adigüzel, Feinberg, and Papalambros, "Enhancing Marketing with Engineering," and Tsafarakis, Marinakis, and Matsatsinis, "Particle Swarm Optimization for Optimal Product Line Design."

Hauser, John R. (2011), "Paul E. Green: An Applications' Guru," in Vithala Rao, Ed., *Paul Green's Legends Volume: Conjoint Analysis Applications*, (Newbury Park, CA: Sage Publications).  Forthcoming.

Hauser, John R. (2011), "Perspectives on Paul E. Green," in V. Srinivasan, Ed., *Paul Green's Contributions to Conjoint Analysis – Early Years,* (Newbury Park, CA: Sage Publications).  Forthcoming.

Hauser, John R. and Steven M. Shugan (2007), "Comments on 'Defensive Marketing Strategy,'" *Marketing Science*, 27, 1, (January-February), 85-87.

Rangaswamy, Arvind , Jim Cochran, Tülin Erdem, John R. Hauser, and Robert J. Meyer (2007), "Editor-in-Chief Search Committee Report: The Digital Future is Here," *Marketing Science*, 27, 1, (January-February), 1-3.

Hauser, John R. (2006), "Twenty-Five Years of Eclectic Growth in Marketing Science," *Marketing Science* (invited commentary), 25, 6, (November-December), 557-558.

Hauser, John R., Greg Allenby, Frederic H. Murphy, Jagmohan Raju, Richard Staelin, and Joel Steckel (2005), "Marketing Science – Growth and Evolution," *Marketing Science*, 24, 1, (Winter), 1-2, invited editorial.

Hauser, John R., Scott Carr, Barbara Kahn, James Hess, and Richard Staelin (2002), "Marketing Science: A Strong Franchise with a Bright Future," *Marketing Science*, 21, 1, (Winter), invited editorial.

Hauser, John R. (1984), "Price Theory and the Role of Marketing Science,"  *Journal of Business*, Vol. 57, No. 1, (January), S65-S72.

Hauser, John R. (1980), "Comments on 'Econometric Models of Probabilistic Choice Among Products'," *Journal of Business*, 53, 3, Part 2, (July 1980), S31-S34.

*Papers in Edited Volumes and/or Proceedings*

Selove, Matthew and John R. Hauser (2010), "How Does Incorporating Price Competition into Market Simulators Affect Product Design Decisions?," *Proceedings of the Sawtooth Software Conference*, Newport Beach, CA, Oct 6-8, 2010.

Hauser, John R. and Glen L. Urban (2009), "Profile of John D. C. Little," in Saul I. Gass and Arjang A. Assad eds. *Profiles in Operations Research,* (New York, NY: Springer).

Ding, Min, Steven Gaskin, and John Hauser (2009), "A Critical Review of Non-compensatory and Compensatory Models of Consideration-Set Decisions," *2009 Sawtooth Software Conference Proceedings*, Delray, FL, March 23-27, 2009,  207-232.

Runner-up, Best Paper at Sawtooth Software Conference, 2009.

Gaskin, Steven, Theodoros Evgeniou, Daniel Bailiff, John Hauser (2007), "Two-Stage Models: Identifying Non-Compensatory Heuristics for the Consideration Set then Adaptive Polyhedral Methods Within the Consideration Set," *Proceedings of the Sawtooth Software Conference* in Santa Rosa, CA, October 17-19, 2007.

Hauser, John R. and Ely Dahan (2010), "New Product Development," in Rajiv Grover, Ed., *Essentials of Marketing Management,*  (Englewood Cliffs, NJ: Prentice Hall), forthcoming January 2011.

Toubia, Olivier, Theodoros Evgeniou, and John Hauser (2007), "Optimization-Based and Machine-Learning

EXHIBIT 1 - PAGE 26

Methods for Conjoint Analysis: Estimation and Question Design," in Anders Gustafsson, Andreas Herrmann and Frank Huber, Eds, *Conjoint Measurement: Methods and Applications*, 4E, (New York, NY: Springer). 231-258.

Hauser, John R., Ely Dahan, Michael Yee, and James Orlin (2006), ""Must Have" Aspects vs. Tradeoff Aspects in Models of Customer Decisions," *Proceedings of the Sawtooth Software Conference* in Del Ray Beach, FL, March 29-31, 2006

      Best Paper at the Sawtooth Software Conference, 2006.

Hauser, John R. and Vithala Rao (2004), "Conjoint Analysis, Related Modeling, and Applications," *Advances in Market Research and Modeling: Progress and Prospects,*, Jerry Wind and Paul Green, Eds., (Boston, MA: Kluwer Academic Publishers), 141-168.

Dahan, Ely and John R. Hauser (2003), "Product Management: New Product Development and Launching," *Handbook of Marketing*, Barton Weitz and Robin Wensley, Eds, Sage Press, (June), 179-222.

Hauser, John R. (1997), "The Role of Mathematical Models in the Study of Product Development," *Proceedings of the 14th Paul D. Converse Awards Conference*, University of Illinois, Champaign-Urbana, IL, 72-90.

Swanson, Derby A. and John R. Hauser (1995), "The Voice of the Customer: How Can You Be Sure You Know What Customers Really Want?," *Proceedings* of the 1st Pacific Rim Symposium of Quality Function Deployment, MacQuarie University, NSW Australia, February 15-17.

Little, John D. C., Leonard M. Lodish, John R. Hauser, and Glen L. Urban (1993), "Comment on `Marketing Science's Pilgrimage to the Ivory Tower' by Hermann Simon," in *Research Traditions in Marketing*, Gary L. Lilien, Bernard Pras, and Gilles Laurent, eds, (Kluwer), 45-51.

Hauser, John R. (1986), "Theory and Application of Defensive Strategy" in *The Economics of Strategic Planning,* Lacy G. Thomas, ed., (Lexington Books, D. C. Heath & Co.: Lexington, MA), 113-140. Reprinted by the Marketing Science Institute.

Hauser, John R. (1985), "The Coming revolution in Marketing Theory," in R. Russell, ed., *Marketing in an Electronic Age*, (Harvard Business School Press: Boston, MA), 344-363.

Hauser, John R. and Glen L. Urban (1984), "Consumer Durables: Actual Budgets Compared to Value Priority Model - Preliminary Results and Managerial Implications," *Proceedings* of the ESOMAR-Congress, Rome, Italy, (September).  (Awarded Best Paper at Conference).

Hauser, John R., John H. Roberts and Glen L. Urban (1983), "Forecasting Sales of a New Consumer Durable: A Prelaunch Modeling and Measurement Methodology," *Advances and Practices of Marketing Science*, Fred S. Zufryden, ed., (The Institute of Management Science: Providence, RI), 115-128.

Hauser, John R., and Glen L. Urban (1982), "Prelaunch Forecasting of New Consumer Durables: Ideas on a Consumer Value-Priority Model," in A. D. Shocker and R. Srivastava, eds., *Analytic Approaches to Product and Market Planning*, Vol. 2, (Marketing Science Institute: Cambridge Massachusetts), 276-296.

Hauser, John R. (1982), "Comments on 'A Survey of Experimental Market Mechanisms for Classical Environments'," *Research in Marketing, Supplement 1: Choice Models for Buyer Behavior*, L. McAlister, ed., (JAI Press: Greenwich, CT), Spring, 49-56.

Hauser, John R. (1981), "Comments on 'Violations of Regularity and the Similarity Hypothesis by Adding Asymmetrically Dominated Alternatives to the Choice Set'," *Proceedings of the Special Conference on Choice Theory*, Joel Huber, ed., (Duke University: Durham, NC), June.

Hauser, John R., and Frank S. Koppelman (1979), "An Empirical Comparison of Techniques to Model Consumer Perceptions and Preferences," in A. D. Shocker, ed., *Analytic Approaches to Product and Marketing Planning*,

EXHIBIT 1 - PAGE 27

(Marketing Science Institute: Cambridge, Massachusetts), 216-238.

Tybout, Alice M., John R. Hauser, and Frank S. Koppelman (1977), "Consumer-Oriented Transportation Planning: An Integrated Methodology for Modeling Consumer Perceptions, Preferences and Behavior," *Advances in Consumer Research*, Vol. 5, (Chicago, Illinois), October.

Hauser, John R. and Steven M. Shugan (1977), "Extended Conjoint Analysis with Intensity Measures and Computer Assisted Interviews: Applications to Telecommunications and Travel, " *Advances in Consumer Research*, Vol. 5, (Chicago, Illinois), October.

Hauser, John R. and Frank S. Koppelman (1977), "Designing Transportation Services: A Marketing Approach." *Proceedings of the Transportation Research Forum*, (Atlanta, GA), October, 638-652.

Hauser, John R. and Peter R. Stopher (1976), "Choosing an Objective Function Based on Modeling Consumer Perceptions and Preferences," *Proceedings of the International Conference on Cybernetics and Society*, (Washington, D.C.), November, 26-31.

## Magazine Articles

Hauser, John R., Abbie Griffin, and Steve Gaskin (2011), "The House of Quality," *Wiley International Encyclopedia of Marketing*, (Chichester, West Sussex UK: John Wiley & Sons, Ltd.).

Abbie Griffin, Steve Gaskin, Robert Klein, Gerry Katz, and John R. Hauser (2009), "The Voice of the Customer," *Wiley International Encyclopedia of Marketing*, (Chichester, West Sussex UK: John Wiley & Sons, Ltd.).

Hauser, John R. (2002), "Marketing Makes a Difference," *Marketing Management*, (January/February), 11, 1, 46-47.

Hauser, John R. (2000), "Going Overboard on Platforms," *AMS Voices,* 8.

Hauser, John R. (1997), "The Problem with Pinball," *AMS Voices,* 4.

Hauser, John R. (1996), "You Are What You Measure," *AMS Voices,* 1.

Hauser, John R. (1995), "Internal Customers," *Insight,* 4, 1.

Hauser, John R. (1994), "Quality Function Deployment," *Marketing Encyclopedia for the Year 2000*, Jeffrey Heilbrunn, ed., American Marketing Association, Chicago, IL, 60606.

Hauser, John R. (1993), "Are Customer-Satisfaction Programs Profitable?, *Insight,* 3.

Hauser, John R. (1988), "Customer Driven Engineering," *Design News,* (July 18), p. 50.

Hauser, John R. and Robert L. Klein (1988), "Without Good Research, Quality is a Shot in the Dark," *Marketing News,* Vol. 22, No. 1, January 4. Page 1.

Hauser, John R. (1986), "`Defender' Helps Mature Brands Ward off New Foes," *Marketing Educator,* 5, 3, (Fall), 5.

## Working Papers

Liberali, Guilherme, Glen L. Urban, and John R. Hauser (2012), " Competitive Information, Trust, Brand Consideration, and Sales: Two Field Experiments " (Cambridge, MA: MIT Sloan School of Management), March.

Hauser, John R., Glen L. Urban, and Guilherme Liberali (2011), "Website Morphing 2.0: Technical and Implementation Advances Combined with the First Field Experiment of Website Morphing," (Cambridge, MA: MIT Sloan School of Management), July.

EXHIBIT 1 - PAGE 28

Selove, Matthew and John R. Hauser (2011), "The Strategic Importance of Accuracy in Conjoint Design," (Cambridge, MA: MIT Sloan School of Management), July.

Lin, Song, Juanjuan Zhang, and John R. Hauser (2012), "Learning from Experience, Simply," (Cambridge, MA: MIT Sloan School of Management), March.

Urban, Glen L., Guilherme Liberali, Erin MacDonald, Robert Bordley, and John R. Hauser (2012), "Morphing Banner Advertisements," (Cambridge, MA: MIT Sloan School of Management), March.

*Draft Working Papers*

Ding, Min, John R. Hauser, and Lixin Huang (2009), "Sleuthing Game," draft working paper, (Cambridge, MA: MIT Sloan School of Management).

*Classic Working Papers (Support published papers with additional information)*

Braun, Michael, Clarence Lee, Glen L. Urban, and John R. Hauser (2009), "Does Matching Website Characteristics to Cognitive Styles Increase Online Sales?," (Cambridge, MA: MIT Sloan School of Management).

Zettelmeyer, Florian and John R. Hauser (1995), "Metrics to Evaluate R&D Groups:  Phase I, Qualitative Interviews," Working Paper, International Center for Research on the Management of Technology, MIT, Cambridge, MA, 02142.

Hauser, John R. (1991), "Comparison of Importance Measurement Methodologies and their Relationship to Consumer  Satisfaction," (Cambridge, MA: MIT Sloan School of Management).

*Research in Progress*

Review of consideration set research.  With Don Lehmann.

Review of incentive alignment in marketing research.  With Min Ding and Joel Huber.

Genetic Algorithms for Understanding Consumer Preferences with Kamal Malek and Kevin Karty.

Advertising morphing.  With Glen Urban and Gui Liberali.

Applications of conjunctive decision rules for managerial strategy in the auto industry.  With Glen Urban and Gui Liberali.

*Research Reports (not otherwise listed)*

Hauser, John R. (1996), "R&D Metrics: An Annotated Bibliography," ICRMOT Working Paper, M.I.T., Cambridge, MA 02142. (June)  Also available as a Marketing Science Institute Working Paper (November).

Hauser, John R. and Greg Cirmak (1987), "Consumer Driven Engineering for the CHEK Automobiles," Information Resources, Inc.  Report to General Motors, Inc. Details the results of a major study on consumer perceptions and preferences of luxury automobiles.  April.

Hauser, John R. (1983), "Critique of Market Studies for Cellular Radio Telephone:.  Affidavits before the FCC evaluating market studies, June and September.

Hauser, John R. (1983), "Forecasts of Demand and Cellular Radio Telephone,: Affidavits before the FCC for five major and nine minor markets.  June and April.

Hauser, John R., and J. Bertan (1982), "Auto Show Interviews," Internal Report to Buick Division of General Motors, June.

EXHIBIT 1 - PAGE 29

Hauser, John R., and Kenneth J. Wisniewski (1981), "Monitoring the Implementation of Innovative Transportation Services, Phase I: Final Report," Technical Report to the Urban Mass Transit Administration, Research Grant IL-11-0012, May.

Hauser, John R. and Kenneth J. Wisniewski (1979), "Consumer Analysis for General Travel Destinations," Technical Report, Transportation Center, Northwestern University, March.

Hauser, John R. and Steven M. Shugan (1978), "Designing and Building a Market Research Information System," Technical Report, Transportation Center, Northwestern University, February.

Hauser, John R. (1978), "Forecasting and Influencing the Adoption of Technological Innovations," Technical Report,  Transportation Center, Northwestern University, October.

Hauser, John R., Alice M. Tybout and Frank S. Koppelman (1978), "Consumer-Oriented Transportation Services Planning: The Development and Implementation of a Questionnaire to Determine Consumer Wants and Needs," Technical Report, Transportation Center, Northwestern University, October.

Tybout, Alice M., Frank S. Koppelman and John R. Hauser (1977), "Consumer Views of Transportation in Evanston:  A Report Based on Focus Group Interviews," Technical Report, Transportation Center, Northwestern University, June.

Koppelman, Frank S., John R. Hauser and Alice M. Tybout (1977), "Preliminary Analysis of Perceptions, Preferences, Beliefs and Usage of Transportation Services for Travel to Downtown Evanston," Technical, Report, Transportation Center, Northwestern University, May.

Hauser, John R. (1977), "Results of the Focus Group Interviews for Shared Ride Auto Transit," Cambridge Systematics Consultant's Report, May.

Hauser, John R. (1976), "Report on the Applicability of Attitudinal research for Improving the Effectiveness of Transportation Demand Models," Position Paper commissioned by Cambridge Systematics, Inc., April.

Wilson, Nigel, R. W. Weissberg and John R. Hauser (1976), "Advanced Dial-a-Ride Algorithms--Final Report," M.I.T. Department of Civil Engineering Technical Report, April.

Hauser, John R., et al. (1974), "The Chemung County Transit Survey."  Volunteers in Technical Assistance (a division of VISTA) publication for Chemung County, NY, June.  (Includes analysis of transportation options based on the results of the survey designed and implemented by the technical team.)

Hauser, John R. (1974), "A Cost Model for RTS (Rochester, NY) Conventional Bus Routes," M.I.T., Department  of Civil Engineering Report, January.

Hauser, John R. (1973), "An Efficient Model for Planning Bus Routes in Communities with Populations Between 20,000 and 250,000," M.I.T., Operations Research Center Working Paper OR-029-993, November.

*Research Grants*

| | |
|---|---|
| July 2007 – June 2008 | Understanding Non-compensatory Decision Making for Consideration Decisions (under Consortium with MIT Center for eBusiness and General Motors, Inc. |
| June 2000 – May 2006 | Center for Innovation in Product Development, MIT, Initiative Leader, Virtual Customer. |
| January 2001 – May 2002 | eBusiness Center at MIT.  Design and Delivery of Online Promotions.  (with John Little, Duncan Simester, and Glen Urban). |

EXHIBIT 1 - PAGE 30

| | |
|---|---|
| January 1997 – May 2000 | Center for Innovation in Product Development, Engineering Research Center Grant from the National Science Foundation.  Research Director.  In addition, research grants for non-monetary incentives, procurement metrics, and virtual customer methods. |
| June 1999 – May 2000 | "Metrics Thermostat," International Center for Research on the Management of Technology (Principal Investigator). |
| June 1999- May 2001 | "New Product Metrics at Ford and the US Navy," Center for Innovation in Product Development |
| June 1999- May 2001 | "Lean Sustainment Metrics at the USAF," Lean Sustainment Initiative at MIT |
| June 1994 - May 1999 | "Metrics to Value R&D," International Center for Research on the Management of Technology (Principal Investigator).  General topic.  Detailed proposals were for various aspects of the problem. |
| June 1991 - May 1994 | "Customer Needs, Customer Satisfaction, Sales, and Profit: Providing the Right Incentives to Engineering and R&D," International Center for Research on the Management of Technology (co-Principal Investigator with Birger Wernerfelt) |
| January 1990 - June 1992 | "Information Acceleration and Preproduction Forecasting of New Autos, Phases I and II."  General Motors Electric Vehicle Project.   (Associate) |
| December 1988 - June 1990 | "Improved Methodologies to Measure Consumer Needs," Procter & Gamble Company. (Principal Investigator) |
| September 1981 - December 1985 | "Prelaunch Forecasting System for New Consumer Durables and Its Applications to Auto Purchases," General Motors, Buick Division (co-Principal Investigator with Glen L. Urban). |
| January 1981 - May 1981 | "Marketing Approaches in Travel Demand," United Parcel Service Grant (Faculty Advisor). |
| January 1979 - August 1980 | "Monitoring the Implementation of Innovative Public Transportation Services" from University Research Program of the Urban Mass Transportation Administration (Principal Investigator). |
| July 1975 - September 1977 | "Consumer-Oriented Transportation Service Planning." from the Program of University Research, U.S. Department of Transportation (Faculty Associate). |
| September 1977 - January 1978 | "Consumer-oriented Transportation Service: Modification and Evaluation" from Program of University Research, USDOT (Faculty Associate). |
| May 1976 - September 1978 | "Enhancement of Communications with a Small Scientific Community Using Slow-Scan Televideo Terminals and Voice-Grade Telephone Lines" from the National Science Foundation (Faculty Associate). |
| January 1976 - December 1976 | "A Method for Assessing Pricing and Structural Changes on Transport Mode Use," U.S. Department of Transportation (Faculty Associate). |
| September 1976 - June 1977 | "Prediction of Urban Recreational Demand" from the National Science Foundation (Faculty Consultant). |

EXHIBIT 1 - PAGE 31

*Invited Lectures (Outside the Sloan School)*

Wharton School, University of Pennsylvania, April 2009, "Website Morphing"

Max Planck Institute for Human Development, Center for Adaptive Behavior and Cognition, Summer Institute on Bounded Rationality in Psychology and Economics, August 2006, "Greedoid-Based Non-Compensatory Consider-then-Choice Inference."

Northwestern University, Evanston, IL, April 2006, "Greedoid-based Non-compensatory Inference."

University of Michigan, Seminar Series, October 2004, "Table Stakes: Non-compensatory Consideration-then-Choice Inference."

Management Roundtable Special Conference on "Taking the Voice of the Customer to the Next Level," Boston, MA October 2004, "The Virtual Customer."

Marketing Science Institute Research Generation Conference, Atlanta, GA, May 2004, "New Products/Innovation," (with Gerry Tellis).

Marketing Science Institute Conference on Emerging Approaches for Successful Innovation, Chicago, IL, May 2003, "'Listening-In' to Find Unmet Customer Needs and Solutions."

University of California at Los Angeles, "Polyhedral CBC (and other fun stuff), February 2003

New York University, "Polyhedral Methods," March 2003.

Industrial Liaison Program – Research Directors' Conference, April 2002, "The Virtual Customer."

University of Maryland, "Polyhedral Methods for Conjoint Analysis," March 2002.

Marketing Science Institute Trustees Meeting on Marketing Outside the Silo, Boston, MA, April 2002, "Challenges and Visions for Marketing's Role in Product Development Processes."

Managing Corporate Innovation -- ILP Symposium celebrating ten years of Management of Technology Research at MIT.  "Dealing with the Virtual Customer: Fast Web-based Customer Input."  April 2001

Epoch Foundation, Cambridge, MA, October 2000, "The Virtual Customer."

Yale University Research Seminar in Marketing, New Haven, CN, March 2000, "Metrics Thermostat."

Analysis Group Economics Seminar, Boston, MA, December 1999, "The Use of Marketing Research in Litigation." Also New York, NY, March 2000 and Washington, D. C., March 2002.

Boston Chapter of the Society for Concurrent Engineering, Waltham, MA, October 1999, "Metrics Thermostat."

University of Michigan DuPont Distinguished Speakers' Series, Ann Arbor, MI, March 1998, "New Product Metrics."

Kirin Brewery Co. Limited, Tokyo, JAPAN, December 1998, "You Are What You Measure!" and "Scientific Studies of the Voice of the Customer."

NEC Corporation, Tokyo, JAPA, December 1998, "Scientific Studies of the Voice of the Customer."

University of California at Los Angeles, Los Angeles, CA, February 1997, "Research, Development, and Engineering Metrics"

EXHIBIT 1 - PAGE 32

Stanford University, Stanford, CA, December 1996, "Metrics to Value R,D&E"

University of California at Los Angeles, Los Angeles, CA, February 1997, "Research, Development, and Engineering Metrics"

Duke University, Durham, NC, "Internal Customers and Internal Suppliers," Nov. 1995.

University of Minnesota, Minneapolis, MN, "Voice of the Customer," "Internal Customers and Captive Suppliers," May 1995.

Winter Retreat, University of Florida, Gainesville, FL, "Internal Customers and Captive Suppliers," December 1993.

Product Development Association - Boston, "Design and Marketing of New Products II: Advances in Product Development Management over the Last 13 Years," May 1993.

3M, Minneapolis, MN, "Incentives to Encourage a Long-term Perspective and a Customer Focus," Workshop on "Towards a World-class Research, Development, and Engineering Organization," November 1992.

Baxter Health Care, Orange County, CA, "The Voice of the Customer," August 1992.

TIMS College on the Practice of Management Science (*New Directions in Management Science*), Cambridge, MA: "The Voice of the Customer," October 1991.

IBM, Inc., Boca Raton, FL: "Voice of the Customer for Performance Graphics," May 1991.

Kirin Brewery Company, Ltd. Tokyo, JAPAN: "New Product Development" and "Customer Satisfaction and Customer Needs," April 1991.

American Iron and Steel Institute, Detroit, MI:  "Satisfying the Customer -- Technical Issues," February 1991.

Warner Lambert, Inc., Mountain Laurel, PA: "Communication Among R&D and Marketing," October 1990.

Digital Equipment Corporation, Maynard, MA: "Voice of the Customer," May 1990.

Life Insurance Marketing and Research Association, Inc.: 31st Research Planning Conference, Boston, MA, "The House of Quality." June 1989.

University of Illinois: "Customer Driven Engineering." April, 1988.

Marketing Science Institute and IBM Thornwood Educational Facility: Quality through Customer Driven Engineering."  April, 1988.

Harvard Business School: "Customer Driven Engineering: Integrating Marketing and Engineering."  February, 1988.

Vanderbilt University: "Competitive Price and Advertising Strategies" and "Customer Driven Engineering." October, 1988.

Columbia University: "Price, Positioning, and Advertising Games: To Equilibrate of Not, Does it Pay to be Smart?" May, 1987.

New York Marketing Modelers' Club: "Would You Really Rather Have a Buick?: Prelaunch Forecasting of New Automobiles," May 1987.

M.I.T. Applied Economics: "Competitive Product Selection and Advertising Models."  April, 1987.

Northwestern University: "Agendas and Consumer Choice," August, 1986.

EXHIBIT 1 - PAGE 33

AMA Faculty Consortium on Marketing Strategy at the University Tennessee, Knoxville.  "Defender:  Analyses for Competitive Strategy," July, 1986.

Ohio State University: "Defensive and Competitive Strategy."  May, 1986.

Boston University: "Research in Competitive Strategy."  November, 1985.

Midwest Electronics Association, Minneapolis, MN: "New Products for High-Tech Firms."  October, 1985.

University of Pennsylvania: "Agendas and Consumer Choice,"  August, 1985.

Herstein Institute, Vienna Austria: "Competitive Strategy,"  May, 1985.

Cadbury-Schweppes, Birmingham, England: "New Product Development and Defensive Strategy." May, 1985.

Rhone-Poulenc and Aluminum Pechiney, Paris, France: "New Product Development."  April, 1985.

University of Michigan: "Defensive and Competitive Strategy."  February, 1985.

Marketing Science Institute Special Mini-Conference: "Defensive Marketing Strategies for Consumer Firms." September 1983.

University of Chicago, Graduate School of Business, Chicago, IL. "Agendas and Consumer Choice," May 1984.

European Institute for Business Administration (INSEAD), Fontainebleau, FRANCE. "Agendas and Consumer Choice," June 1984.

University of Connecticut. "Defensive Marketing: Theory, Measurement, and Models," April, 1983.

University of Osaka, JAPAN "Defensive Marketing: Theory, Measurement, and Models," August, 1983.

Kao Soap, Ltd., Tokyo, JAPAN: "Defensive Marketing," August, 1983.

Johnson & Johnson, K. K., Tokyo, JAPAN: "Defensive Marketing," August, 1983.

Analog Devices, Inc., Norwood, MA.  "New Product Development," May, 1982.

University of Rochester Research Seminar, "Prelaunch Forecasting of New Consumer Durables," April 1982.

Frito-Lay R & D Laboratory, Dallas, TX, "Marketing and R & D for New Products," October 1981.

University of California at Los Angels Research Seminar, "Defensive Marketing Strategies," July, 1981.

Purdue University Research Seminar, "Product Realization," October 1979.

Stanford University Research Seminar, "Product Realization,"  October 1979.

Elrick and Lavidge, Inc., Chicago, Illinois, "Product Realization,"  October 1979.

Booz, Allen and Hamilton, Inc., Chicago, Illinois, "New Service Planning for Hospitals," April 1979.

Cornell University Research Seminar, "Intensity Measures of Consumer Preference," February 1979.

University of Rochester Research Seminar, "Product Realization: Synthesis of Marketing and Economic Theory," December 1978.

EXHIBIT 1 - PAGE 34

Region VI Center of Health Planning, New Orleans, LA, "Finding the Linkage Through Marketing,: August 1978.

Nebraska Hospital Association, Kearney, NE, "Hospital Marketing Surveys," May 1978.

Executive Development Group, Waterloo Management Education Centre, Toronto, Ontario, Canada, "Designing New Industrial Products," February 1978.

Academic Update, Xavier University Graduate Program in Hospital and Health Administration, Cincinnati, OH, "Designing Hospital Services: A Marketing Approach," October 1977.

The Hospital Marketing Workshop, Ireland Educational Corporation, Chicago, Illinois, "Analyzing the Hospital Markets," January 1977 and May 1977.

Association for College Unions - International, 1976 Fall Conference in Green Bay, WI, Keynote Speech - "Designing Successful Services: A Marketing Approach," October 1976.

University of Chicago, Graduate School of Business, Research Seminar, "Testing Probabilistic Models," April 1976.

Council for the Advancement and Support of Education, Conference on Marketing Alumni Program, New York, NY, Keynote Speech, February 1976.

*Presentations at Professional Meetings (No published proceedings, some co-presented or presented by co-author[s])*

2012 AMA Sheth Foundation Doctoral Consortium, Foster School of Business, University of Washington, June 2012, Panel: 10 Steps to Successful Publishing.

INFORMS Marketing Science Conference, Boston, MA, June 2012.
- Song Lin*, Juanjuan Zhang, and John R. Hauser, "Learning from Experience, Simply."
- Glen L. Urban, Guilherme Liberali, Erin MacDonald, Robert Bordley, and John R. Hauser*, "Morphing Banner Advertising"
- Matt Selove* and John R. Hauser, "The Strategic Importance of Accuracy in Conjoint Design."
- Panel: Research Opportunities at the Marketing/Operations Interface

The 2012 Theory & Practice in Marketing (TPM) Conference on Marketing Strategy, Harvard University, Boston, MA. May 2-3, 2012. Glen L. Urban, Guilherme Liberali, Erin MacDonald, Robert Bordley, and John R. Hauser*, "Morphing Banner Advertising."

New England Marketing Conference, Cambridge, MA, October 28, 2011. Gui Liberali, Glen L. Urban and John R. Hauser*, " Providing Unbiased Competitive Information to Encourage Trust, Consideration, and Sales: Two Field Experiments."

Yale School of Management, Center for Customer Insight, The Customer Insights Conference, New Haven, CT, May 12-14, 2011. John R. Hauser and Matthew Selove*, "The Strategic Importance of Accuracy in the Relative Quality of Conjoint Analysis."

INFORMS Marketing Science Conference, Cologne, Germany, June 2010 (*indicates primary presenter if not me)
- Liberali, Guilherme*, John R. Hauser, and Glen L. Urban, "Optimal Time-to-Morph and Cognitive Costs of Morphing."
- Liberali, Guilherme, Glen L. Urban, and John R. Hauser, "Do Competitive Test Drives and Product Brochures Improve Sales?"
- Urban, Glen L.*, Jong Moon Kim, Erin MacDonald, John R. Hauser and Daria Dzyabura,  "Developing Consideration Rules for Durable Goods Markets."

EXHIBIT 1 - PAGE 35

2010 Advanced Research Techniques Forum, San Francisco, CA, June 6-9, 2010, "Unstructured Direct Elicitation of Non-compensatory and Compensatory Decision Rules," with Min Ding, Songting Dong*, Daria Dzyabura (listed as Silinskaia), Zhilin Yang, Chenting Su, and Steven Gaskin.

2009 AMA Sheth Foundation Doctoral Consortium, J. Mack Robinson College of Business, Georgia State University, June 2009.  E-Commerce and Digital Marketing Topics.

INFORMS Marketing Science Conference, Ann Arbor, MI, June 2009 (* indicates primary presenter if not me)
- "An Empirical Test of Incentive-Compatible Direct Elicitation of Heuristic Decision Rules for Consideration and Choice," with Min Ding, Songting Dong, Daria Dzyabura, Zhilin Yang, Chenting Su, and Steven Gaskin.
- "Adaptive Profile Evaluation to Identify Heuristic Decision Rules in "Large" and Challenging Experimental Designs," with Daria Dzyabura (formerly Silinskaia)* and Glen L. Urban..
- "Morphing Websites in the Presence of Switching Costs," with Guilherme Liberali* and Glen L. Urban.
- "Continuous-Time Markov-Process with Misclassification:  Modeling and Application to Auto Marketing," with Glen L. Urban* and Guilherme Liberali.
- "An Incentive-Aligned Sleuthing Game For Survey Research," with Min Ding*
- "Would You Consider a Buick Even if It Were #1 in JD Power?" with Erin MacDonald* and Glen Urban
- "Cognitive Simplicity and Consideration Sets," with Rene Befurt*, Daria Dzyabura, Olivier Toubia, and Theodoros Evgeniou
- "John D. C. Little, a Pioneer in Marketing Science (Festschrift paper)," with Glen L. Urban

INFORMS Marketing Science Conference, Vancouver, B.C., June 2008 (* indicates primary presenter if not me)
- "Cognitive Styles and Website Design," with Michael Braun, Glen L. Urban, and Clarence Lee.
- Modeling Cognitive Complexity to Predict Consideration Sets," with Daria Dzyabura (formerly Silinskaia)*, Theodoros Evgeniou, Olivier Toubia, and Rene Befurt.
- "Morphing Websites to Match Individual Cognitive Styles," with Michael Braun*, Glen L. Urban, and Guilherme Liberali

Sawtooth Software Conference, Delray, FL, March 2009, "A Critical Review of Non-compensatory and Compensatory Models of Consideration-Set Decisions," with Min Ding and Steven Gaskin

AMA Doctoral Consortium, Robert J. Trulaske, Sr. College of Business, University of Missouri, June 2007, "Looking Ahead: Directions for Scholarly Research in Marketing" and  "Building Teaching Effectiveness: Stimulating Student Interest."

Sawtooth Software Conference, Santa Rosa, CA, October 2007, "Two-Stage Models: Identifying Non-Compensatory Heuristics for the Consideration Set then Adaptive Polyhedral Methods Within the Consideration Set," with Steven Gaskin, Theodoros Evgeniou, Daniel Bailiff.

AMA Advance Research Technologies Forum, Sante Fe, New Mexico, June 2007, "Two-Stage Models: Identifying Non-Compensatory Heuristics for the Consideration Set then Adaptive Polyhedral Methods Within the Consideration Set," with Steven Gaskin, Theodoros Evgeniou, and Daniel Bailiff.

AMA Doctoral Consortium, W. P. Carey School of Business, Arizona State University, May 2007, "Consideration The New Battlefield in Product Development."

Agent-based Models of Market Dynamics and Consumer Behaviour, University of Surrey, Guildford, UK, January 2006, "Co-opetition for the Diffusion of Resistant Innovations:  A Case Study in the Global Wine Industry using an Agent-based Model." with Rosanna Garcia.  Also  presented at the American Marketing Association's Advanced Research Techniques (ART) Forum in June 2006 at Monterrey CA.

AMA Doctoral Consortium, University of Maryland, College Park, MD, July 2006, "Creating Value: Products and Brands."

Marketing Science Conference, University of Pittsburgh, Pittsburgh, PA, June 2006, "A Truth-telling Sleuthing Game for Survey Research," with Min Ding.

EXHIBIT 1 - PAGE 36

Marketing Science Conference, University of Pittsburgh, Pittsburgh, PA, June 2006, On Managerially Efficient Experimental Designs,: with Olivier Toubia.

Sawtooth Software Conference on Conjoint Analysis, Delray Beach, FL, March 2006, "Must Have" Aspects vs. Tradeoff Aspects in Models of Customer Decisions," with Michael Yee, James Orlin, Ely Dahan.

AMA Doctoral Consortium, University of Connecticut, Storrs CT, June 2005, "The Virtual Customer."

Marketing Science Conference, Emory, Atlanta, GA, June 2005, "Direct, Nonparametric Product Optimization Using Interactive Genetic Algorithms," with Kamal Malek and Kevin Karty.

Marketing Science Conference, Emory, Atlanta, GA, June 2005, "Non-Deterministic Polyhedral Methods for Adaptive Choice-Based Conjoint Analysis: Application to the Diffusion of the New Wine Cork," with Olivier Toubia and Rosanna Garcia.

Marketing Science Conference, Emory, Atlanta, GA, June 2005, "Greedoid-Based Non-compensatory Two-Stage Consideration-then-Choice Inference," with Michael Yee, Jim Orlin, and Ely Dahan.

Marketing Science Doctoral Consortium, Rotterdam, The Netherlands, June 2004, "Research that Has Impact."

Marketing Science Conference, Rotterdam, The Netherlands, June 2004, "Improving Choice-Based Polyhedral Methods by Taking Response Error into Account," with Olivier Toubia.

Marketing Science Conference, Rotterdam, The Netherlands, June 2004, "The Dream Versus Reality of CRM," with Glen L. Urban, Eric Bradlow, and, Mahesh Kumar.

Marketing Science Conference, Rotterdam, The Netherlands, June 2004, "Non-compensatory Consideration-then-Choice Adaptive Conjoint Analysis," with Michael Yee and James Orlin.

AMA Doctoral Consortium, Texas A&M University, College Station, TX, June 2004, "Virtual Customer Initiative."

AMA Advanced Research Techniques Forum, June 2004, "Conjoint Adaptive Ranking Database System (CARDS)," with Ely Dahan, James Orlin, and Michael Yee.

AMA Doctoral Consortium, University of Minnesota, Minneapolis, MN, June 2003, "The Review Process."

Marketing Science Doctoral Consortium, University of Maryland, June 2003, "Roots of Marketing Science Thought," with John Little.

Marketing Science Conference, University of Maryland, June 12-15, 2003, "Individual-level Adaptation of Choice-Based Conjoint Questions: More Efficient Questions and More Accurate Estimation," (with Olivier Toubia and Duncan Simester).

Marketing Science Conference, University of Alberta, Canada, June 28, 2002, "Configurators, Utility Balance, and Managerial Use," (with Duncan Simester and Olivier Toubia).

Marketing Science Doctoral Consortium, University of Alberta, Canada, "Helping Managers Structure and Make Decisions," June 27, 2002.  (Founding Consortium).

Marketing Science Conference, University of Alberta, Canada, June 28, 2002, "Adaptive Choice-Based Conjoint Analysis with Polyhedral Methods," (with Duncan Simester and Olivier Toubia*).

Advances in Marketing Research and Modeling: The Academic and Industry Impact of Paul E. Green, Wharton, Philadelphia, PA, May 2002, "New Methods of Data Collection and Estimation Using Polyhedral Estimation Techniques."

EXHIBIT 1 - PAGE 37

Production and Operations Management Society (POMS) Conference 2002 - High Tech POM, San Francisco, CA, April 2002, "The Virtual Customer," (with Ely Dahan*).

Product Development Association (PDMA) International Research Conference, Santa Clara, CA, October 2001, "The Virtual Customer," (with Ely Dahan*).

New England Marketing Conference, Cambridge, MA, September 2002, "Fast Polyhedral Adaptive Conjoint Estimation," (with Ely Dahan, Duncan Simester, and Olivier Toubia).

Marketing Science Conference, Wiesbaden, Germany, July 2001, "Empirical Test of Web-based Conjoint Analysis Including ACA, Efficient Fixed Designs, Polyhedral Methods, and Hybrid Methods," (with Ely Dahan, Duncan Simester, and Olivier Toubia*)

Marketing Science Conference, Wiesbaden, Germany, July 2001, "Evaluation of Fast Polyhedral Adaptive Conjoint Estimation," (with Duncan Simester and Olivier Toubia).

The 12th Annual Advanced Research Techniques Forum, Amelia Island, Florida, June 2001, "The Virtual Customer: Communication, Conceptualization, and Computation," (with Ely Dahan*).

AMA Doctoral Consortium, University of Miami, June 2001, "Role of Technology in Marketing."

Marketing Science Conference, UCLA, June 2000, "Applications of the Metrics Thermostat."

Marketing Science Conference, UCLA, June 2000, "The Virtual Customer." (with Ely Dahan and Duncan Simester).

Marketing Science Institute Marketing Metrics Workshop, Washington, D.C. October 1999, "Metrics for New Product Development: Making Agency Theory Practical," Plenary Speaker.

Marketing Science Conference, Syracuse, NY, May 1999, "Balancing Customer Input, Speed to Market, and Reduced Cost in New Product Development: What is the Most Profitable Strategy"

ICRMOT Conference on Technology Alliances and New Product Development: A Cross-cultural Perspective, Mishima, JAPAN, December 1998, "You Are What You Measure!"

AMA Doctoral Consortium, Athens, Georgia, August 1998, "Quantitative Advances in Marketing Models."

AMA Winter Educators' Conference, Austin, TX, February 1998 (Plenary Speaker), "New Challenges in the Marketing-Product Development Interface."

AMA Doctoral Consortium, Cincinnati OH, August 1997, "Working with Industry."

Marketing Science Conference, Berkeley CA, March 1997, "Cultivating Technological Managers for Customer Expertise."

Marketing Science Institute Conference on Interfunctional Interfaces: The Management of Corporate Fault Zones, Palo Alto, CA, December 1996, "Multi-Stage Modeling of R&D/Marketing Interfaces in New Product Development."

Marketing Science Conference, Berkeley CA, March 1997, "Cultivating Technological Managers for Customer Expertise."

Envisioning the Future on Internet Marketing: Research and Strategy Implications, M.I.T., September 1996, "Agents and Intermediaries: Roles, Trust, and Value."

"Can R&D be Evaluated on Market-Driven Criteria?," (with Florian Zettelmeyer). Marketing Science Conference, University of Florida, Gainesville, March 1996

EXHIBIT 1 - PAGE 38

"Information Acceleration," (with Glen Urban, William Qualls, Bruce Weinberg, Jon Bohlmann, and Roberta Chicos).  Wharton Conference on Innovation in Product Development, Philadelphia, PA, May 1995.

"Metrics by Which Managers Evaluate R&D Groups," (with Florian Zettelmeyer).  Association of Consumer Research, Boston, MA, October 1994.

"Satisfying the Internal Customer," (with Birger Wernerfelt and Duncan Simester) Marketing Science Conference, University of Arizona, Tucson, AZ, March 1994.

"Customer-Satisfaction Based Incentive Systems,"  AMA Educator's Conference, Boston, MA, August 1993.

"Marketing in the 1990s: Emerging Issues," AMA Doctoral Consortium, University of Illinois, August 1993.

 "Quality Function Deployment and the Voice of the Customer," Pharmaceutical Management Science Association, Phoenix AZ, May 1993.

"In a World of Active Time-constrained Customers, How Can a Firm be the Great Communicator," (with Birger Wernerfelt), Marketing Science Conference, Washington University, St. Louis, MO, March 1993.

"Customer Needs, Customer Satisfaction, Sales, and Profit," (with Birger Wernerfelt, Ronit Bodner, and Duncan Simester), ORSA/TIMS Joint National Conference, San Francisco, CA, November 1992.

"Customer Satisfaction and Employee Rewards," (with Birger Wernerfelt, Ronit Bodner, and Duncan Semester), Marketing Science Conference, London, England, June 1992.

"Information Acceleration and Preproduction Forecasting of Electric Autos," (with Glen L. Urban and Bruce Weinberg), Marketing Science Conference, London, England, June 1992.

"The Voice of the Customer and Customer Satisfaction," ORSA/TIMS Joint National Meeting, Anaheim, CA, October 1991.

"Modeling Marketing Phenomena," AMA Doctoral Consortium, University of Southern Calif. August 1991.

"Relationship of Satisfaction to Customer Needs and to Market Share," 1st Congress on Customer Satisfaction and Market-Driven Quality, American Marketing Association, Orlando FL, May 1991.

"Time Flies When You're Having Fun: How Consumers Allocate Their Time When Evaluating Products" (with Bruce  Weinberg, Glen Urban, and Miguel Villas-Boas), Marketing Science Conference, Wilmington, DL, March 1991.

"Information Acceleration and Preproduction Forecasting of New Autos," (with Glen Urban, and Bruce Weinberg), Marketing Science Conference, Wilmington, DL, March 1991.

"Beyond Quality Function Deployment," ORSA/TIMS Joint National Meeting, Philadelphia, PA October 1990. (Conference-wide Tutorial)

"Competitive Marketing Strategies," Operations Research 1990 (Osterreichische Gesellschaft fur Operations Research), Vienna, Austria, August 1990.  (Invited Speaker)

"New Product Development: A Quantitative Analysis of Interfunctional Communication" (with Abbie Griffin), Marketing Science Conference, Urbana, IL, March 1990.

"Integrated Product Development: New Methodological Developments" (with Abbie Griffin), Marketing Science Conference, Durham, N.C., March 1989.

EXHIBIT 1 - PAGE 39

"Customer Driven Engineering" (with Gregory Cirmak and Robert Klein), ORSA/TIMS Joint National Meeting, Washington, D.C., April 1988.

"Competitive Advertising and Pricing in Duopolies" (with Birger Wernerfelt), Marketing Science Conference, Seattle, Washington, March  1988.

"Customer Driven Engineering" (with Abbie Griffin), Marketing Science Conference, Seattle, Washington, March 1988.

"Customer Needs," Visions of Design Practices for the Future, Newton, MA, October 1987.

"Effective Strategies in Oligopoly" (with Peter Fader), ORSA/TIMS Joint National Meeting, Miami Beach, Florida, November 1986.

"Competitive Strategy Contest: Result and Analysis" (with Peter Fader), Marketing Science Conference, Dallas, TX, March 1986.

"The PC As a Tool to Teach Complex Marketing Science Concepts," Marketing Science Conference, Dallas, TX, March 1986.

"The Coming Revolution in Marketing Theory," Plenary Speaker, European Marketing Conference, Bielefeld, West Germany.  April 1985.

"Defensive Strategy" Confer. on Economics of the Firm, Universite de Paris X, Nanterre, France, April 1985.

"Competitive Marketing Strategies" Marketing Science Conference, Nashville, Tennessee, March 1985.

"Developing New Product Management: Past Progress, Current Efforts, Current Needs" (Panel) Marketing Science Conference, Nashville, Tennessee, March 1985.

"Testing Competitive Marketing Structures: Theory and Applications" (with Glen Urban) ORSA/TIMS Joint National Meeting, Dallas, TX November 1984.

"Competitive Strategy," ORSA/TIMS Joint National Meeting, Dallas, Texas, November 1984.

"Forecasting Automobile Sales: An Application of a Value Priority Algorithm," (with Glen Urban), John Roberts and John Dabels), TIMS XXVI International Meeting, Copenhagen, Denmark, June 1984.

"Consumer Durables: The Actual Consumer Budgets Compared to the Value Priority Model," (with Glen Urban), Marketing Science Conference, Chicago, Illinois, March 1984.

"Defensive Strategy Models: Application and Predictive Text," (with Steven Gaskin, and Karl Irons) ORSA/TIMS Joint National Meeting, Orlando, Florida, November 1983.

"New Product Research: Focus on Defensive strategies," Roundtable Program, ORSA/TIMS Joint National Meeting, Orlando, FL, November 1983.

"Intensity of Preference," (with Steven Shugan) ORSA/TIMS Joint National meeting, San Diego, CA, October 1982.

"Measurement Error Theories for von Neumann-Morgenstern Utility Functions," (with Jehoshua Eliashberg) ORSA/TIMS Joint National Meeting, San Diego, CA, October 1982.

"Consumer Preference Models: Axioms and Statistics," ORSA/TIMS Joint National Meeting, Houston, Texas, October 1981.

EXHIBIT 1 - PAGE 40

"Economic Models of Consumer Behavior," (panel discussion), ORSA/TIMS Joint National Meeting, Houston, Texas, October 1981.

"Defensive Marketing Strategies, Part II," (with Steven Shugan), ORSA/TIMS Joint National Meeting, Houston, Texas, October 1981.

"Agendas and Choice Probabilities," (with Amos Tversky), Association of Consumer Research, St. Louis, Missouri, October 1981, and Special Conference on Choice Theory, Durham, North Carolina , June 1981.

"Strategic Response to Competitive New Products," (with Steven Shugan), ORSA/TIMS Joint National Meeting, Toronto, Ontario, Canada, May 1981.

"Applications of a Dynamic Semi-Markov Model of Consumer Choice," (with Ken Wisniewski), ORSA/TIMS Joint National Meeting, Colorado Springs, Colorado, November 1980.

"Models of Consumer Behavior," (panel discussion), ORSA/TIMS joint National Meetings, Colorado Springs, Colorado, November 1980.

"Dynamic Semi-Markov Models of Consumer Behavior," (with Ken Wisniewski) TIMS International Conference on Marketing, Paris, June 1980.

"Profit Maximizing Perceptual Positioning," (with Patricia Simmie) TIMS International Conference on Marketing, Paris, June 1980.

"An Error Theory for von Neumann-Morgenstern Utility Assessment," (with Jehoshua Eliashberg), ORSA/TIMS Joint National Meeting, Washington, D.C., May 1980.

"Defender: Defensive Strategies Against New Products" (with Steven Shugan), ORSA/TIMS Second Special Interest Conference on Marketing Measurement and Analysis, Austin, Texas, March 1980.

"Adaptive Control of New Product Launches," (with Ken Wisniewski), ORSA/TIMS Joint National Meeting, Milwaukee, Wisconsin, October 1979.

"The Value of Up-front Research in New Products," (with Glen Urban), TIMS International Meeting, Honolulu, Hawaii, June 1979.

"Methods for Computing Probabilities of Choice," (with Steven Shugan), TIMS International Meeting, Honolulu, Hawaii, June 1979.

"Forecasting and Improving the Adoption of New High Technology Products," (with Pat Lyon), ORSA/TIMS Joint National Meeting, New Orleans, Louisiana, May 1979.

"A Methodology for Product Realization: Multi-method Procedures," (with Patricia Simmie), ORSA/TIMS Joint National Meeting, Los Angeles, California, November 1978.

"Searching for Marketing Segments" (with Ken Wisniewski), ORSA/TIMS Joint National Meeting, New York, New York, May 1978.

"P.A.R.I.S.: An Interactive Market Research System," (with Steven Shugan), ORSA/TIMS Joint National Meeting, New York, New York, May 1978.

"Extended Conjoint Analysis," (with Steven Shugan), ORSA/TIMS Joint National Meeting, Atlanta, Georgia, November 1977.

"Consumer Preference Functions: Theory, Measurement, Estimation , and Application," (with Steven Shugan), ORSA/TIMS Joint National Meeting, Atlanta, Georgia, November 1977.

EXHIBIT 1 - PAGE 41

"Measuring Consumer Preferences for Health Care Plans," (with Glen Urban), ORSA/TIMS Joint National Meeting, San Francisco, California, May 1977.

"Improved Transportation Design with Consumer Response Models: An AMTRAK Example" (with Frank Koppelman), ORSA/TIMS Joint National Meeting, Miami, Florida, November 1976.

"A Comparison of Statistical and Direct Multiattribute Utility Assessment Procedures," (with Glen Urban), ORSA/TIMS Joint National Meeting, Las Vegas, Nevada, November 1985.

"Measuring Consumer Preferences: An Axiomization for Describing Choice," ORSA/TIMS Joint National Meeting, Las Vegas, Nevada, November 1975.

"Modeling Consumer Response to Innovations," (1) Milwaukee Chapter of ORSA/TIMS, November 1985; (2) Chicago Chapter of ORSA/TIMS, December 1975.

"Modeling Decisions of Choice Among Finite Alternatives: Applications to Marketing and to Transportation Demand Theory," ORSA/TIMS Joint National Meeting, San Juan, Puerto, Rico, October 1974.

"An Efficient Model for Planning Bus Routes in Medium Sized Communities," ORSA/TIMS Joint National Meeting, San Diego, CA, November 1973.

*Professional Affiliations*

The Institute for Operations Research and Management Science

American Marketing Association

Product Development and Management Association, Certified New Product Development Professional

Association for Consumer Research

*Professional Services*

President-elect, INFORMS Society of Marketing Science (January 2012 – present).

Secretary, INFORMS Society of Marketing (January 2002 – December 2005).  Founding Officer.

Advisory Council, INFORMS College of Marketing (1994 - 2002)

Council of The Institute of Management Sciences (1987 - 1989)

Associate Editor for Marketing, *Management Science*, (1980 - 1981)

Department Editor for Marketing, *Management Science*, (1982 - 1988)

Editor-in-Chief, *Marketing Science*, (1989 - 1994)

Editorial Advisory Board, *Sloan Management Review* (2000-2002).

Associate Editor, *Journal of Marketing Research* (April 2006 – June 2009).  First time in journal history that Area Editors have been appointed.

Senior Advisory Board, *Journal of Marketing Research* (July 2009 on).  First time such an advisory board was formed.

Advisory Board, *Marketing Science* (January 2010 on).

EXHIBIT 1 - PAGE 42

Emeritus Editorial Board, *Marketing Science* (present, includes active reviewing of papers).

Editorial Boards, *Marketing Science*, (1980 – 1988, Editor 1989-1995, 2003- 2008, including acting Area Editor), *Journal of Product Innovation Management* (1997 - present), *Journal of Marketing* (2005- present, outstanding reviewer 2006), *European Management Journal* (advisory, 1998 - 2002), *International Journal for Research in Marketing* (2007 – present).

Reviewer: *Advances in Consumer Research, Applications in Management Science, European Journal of Research in Marketing, Journal of the Academy of Marketing Science,* Journal *of Consumer Research, Journal of Marketing, Journal of Marketing Research, Journal of Mathematical Psychology, Journal of Product Innovation Management, Management Science, Marketing Science, Operations Research, Review of Marketing, Sloan Management Review, Transportation Research Record, Transportation Science,* AMA Dissertation Prize, AMA Educators' Conference, American Institute of Decision Sciences Dissertation Prize, Nicholson Dissertation Prize, Marketing Science Institute Dissertation Award, Product Development Management Association Dissertation Prize, Prentice-Hall Books, National Science Foundation.

| | |
|---|---|
| *Conference Chairman:* | Conference Chair, Profitable Customer-Driven Organizations: Developing the Blueprint, Management Roundtable, May 1994. |
| *Segment Chairman:* | Yale School of Management, Center for Customer Insight, The Customer Insights Conference, New Haven, CT. May 12-14, 2011. New Product Innovations. |
| | Non-traditional Models of Consumer Preference and Choice, Adaptive Preference and Estimation, Optimizing Product Design and Customer Targeting, Obtaining Information From or About Consumers (Atlanta, GA, 2005, co-chair four sessions) |
| | TIMS International Meeting, Copenhagen, Denmark, June 1984 (two sessions). |
| | TIMS College of Marketing, Houston, Texas, October 1981 (twelve sessions). |
| | TIMS College of Marketing, Milwaukee, Wisconsin, October 1979 (five sessions). |
| | American Marketing Association Educator's Conference, Chicago, Illinois, August 1978, (three sessions). |
| | INFORMS Marketing Science Conference, Atlanta GA, June 2005 (four sessions) |
| *Session Chairman:* | *INFORMS (Previously named ORSA or TIMS)* |
| | Virtual Customer Initiative (Rotterdam, The Netherlands, 2004) |
| | New Approaches to Mapping (University of Maryland, 2003) |
| | The Virtual Customer (University of Alberta, Canada 2002) |
| | The Virtual Customer (Wiesbaden, Germany 2001) |
| | Building Competitive Advantage Through Product Quality and R&D (Gainesville, FL 1996) |
| | Customer Satisfaction and Its Role in Global Competition (San Francisco, CA 1992) |
| | Competitive R&D (Washington, D.C., April 1988) |
| | Competitive Marketing Strategy, (St. Louis, Michigan, November 1987) |

EXHIBIT 1 - PAGE 43

Competition in Multiattributed Spaces (Atlanta, Georgia, November 1985).

Marketing: Consumer Measurement (Copenhagen, Denmark, June 1984)

Marketing: Dynamic Structures (Copenhagen, Denmark, June 1984)

Product Policy (Orlando, Florida, November 1983)

Product Policy (San Diego, California, October 1982)

New Product Introduction and Defense in Competitive Environments, (Detroit, Michigan, April 1982)

New Product and Product Policy Models, (Houston, Texas, October 1981)

New Product Models (Toronto, Ontario, Canada, May 1981)

Models of Consumer Behavior (Colorado Springs, Colorado, November 1980)

New Product Realization and Selection (Los Angeles, California, November 1978).

*Session Chairman:*        *Association of Consumer Research*

Mathematical Theories of Consumer Behavior (St. Louis, Missouri, October 1981)

*Committee Memberships*

Editor Selection Committee, *Marketing Science*, INFORMS College of Marketing, 2001 (chair), 2004 (chair), 2007.

Editor Selection Committee, *Journal of Marketing Research,* American Marketing Association, 1999.

Conference Steering Committee, Duke Invitational Symposium on Choice Modeling and Behavior, June 1993.

Editor Selection Committee, *Management Science,* TIMS.

Founding Committee for *Marketing Science*, TIMS College of Marketing, (1979 - 1982).

Management Science Roundtable, TIMS, (1982 - 1988)

Marketing Strategy Steering Committee, Marketing Science Institute, (1983 - 1984).

Organizing Committee for Conference on Economics of the Firm, April 1985, Universite de Paris X Nanterre.

Organizing Committee for 1985 Conference in Bielefeld, West Germany, European Marketing Academy.

Publications Committee (1980 - 1982), Operations Society of America.

Scientific Committee for 1986 Conference in Helsinki, Finland.

Student Affairs Committee (1978 - 1979), Operations Society of America.

*Litigation Consulting (*<u>*on behalf of*</u>*, *deposition testimony, †court, commission, or arbitration testimony)*

<u>Alcatel-Lucent USA Inc.</u> v. Amazon.com, Inc. et al. (Patent Infringement)* †

<u>Allergan, Inc.</u> Engagement. (Off-label Prescriptions),

American Express Travel Related Services, Inc. v. <u>Visa USA, Inc., et. al.*</u> (Evaluation of marketing research).

EXHIBIT 1 - PAGE 44

American Multi-Cinema, Inc. v. American Movie Classics Company, Inc., et. al. (Confusion).

Amway v. Procter & Gamble (Damages)*,

Apple, Inc. v. Samsung Electronics Company, Ltd, et al.* (Patent infringement)

Atlantic Recording Corporation, et. al. v. XM Satellite Radio, Inc. (Copyright infringement).

Axcan Scandipharm, Inc. V. Global Pharmaceuticals And Impax Laboratories, Inc. (False Advertising).

Berlex v. Biogen, Inc. (Damages)*,

Blue Mountain Arts, Susan Polis Schutz, and Stephen Schutz v. Hallmark Card, Inc. (Trade Dress),

James And Lisa Camenson, et al.; v. Milgard Manufacturing Inc., et. al. (Class action)

Comm-Tract Corp. v. Northern Telecom, Inc. (Advice only),

Computer Aid, Inc. v. Hewlett Packard (damages)*,

Creative Laboratories, Inc. v. Apple Computer, Inc. (Intellectual Property),

CTC Communications Corporation v. Bell Atlantic Corporation (Damages),

Curt Schlesinger and Peter Lore, on behalf themselves and the Certified Class, Plaintiffs, v. Ticketmaster* (Class action, false advertising, confusion)

Dayna Craft, et al. v. Philip Morris Companies, Inc. and Philip Morris Inc. (Class Action).*

EPD v. Curtis (Product Confusion)†,

Stephen S. Gallagher, et. al. v. State Farm Mutual Automobile Insurance Company, et al. (Class Action)

Geico v. Google and Overture Services (Yahoo), Inc. (Trademark Infringement),

Gillette v. S. C. Johnson (Patent Infringement),

Gyrodata, Inc. v. Atlantic Inertial Systems Inc ("AIS"), et al. (consulting expert).

Heublein vs. Seagrams and Gallo (Liability),

Hewlett-Packard, Inc. v. Factory Mutual Insurance Company (Insurance Coverage)*

Intel v. Advanced Micro Devices (Damages)*,

J. B. D. L. Corp. d/b/a, Beckett Apothecary v. Wyeth-Ayerst Laboratories, Inc. and American Home Products Corporation, (Class Action),

Jerry Jacobs, et. al. v. Osmose Inc., et. al. (Class Action)*,

Jay Kordich, et. al. v. Salton Maxim Housewares, Inc., et. al. (Trademark)†,

In RE J.P. Morgan Chase Cash Balance Litigation (Class Action),*

Lending Tree, Inc. v. The Gator Corporation (Intellectual Property),

Lotus v. Borland (Damages)*,

Luciano F. Paone v. Microsoft Corporation (Patent Infringement)*.

Louis Vuitton Malletier, S. A. v. Hyundai Motor America (Trademark Infringement)*,

Marvin Lumber and Cedar Company v. PPG Industries, Inc., et. al. (Survey Design),

MasterCard International, Inc. v. First National Bank of Omaha (Product Confusion)*,

Mayo Foundation v. Mayo Health Facilities (Product Confusion)†,

Mead Johnson Nutritionals v. unnamed party (False Advertising),

Merck & Co. (Lanham Act Advice)

In Re Microsoft Corporation Antitrust Litigation (Multi-district Litigation)*

EXHIBIT 1 - PAGE 45

Millennium Laboratories, Inc. v. Ameritox, Ltd. (False Advertising).

Pacific Bell Telephone Company in New Regulatory Framework Review of Customer Satisfaction before the California Public Utility Commission†

Pfizer Consumer Healthcare (Lanham Act Advice)

Playtex v. Procter & Gamble (Claims Substantiation)*†

Procter & Gamble v. Amway (Liability and Damages)*†,

Procter & Gamble v. Haugan, et. al. (Liability and Damages)†,

Putnam Fund Trustees, (Investment Fraud, advice on market research)

Ram Broadcasting, Inc. (Cellular Telephone Filings),

RealPlayer, Inc. v. Microsoft Corporation (Anti-trust)

Roberts et. al. v. Enterprise Rent-a-Car Company of Boston, Inc.,

The Republic of Columbia v. Diageo North America, et al. (Anti-trust).

St. Clair Intellectual Property Consultants, Inc. v. Research in Motion, Ltd. and General Imaging Co. (Patent infringement)

Barbara Schwab, et. al. v. Philip Morris, USA (Class Action)*

SoundExchange, Inc. vs. Sirius Satellite Radio, Inc. and XM Satellite Radio, Inc.: In the Matter of Adjustment of Rates and Terms for Preexisting Subscription Services and Satellite Digital Radio Services. 2007*†. 2012*.

State of Colorado, et. al. v. Warner Chilcott Holdings Company III, Ltd., et. al. (Anti-trust)*

State of Florida and Plaintiff States Antitrust Litigation for Disposable Contact Lenses (Survey Analysis)†,

Stipic, et. al. v. Behr Process Corporation and Masco International (Class Action)*,

Straumann Company v. Lifecore Biomedical, Inc. (Product Confusion)*,

Sun Microsystems, Inc. v. Microsoft Corporation (Anti-trust),

Tivo, Inc. v. Echostar Communications Corporation, et. al*.

Tropicana Products, Inc. v. Vero Beach Groves, Inc. (Lanham Act)†,

Wal-Mart Stores, Inc (and other retailers) v. Mastercard International, Inc. (Liability and Damages, Anti-trust)*,

We Media, Inc. v. We: Women's Entertainment, LLC. (Product Confusion)*.

*Marketing, Marketing Research, and Product Development Consulting*

American Home Foods, Inc.; American Airlines; American Hospital Supply Corporation; Analog Devices, Inc; Andersen Consulting, Inc. (Accenture), Applied Marketing Science, Inc.; A.T.&T.; Avon; Barton-Aschmann Associates; Baxter Cardiovascular Group, Booz Allen Hamilton, Inc., Cambridge Systematics, Inc.; Colgate-Palmolive; Costello Associates, Inc.; Economics' Laboratories, Inc.; Elrick and Lavidge, Inc.; Evanston Hospital; Evanston, Illinois and Schaumburg, Illinois (Transportation Planning); Fidelity Investments; French's Inc., G.D. Searle, Inc.; General Foods, Inc.; General Motors, Inc., Buick Division, Chevrolet Division, Marketing and Product Planning; Gillette; IBM, Inc.; Information Resources, Inc.; Intel, Inc., Johnson & Johnson; Kodak; Macromedia, Inc., Management Decision Systems, Inc.; M/A/R/C, Inc.; Merck, Inc., Navistar International, Inc.; Pacific Gas and Electric Company, Pepsi-Cola, Inc.; Polaroid; Procter & Gamble Company; Product Genesis, Inc.; RAM Broadcasting, Inc.; Regional Transportation Authority; Richardson-Vicks, Inc.; Southern Company Services, Inc.;

EXHIBIT 1 - PAGE 46

Time-Life Books; Volunteers in Technical Assistance, and Wyeth-Ayerst Laboratories, Inc.  Co-founder, principal, and board member, Applied Marketing Science, Inc.,  Advisory Board, Affinnova, Inc.

*M.I.T. or MIT Sloan Committee Work*

Committee on the Undergraduate Program, 2003 – 2005.

MIT Sloan Committee on Educational Technology, 2004 – 2006.

Center for Innovation in Product Development

      Leader, Virtual Customer Initiative, 2000 - 2006

      Research Director, 1997 – 2000

Center for Transportation Studies, 1981 - 1982.

      Master of Science in Transportation Committee.

Committee to Investigate Sloan-Logo Research Notes (MIT Sloan, chair), 2001-2002.

Associated Faculty Committee to Review the Organizational Learning Center (MIT Sloan), 1995.

Dean's Consultation Committee (MIT Sloan), 2008-2009.

Dean Search Committee (MIT Sloan), 1993

Building Committee for the E51 Expansion, MIT Sloan, 1992, Ad Hoc

Organization Committee for the New MIT Sloan Building, E62, (2007- 2009)

Executive Educational Programs Committee (MIT Sloan), 1983 – 1985, 1998-1999, 2007

Faculty Admissions Committee, 2004-2009

Faculty Council (MIT Sloan), 1999

International Center on Research for the Management of Technology (MIT Sloan)

      Co-Director, (1993 - 2000).

      Joint Steering Committee (1990 - 1993).

Management Science Area, MIT Sloan School of Management

      Area Head, (2005- 2009)

      Chairman of Subcommittee on Peer Group Comparisons, (1981 - 1982)

      Committee on Management Science Curriculum Redesign, (1982 - 1983)

      Marketing Group Head (1986, 1988 – 2003, 2010-2011 )

Management of Technology Program Committee (MIT Sloan), 2001- 2003

EXHIBIT 1 - PAGE 47

Master's Program Committee, MIT Sloan, (1980 – 1987, 2007 – 2011))

      Chairman: Subcommittee On Placement, (1981 - 1982).

      Core Curriculum Reassessment Committee (1991-1992)

      Core Curriculum Implementation Committee (1992-1994)

      Subcommittee on Admissions, Special Consideration, (2007 – 2009).

      Subcommittee on the Management Science Core, (1982 - 1983).

      Subcommittee on Entrepreneurship and Innovation Evaluation (Chair, 2008).

      Subcommittee on Tracks (2008-2009)

         Ad hoc committee to develop a Marketing, Operations and Strategy Track (2011).

      Subcommittee on Strategy Curriculum (2009)

      Subcommittee on Course Ratings (2011)

Operations Research Center

      Admissions Committee, (1981 - 1982).

      Associated Faculty (1980 – present)

      Operations Research Committee (2001- 2003)

      President's Committee (1984).

Personnel and Policy Committee, MIT Sloan (Executive Committee, 2005 – 2009)

      Chair of ad hoc committees for reappointment, promotion, and tenure (1983 - present)

      Member of ad hoc committees for reappointment, promotion, and tenure (1981 - present)

Symposium Director, Marketing Center, MIT Sloan School, M.I.T., (1981 - 1982).

Zannetos Dissertation Award Committee, MIT Sloan, (1981-82, 1996-97, chair 1997-1998).

*M.I.T. Subjects Taught (often multiple sections)*

| | |
|---|---|
| 15.810, Marketing Management (Core) | Spring 1990, 1991, 1992, 1993, 1994, 1995, 1997, 1998, 1999, 2001, 2004, 2005. 2006.  Fall 1999, 2006, 2007, 2008, 2011. |
| | (Teaching awards listed on page 2 of vita.) |
| 15.812, Marketing Management (UG) | Fall 1981, 1982, 1984, 1985, 1986. Spring 1981, 1984, 2006. |
| 15.813, Marketing Management in Public Sector | Fall 1980. |
| 15.814, Marketing Mgmt (Mgmt of Technology) | Fall 1988, 1993, 1999, 2001. |
| 15.820, Advanced Marketing Management | Spring 1990 |

EXHIBIT 1 - PAGE 48

| 15.828, New Product Development | Spring 1981, 1982, 1989; Fall 1982, 1984; 1985. |
| 15.838, Ph.D. Seminar (Various Topics) | Spring 1986, 1997, 2002, 2006, 2011. |
| 15.839, Marketing and Statistics Workshop | Spring 1982; Fall 1982, 1984. |
| 15.TH4. Thesis Project on Competitive Strategy | Spring 1985, 1986. |

Summer Session, ILP, and External Executive

A.T.&T Course on New Product Development, 1986.

European Institute for Business Administration (INSEAD) European Marketing Programme, 1985.

Greater Boston Area Executive Program, 1982, 1983.

M.I.T. Civil Engineering, Demand Theory, 1980, 1981, and 1982.

M.I.T. ILP, Marketing Strategy and Models in the Information age, 1983.

M.I.T., Management of R&D, 1989, 1990, 1991, 1992, 1993, 1994. 1995, 1996, 1997, 1998, 1999.

M.I.T. Marketing Science Symposium, 1981, 1982, 1983, 1984, 1985, 1986, 1987, 1988.

M.I.T./M.I.P. Executive Program, 1992.

M.I.T. New Product Development, 1997.

*Pedagogical Developments.*

In 1990 and 1991, Prof. John D. C. Little and I redesigned the core curriculum in Marketing Management and taught the course to the entire Master's class. As structured the course builds upon the strengths of M.I.T. (international, strong disciplinary base, functional integration, and information technology) and combines case studies, problem assignments, and lectures in an eighteen-session course.

In the 1991-1992 I was part of a committee of six faculty members that redesigned the core curriculum at the Sloan School. I supervised the voice-of-the-customer analyses of students and recruiters and encouraged the committee to design a program that these customers would find exciting. The new core was implemented in the 1993-1994 academic year. Student satisfaction increased significantly.

*Teaching Notes*

Note on Defensive Marketing Strategy (2005, for 15.810, Marketing Management)

Note on Product Development (2005, for 15.810, Marketing Management)

Note on the Voice of the Customer (2005, for 15.810, Marketing Management)

Note on Consumer Behavior (2005, for 15.810, Marketing Management)

Note on Life Cycle Diffusion Models (2005, for 15.810, Marketing Management)

Note on Engineering Product Design (2006, for 15.810, Marketing Management)

Note on Conjoint Analysis (2007, for 15.810, Marketing Management)

EXHIBIT 1 - PAGE 49

*M.I.T. Thesis Supervision*

(a)      *Sloan School of Management, Master's Theses*

Hafiz Adamjee (joint with John Scaife), "The Face of the Customer: The Use of Multimedia in Quality Function Deployment," - (1993).  This product was subsequently commercialized and was a finalist for the *New Media* Invision 1994 Multimedia award at COMDEX/Spring '94.

Ramay Akras, "Competitive Strategy in the Marketing of Small DDP Computers: an Analysis of Emerging Price and Product Position Patterns," -  (1986).

Frederic Amerson, "Strategic Marketing Simulation: Improvements to the Enterprise Integrating Exercise," - (1989).

Andrivet, Sébastien (Sloan Fellows Program), "Customer research, customer-driven design, and business strategy in Massively Multiplayer Online Games," – (2007)

Andrew Anagnos (joint with Karen Van Kirk), "A Framework for Analyzing Quality in the News Media," -  (1991)

Allen Aerni, "Measurement of Customer Satisfaction," -  (1994).

Joel Berez, "An Investigation of Decision Hierarchies" -  (1981).

Harel Beit-on, "Competitive Strategy for Small Business Jet Aircraft," -  (1985).

Willy Biberstein (SDM Program), "Framework for Customer Interaction Throughout the Automotive Product Development Process," (February 2002).

Andre Borschberg (joint with Webb Elkins), "Defensive Marketing Strategy: Its Application to a financial Decision Support System" - Reader (1983).

Philippe Bosquet, "European Airline Deregulation: Defining Air France's Strategy for the 1990's," - Reader (1989)

Jill A. Christians, (joint with Cheryl M. Duckworth), "Expectations and Customer Satisfaction: A Market Research Study for Plimoth Plantation," Reader (1994).

Poh-Kian Chua (MOT Program), "R,D&E Metrics: Shaping the Outcomes of Your R,D&E Investment," –  (1998).

Leslie K. Cooper, "The Structure of Recruiter Needs at the Sloan School of Management: A Quantitative Assessment," -  (1992).

Teruyuki Daino (Sloan Fellows Program), "How a Leading Company Can Overcome a Competitive Challenge: A Case Study of Anheuser-Busch Company." –  (1998).

Laura E. Donohue, "Software Product Development: An Application of the Integration of R&D and Marketing via Quality Function Deployment" -  (1990)

Cheryl M. Duckworth (joint with Jill A. Christians), "Expectations and Customer Satisfaction: A Market Research Study for Plimoth Plantation," Reader (1994).

Webb Elkins (joint with Andre Borschberg), "Defensive Marketing Strategy: Its Application to a Financial Decision Support System" - Reader (1983).

Rasheed El-Moslimany (LFM Program), "Getting Value from the Value Chain: Comfort Choice," Co-Advisor. (June 2002)

EXHIBIT 1 - PAGE 50

Julio Faura (MOT Program), "Contribution to Web-based Conjoint Analysis for Market Research," (2000).

Richard Feldman, "Decision Support Systems for Forecasting Communications in the Home," - Reader (1985).

Anders T. Fornander, "The Continuing Operating System Battle in the Personal Computer Industry," - Reader (1994).

Carl Frank (MOT Program), "Metrics Thermostat for Strategic Priorities in Military System Acquisition Projects," (2000).

Mihaela Fulga, "Competitive Pricing and Positioning Strategies in the Dating Service Market," - (1986).

Steven P. Gaskin, "Defender: Test and Application of a Defensive Marketing Model" - (1986). 1st Place, Brooks Award.

Peter N. Goettler, "A Pre-market Forecasting Model of New Consumer Durables: Development and Application," - Reader (1986).

Patti N. Goldberger, "Competitive Strategy in the Market for Running Shoes," - (1985).

Akhil Gupta, "The Personal Computer Industry: Economic and Market Influences on Product Positioning Strategies," - (1986).

Michael Halloran (joint with Marc Silver), "Defensive Marketing Strategy: Empirical Applications" - (1983).

Carla Heaton, "Competitive Strategy in the Facsimile Market," - (1985).

Judith Hee, "Determining Manufacturer's Coupon Strategies" - Reader (1981).

Jonathan E. Higginson, "Understanding Dependencies in Research and Development at the Charles Stark Draper Laboratory." - (1997).

Scott D. Hill, "Correlation of Core Competencies with Market-Driven or Self-Guided Research," - (1995).

Dan Isaacs, "Competitive Pricing and Positioning Strategies in the Imported Beer Marketing," - (1986).

Francois Jacques, "Marketing Strategies in Innovative Industries: The Case of Package/Document Delivery Services," - Co-Advisor (1985).

Lawrence Kahn, "Competitive Positioning: A Study of Recruiter's and Employer's Perceptions of the Sloan School of Management" - (1982). Honorable mention Brooke's Thesis Prize.

D. Darcy Kay, "Competitive Strategy for Anti-arthritic Drugs" - (1985).

Young Joo Kim (MOT Program), "R&D Management Applications of The Dynamic Metrics Framework" – (1998)

Sidney A. Kriger, "The Effect of Quality Function Deployment on Communications of the New Product Development Teams," - (1989)

Yasuke Kume, "New Marketing Strategy of Telecommunications in Japan" - Reader (1981).

Elvind Lange, "Measuring Market Response to Marketing Mix Variables Using Dynamic Modeling and Its Implications for Brand Strategy" - Reader (1981).

Stephen P. Langhans, "Defensive Marketing Strategy: A Consumer Semi-Durable Case Example" - (1983).

EXHIBIT 1 - PAGE 51

In-Kyu Lee, "Evaluating System for the Upstream Center of R&D for being Market-Oriented in a Consumer Electronics Company," -  (1995).

Michael Leslie (joint with Joel Wachtler), "A Methodology for Making International Marketing Mix Decisions," - Reader (1985).

Kit Mee Lim, "Competitive Strategy among Companies Offering Credit Cards," - Reader (1985).

James A. Lutz, "Competitive Marketing Strategy in the CAD Marketplace," -  (1985).

Larry D. Lyons, "Forecasting the Impact of Competitive Entries on Sales of a New Consumer Durable" - Reader (1984).

Arpita Majundar (SDM Program), "Strategic Metrics for Product Development at Ford Motor Company,"  - (2000).

Catherine E. Manion, "A Survey of Customer Satisfaction Incentive Systems for Salespersons," -  (1993).

Maureen E. Matamoros, "Information Overload," – Reader (1986).

Meghan McArdle (LFM Program), "Internet-based Rapid Customer Feedback for Design Feature Tradeoff Analysis," –  co-Advisor (2000)

Fernando Motta, "Competitive Strategy Among Panamanian Banks," -  (1985).

Neil Novich, "Price and Promotion Analysis Using Scanner Data" - Reader (1981).

Kenji Nozaki, "Marketing and Technology Strategy for the Japanese Architectural Design Company," -  (1989).

Seiji Nozawa, "Voice of the Customer Analysis in the Japanese Beer Market." -  (1997).

Minho Park (MOT Program), "R&D Matrix at LG Electronics." -  (1997)

Stephen Pearse, "Production and Sales Forecasting: A Case Study and Analysis" - Reader (1982).

Ning P. Peng, "An Exploration of the Impact and Success of Customer Satisfaction Programs," -  (1994).

Homer Pien (MOT Program), "Competitive Advantage through Successful Management of R&D." - (1997)

Susan B. Poulin, "Defensive Strategy in the Automatic Test Equipment Industry"  (1984).

Jill W. Roberts, "MBA Recruiters' Needs: Voice of the Customer Analysis," -  (1992).

Lisa Gayle Ross, "A Voice of the Customer Analysis of M.B.A. Schools: The Student Segment," -  (1992).  Lisa was a runner-up for the George Hay Brown Marketing Scholar of the Year in 1992.

Tamaki Sano, "Strategy for Kirin as a Global Brand" –  (2009) Sloan Fellow.

John Scaife (joint with Hafiz Adamjee), "The Face of the Customer: The Use of Multimedia in Quality Function Deployment," -  (1993).  See award listed under Adamjee.

Paul E. Schoidtz, "Advertising, Price, and Positioning Equilibria," -  (1986).

Hongmei Shang, "A Simulation Analysis of Optimal Task Assignment for Growing Managers from R&D Labs," – (February 2000).

Rosemarie Shield, "Competitive Pricing and Positioning Strategies in the Chromatographic Instruments Market," - , (1986).

EXHIBIT 1 - PAGE 52

Jon Silver (joint with John C. Thompson, Jr.), "Beta-binomial Analysis of Customer Needs -- Channels for Personal Computers," - (1991).  1st Prize, Brooks Award.

Marc Silver (joint with Michael Halloran), "Defensive Marketing Strategy: Empirical Applications" - (1983).

Lisa Silverman, "An Application of New Product Growth Modeling to Automobile Introductions" - (1982).

Sheryl Sligh, "An Assessment of the Analog Modem Market," -  (1991).

Jamie Smith, "Industrial Buying Process of Pension Funds for Real Estate," -  (1982).

Yoshihito Takahashi (MOT), "Analysis of Strategy in an Ethical Drug Industry," – Reader ( 2000).

Genevieve Tchang, "A Methodology for Planning and Evaluating External Relations at Business Schools" - Reader (1982).

John C. Thompson, Jr. (joint with Jon Silver), "Beta-binomial Analysis of Customer Needs -- Channels for Personal Computers," - (1991).  1st Place, Brooks Award.

V. Mullin Traynor, "The Dissemination and Adoption of New Technology: Control Data's Computer-Based Training System, Plato, and the Electric Utilities" - (1982).

Karen Van Kirk (joint with Andrew Anagnos), "A Framework for Analyzing Quality in the News Media," -  (1991)

Joel Wachtler (joint with Michael Leslie), "A Methodology for Making International Marketing Mix Decisions," - Reader (1985).

Tamao Watanabe, "Customer Analysis of the U.S. Cardiovascular Drug Market: Focusing on Physician's Drug Choice" -  (1991)

Stephen L. Weise, "Expert Decision Support Systems for Marketing Management," – Reader (1986).

Nancy Werner, "Competitive Price and Positioning in the Integrated Office Automation Systems Market" -  (1986).

Julie Wherry, "Pre-Test Marketing:  Its Current State in the Consumer Goods Industry and Its Effect on Determining a Networked Good." - (2006).

Ali Yalcin, "The Potentials and Limitations of Customer Satisfaction Indices in Captive Customer-Supplier Environments," -  (1995)

Sandra Yie, "The Core Curriculum at Sloan: Establishing a Hierarchy of Needs," -  (1992).

Judy Young, "Responsive Marketing Strategy at AT&T" -  (1982).

(b)    *Aeronautics S.M. Theses*

Keith Russell (LSI), "Reengineering Metrics Systems for Aircraft Sustainment Teams: A Metrics Thermostat for Use in Strategic Priority Management," (February 2001).

(c)    *Electrical Engineering, S.B. and M.Eng. Theses*

Chan, Christine W. Y. (M. Eng), "Measuring Non-Monetary Incentives Using Conjoint Analysis," Co-Advisor (1999).

Emily Hui (M.Eng.), "Application of Polyhedral Conjoint Analysis to the Design of Sloan's Executive Education

EXHIBIT 1 - PAGE 53

Programs."  June 2003.

Brian T. Miller (S. B.), "A Verification of Price Equilibria Based on Non-Zero Conjectural Variation,"  (1986).

(d)   *Mechanical Engineering, Master's Theses*

Burt D. LaFountain, "An Empirical Exploration of Metrics for Product Development Teams" –  (1999)

Tina Savage, "The Virtual Customer: A Distributed Methodology for Linking Product Design and Customer Preferences."  Co-Advisor (1998).

(e)   *Operations Research Center, Master's Theses*

Jeffrey Moffit (ORC), " Applying the Metrics Thermostat to Naval Acquisitions for Improving the Total Ownership Cost – Effectiveness of New Systems,"  (2001)

Olivier Toubia (ORC), "Interior-point Methods Applied to Internet Conjoint Analysis," (February 2001), Co-Advisor.

(f)   *Urban Studies, Master's Theses*

Marijoan Bull, "Affirmative Fair Housing Marketing" - Committee Member (1982).

Barry Cosgrove, "Marketing Analysis for the Brockton Area Transportation Authority" – Committee Member (1981).

(g)   *Sloan School of Management, Ph.D. Theses*

Makoto Abe, "A Marketing Mix Model Developed from Single Source Data:  A Semiparametric Approach." Committee member (August 1991).  Abe is on the faculty at the University of Tokyo.

Daria Dzyabura, "Essays on Machine Learning in Marketing (tentative title)," Chairman (expected June 2012).

Peter Fader, "Effective Strategies in Oligopolies," Chairman (February 1987).  Sloan School of Management, Zannetos Prize, 1st Place.  Fader is on the faculty at the University of Pennsylvania.

Fred Feinberg, "Pulsing Policies for Aggregate Advertising Models" Committee Member (August 1988).  Feinberg is on the faculty of the University of Michigan.

Dave Godes, " Friend or Foe?: The Relationship Between Learning and Incentives and two additional essays in marketing," (June 2000), Committee Member. Primary advisor on listed essay. Zannetos Prize, 1st Place. Godes is on the faculty of the University of Maryland.

Abbie Griffin, "Functionally Integrated New Product Development: Improving the Product Development Process Through Linking Marketing and Technology Development," Chairman.  (June 1989).  Griffin is on the faculty at the University of Utah and was editor of *Journal of Product Innovation Management* from 1997-2003  Frank Bass Dissertation Award (INFORMS).

Gurumurthy Kalyanaram, "Empirical Modeling of the Dynamics of the Order of Entry Effect on Market Share, Trial Penetration and Repeat Purchases for Frequently Purchased Consumer Goods," Committee Member (March 1989). G. K. was on the faculty at the University of Texas, Dallas.

Eriko Kitazawa, "Customer Satisfaction at Japanese Utility Franchises," Committee Member (1996).

John H. Roberts, "A Multiattributed Utility Diffusion Model: Theory and Application to the Prelaunch Forecasting of Autos".  Committee Member (February 1984).  Roberts is on the faculty at the London Business School.

Matt Selove, "The Strategic Importance of Accuracy in Conjoint Design," Committee Member (June 2010). Selove

EXHIBIT 1 - PAGE 54

is on the faculty at the University of Southern California. John Howard Dissertation Award (AMA), 2010.

Duncan I. Simester, "Analytical Essays on Marketing," Committee Member, (June 1993).  Sloan School of Management, Zannetos Prize, Honorable Mention.  Simester is on the faculty of M.I.T.

Olivier Toubia, "New Approaches to Idea Generation and Consumer Input in the Product Development Process," (June 2004).  Toubia is on the faculty of Columbia University.  Frank M. Bass Dissertation Award (INFORMS), 2005, John Howard Dissertation Award (AMA), 2005.

Miguel Villas-Boas, "On Promotions and Advertising Policies:  A Strategic Approach."  Committee member (February 1991).  Villas-Boas is on the faculty at the University of California, Berkeley.

Bruce Weinberg,  "An Information-Acceleration-Based Methodology for Developing Preproduction Forecasts for Durable Goods: Design, Development, and Initial Validation."  Committee Member.  (August 1992).  Weinberg was on the faculty at Boston University.

Florian Zettelmeyer, "Three Essays on Strategic and Organizational Uses of Information in Marketing."  Committee Member.  Zettelmeyer is on the faculty of Northwestern University.

(h)     *Civil Engineering, Ph.D. Thesis*

Karla Karash (Ph.D.), "An Application of the Lens Model in Measuring Retail Attractiveness and the Effects of Transportation Programs" - Committee Member (August 1983).  Karash was at the MBTA.

(i)     *Mechanical Engineering, Ph.D. Thesis*

Javier Gonzalez-Zugasti (Mechanical Engineering, Ph.D.), "Models for Product Family Design and Selection," (June 2000), Committee Member.

(j)     *Operations Research Center, Ph.D. Thesis*

Yee, Michael (Operations Research, Ph.D.), "Inferring Non-Compensatory Choice Heuristics," (June 2006), Co-Advisor.  Yee is at MIT's Lincoln Laboratories.

*Northwestern University Ph.D. Thesis Supervision (1975 - 1980 Academic Years)*

Steven M. Shugan, "A Descriptive Stochastic Preference Theory and Dynamic Optimization:  Applications Toward Predicting Consumer Choice' Chairman (September 1977).  Shugan is on the faculty at the University of Florida and current editor of *Marketing Science*.

Patricia Simmie, "Product Realization: Theory, Models, and Application" - Chairman (June 1979), American Marketing Association Dissertation Prize, Honorable Mention.  Simmie was at York University.

Ken J. Wisniewski, "A Semi-Markov Theory of Consumer Response: New Theoretical Properties, Simulation Testing, and Empirical Application" Chairman (June 1981).  American Marketing Association Dissertation Prize, First Place.  Wisniewski was on the University of Chicago.

EXHIBIT 1 - PAGE 55

Exhibit 2

*HIGHLY CONFIDENTIAL*

# Materials Cited

## Publicly Available Sources

Anderson, S. and J. Gans, "Platform Siphoning: Ad-Avoidance and Media Content," *American Economic Journal: Microeconomics*, Vol. 3, 2011, pp. 1-34

Barkhuus, L. and B. Brown, "Unpacking the Television: User Practices Around a Changing Technology," *ACM Transaction on Computer-Human Interaction*, Vol. 16, No. 3, 2009, pp. 1-22

Bellman, S., J. Rossiter, A. Schweda, and D. Varan, "How Coviewing Reduces the Effectiveness of TV Advertising," *Journal of Marketing Communications*, 2011, pp. 1-16

Beneke, J., S. De Lame, V. Simpson, and K. van der Merwe, "Marketing in the PVR Era – An Exploratory Study into Changes in Viewing Habits and Brand Recognition of Young Adults in South Africa," *International Retail and Marketing Review*, 2011, pp. 54-72

Bernoff, Josh, "The Mind Of The DVR User: Media And Advertising," *Forrester Research*, September 8, 2004

Boullier, D. and F. Huet, "Dematerialization in the AV Industry, from Boxes to Attention: A Case Study of a Newcomer, Tivo" *Communications and Strategies*, No. 71, 2008, pp. 37-56

Bronnenberg, B., J. Dube, and C. Mela, "Do Digital Video Recorders Influence Sales?" *Journal of Marketing*, Vol. XLVII, 2010, pp. 998-1010

Cabletelevision Advertising Bureau, "Time-Shifting in 2012," 2012

CNET, "How to program a 30-second skip button for Comcast DVRs," available at http://howto.cnet.com/8301-11310_39-57404724-285/how-to-program-a-30-second-skip-button-for-comcast-dvrs/, visited on August 29, 2012

DISH website, "Find Your Package," available at http://www.dish.com/entertainment/packages/, visited on August 29th, 2012

DISH website, "Offer Details," available at http://www.dish.com/legal/offers/, visited on August 29th, 2012

Ferguson, D. and E. Perse, "Audience Satisfaction among Tivo and ReplayTV Users," *Journal of Interactive Advertising*, Vol. 4, No. 2, 2004, pp. 1-8

*Flash-Matic Tuning* (advertisement), THE NATIONAL GEOGRAPHIC MAGAZINE, September 1955

"FOX Schedule Grids_combo_2012-13_2.pdf." Available at http://www.fox.com/programming/, downloaded on August 30, 2012

Nielsen, "State of the Media: DVR Use in the U.S.," December 2010

Nielsen, "State of the Media – Snapshot of Television Use in the U.S.," September 2010

Nielsen Television Audience Report 2010-2011

PC Mag, "Dish Network Hopper Review," available at http://www.pcmag.com/article2/0,2817,2403072,00.asp, visited on August 29th, 2012

EXHIBIT 2 - PAGE 56

*HIGHLY CONFIDENTIAL*

Smith, S. and D. Krugman, "Exploring Perceptions and Usage Patterns of Digital Video Recorder Owners," *Journal of Broadcasting & Electronic Media*, Vol. 54, No. 2, 2010, pp. 248-264

SNL Kagan Financial, "Auto Hop touches a nerve; models point to limited impact." SNL Kagan Financial - Multichannel Market Trends, May 22, 2012

The Diffusion Group, "Making Ad-Supported VOD Work," February 2012

TVB, "TV Basics" June 2012

## Legal Documents

Declaration of Vivek Khemka in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (with accompanying exhibits), August 31, 2012

"Fox Broadcasting Company Operating Profit/(Loss)," FOX 000094

Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, August 22, 2012

## DISH Network Data

751430060_1.XLS
Report - SkipsAndAutoHops 20120815 to 20120826.xls

EXHIBIT 2 - PAGE 57

Exhibit 3



Television
Audience

2010 & 2011



EXHIBIT 3 - PAGE 58

## Overview

The 51st edition of Television Audience continues your collection of TV Audience reports. This report continues to include annual trends of population and television ownership as well as trends of available tuning/viewing sources. General and seasonal viewing trends are included along with a summary of program types across dayparts. Ethnic trends in viewing are included as well. Please see the appendix for notes on individual charts for clarification.

## Television Audience Report 2010 & 2011

This two year edition of the Television Audience Report contains Universe Estimates for 2011 and 2012, and includes TV viewing statistics for the 2009-10 and 2010-11 broadcast seasons. The 2012 UE which show a decrease from the prior year incorporates adjustments from the 2010 Census and a decline in TV penetration.

Note that Composite and Ethnic population projections to Year 2050 are being revised to reflect the 2010 census and were not available at the time of release of this report. We have therefore excluded those statistics in this Television Audience Report.

This special release is furnished to clients for their confidential use in accordance with the provisions of the National Nielsen TV service agreement. Clients will prevent all unauthorized persons from having access to this release.

This service is not part of a regular syndicated rating service accredited by the Media Ratings Council (MRC), and Nielsen has not requested accreditation. Nielsen does provide one or more syndicated services which are accredited by the MRC.

The Household and Persons Audience estimates in Television Audience 2010 and 2011 have been derived from various National Reports and certain special analyses.

These audience estimates are based upon projections from Nielsen survey measurements as described in National Service Reports and the Reference Supplement, subject to the definitions and reminders therein. Additional copies of these definitions and reminders will be furnished upon request.

Audimeter, Monitor-Plus, NSS and NTI are registered trademarks of Nielsen. All other brand, product, service, program, network or station names are trademarks or registered trademarks of their respective companies.



nielsen

EXHIBIT 3 - PAGE 58.1

# Table of Contents

## General Trends                                           Pages

### Television Ownership

Growth of Television Ownership..................................................................................................................................... 4

Trends in Television Ownership...................................................................................................................................... 5

Geographic Breakdown by Television Households 2011................................................................................................. 6

Geographic Breakdown by Television Households 2012................................................................................................. 7

Presence of Adults/Non-Adults and Household Income by Households 2011................................................................ 8

Presence of Adults/Non-Adults and Household Income by Households 2012................................................................ 9

Household Size, Education of Head of House by Television Households 2011............................................................... 10

Household Size, Education of Head of House by Television Households 2012............................................................... 11

### Population

Trend of Actual Population Growth ............................................................................................................................... 12

Trend of Total Persons .................................................................................................................................................. 13

Demographic Trends of Population ............................................................................................................................... 14

### Tuning/Viewing Data

Household Tuning Trends – by Total Day and by Dayparts ........................................................................................... 15

Persons Viewing Annual and Quarterly Trends ....................................................................................................... 16-17

Share Trends of Viewing Sources ................................................................................................................................. 18

### Ethnic

Trend of TV Population Growth and Persons per 1000 TV Households ......................................................................... 19

Trends in Ethnic TV Penetration ................................................................................................................................... 20

Trends in Ethnic TV Ownership .................................................................................................................................... 21

Ethnic Annual Household and Persons Trend .......................................................................................................... 22-23

### Network and Syndicated Program Trends—by Type

Primetime—English Language Broadcast Networks ...................................................................................................... 24

Primetime—English and Spanish Language Broadcast Networks .................................................................................. 25

Monday—Friday Daytime and Weekend Children ........................................................................................................ 26

Adult Syndicated Programming .................................................................................................................................... 27

### Network Commercial Trends

Primetime and Monday-Friday Daytime of English Language Broadcast Networks ....................................................... 28

Primetime and Monday-Friday Daytime of English and Spanish Language Broadcast Networks ................................... 29

Trends of National TV Investments ............................................................................................................................... 30

Appendix ................................................................................................................................................................. 31-32



## Growth of Television Ownership

% of TV Households

Each September, Nielsen releases current estimates of television's audience and its characteristics. The most significant increases from the previous year continue to be seen in digital cable, DVR and HD receivable and HD capable homes. PC Ownership and Internet Access are steadily rising. VCR penetration continues to decline.

| Key: | '70 | '75 | '80 | '85 | '90 | '95 | '00 | '05 | '06 | '07 | '08 | '09 | '10 | '11 | '12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **% of TV Households** | | | | | | | | | | | | | | | |
| TV Households | 96 | 97 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 99 | 97 |
| Broadcast Only | — | — | — | — | — | — | — | — | — | — | 12 | 11 | 9 | 10 | 10 |
| Wired Cable | 7 | 12 | 20 | 43 | 56 | 63 | 68 | 67 | 66 | 64 | 61 | 61 | 62 | 61 | 61 |
| Cable Plus ADS | — | — | — | — | — | — | — | 76 | 85 | 86 | 86 | 87 | 88 | 90 | 90 |
| Cable Plus ADS w/Pay | — | — | — | 26 | 29 | 28 | 32 | 42 | 41 | 45 | 45 | 46 | 52 | 50 | 52 |
| Total ADS | — | — | — | — | — | — | — | 19 | 21 | 23 | 27 | 28 | 29 | 30 | 31 |
| Digital Cable | — | — | — | — | — | — | — | — | — | 28 | 31 | 38 | 46 | 49 | 51 |
| DBS | — | — | — | — | — | — | — | — | — | — | 26 | 27 | 29 | 30 | 30 |
| DVR | — | — | — | — | — | — | — | — | — | — | 19 | 24 | 34 | 38 | 41 |
| HD Receivable | — | — | — | — | — | — | — | — | — | — | 14 | 18 | 43 | 59 | 67 |
| HD Capable | — | — | — | — | — | — | — | — | — | — | 17 | 23 | 46 | 60 | 67 |
| HD Display Capable | — | — | — | — | — | — | — | — | — | — | 25 | 32 | 53 | 64 | 70 |
| Multi-Set | 35 | 43 | 50 | 57 | 65 | 71 | 76 | 79 | 81 | 82 | 82 | 82 | 83 | 83 | 85 |
| DVD | — | — | — | — | — | — | — | — | 76 | 84 | 87 | 88 | 88 | 86 | 85 |
| Video Games | — | — | — | — | — | — | — | — | 39 | 41 | 39 | 38 | 41 | 43 | 44 |
| VCR | — | — | — | 14 | 66 | 79 | 85 | 90 | 89 | 85 | 79 | 72 | 65 | 60 | 57 |
| PC Access-Home | — | — | — | — | — | — | — | — | — | — | — | 80 | 81 | 83 | 85 |
| PC Owner with Internet Access-Home | — | — | — | — | — | — | — | — | — | — | — | 73 | 75 | 76 | 78 |

Note: Universe Estimates for 2011 and 2012 based on Jan 1, 2011 and Jan 1, 2012 respectively; Media Related Ues based on Feb 1, 2011 for 2011 and Nov 1, 2011 for 2012



EXHIBIT 3 - PAGE 60



## Trends in Television Ownership

TV Households in Millions

● Excludes Alaska and Hawaii

| | '70 | '75 | '80 | '85 | '90 | '95 | '00 | '05 | '06 | '07 | '08 | '09 | '10 | '11 | '12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Total) | 60.1 | 69.6 | 76.3 | 84.9 | 92.1 | 95.4 | 100.8 | 109.6 | 110.2 | 111.4 | 112.8 | 114.9 | 114.9 | 115.9 | 114.7 |
| Wired Cable | 3.9 | 8.6 | 15.2 | 36.3 | 51.9 | 60.5 | 68.6 | 73.9 | 73.2 | 69.4 | 69.8 | 70.4 | 71.2 | 70.8 | 69.4 |
| Cable Plus ADS | — | — | — | — | — | — | — | — | 94.8 | 95.7 | 99.6 | 101.9 | 103.8 | 104.7 | 103.6 |
| Cable Plus ADS w/Pay | — | — | — | 21.8 | 27.1 | 27.1 | 31.8 | 46.3 | 45.6 | 49.6 | 52.2 | 56.6 | 59.2 | 58.4 | 59.4 |
| Digital Cable | — | — | — | — | — | — | — | — | — | 32.5 | 39.4 | 47.3 | 52.6 | 56.8 | 58.6 |
| Total ADS | — | — | — | — | — | — | — | 20.8 | 22.7 | 27.3 | 30.8 | 32.4 | 33.5 | 34.7 | 35.1 |
| DBS | — | — | — | — | — | — | — | — | 22.1 | 26.7 | 30.4 | 32.0 | 33.1 | 34.3 | 34.6 |
| DVR | — | — | — | — | — | — | — | — | — | — | 24.2 | 33.1 | 39.2 | 44.0 | 47.4 |
| Multi-Set | 20.8 | 30.0 | 38.3 | 48.2 | 60.1 | 67.6 | 76.2 | 86.6 | 89.5 | 90.8 | 92.5 | 94.5 | 95.8 | 96.8 | 97.0 |
| DVD | — | — | — | — | — | — | — | — | 84.0 | 94.9 | 98.8 | 101.5 | 100.6 | 99.7 | 97.6 |
| Video Games | — | — | — | — | — | — | — | — | 43.0 | 44.9 | 41.7 | 44.3 | 47.4 | 49.8 | 51.0 |
| VCR | — | — | — | 11.5 | 60.7 | 75.8 | 85.8 | 98.9 | 97.7 | 90.4 | 83.5 | 79.2 | 74.3 | 69.3 | 65.2 |
| HD Display Capable | — | — | — | — | — | — | — | — | — | — | 28.4 | 45.2 | 60.9 | 73.7 | 80.1 |
| HD Capable | — | — | — | — | — | — | — | — | — | — | 19.2 | 35.1 | 53.2 | 69.0 | 76.7 |
| HD Receivable | — | — | — | — | — | — | — | — | — | — | 15.4 | 29.0 | 49.6 | 68.8 | 76.5 |
| PC Access-Home | — | — | — | — | — | — | — | — | — | — | — | 91.3 | 93.0 | 96.4 | 97.4 |
| PC Owner with Internet Access-Home | — | — | — | — | — | — | — | — | — | — | — | 83.6 | 85.8 | 88.6 | 90.0 |

Header note: ← Sept. → | Jan. →



## Television Set Ownership

% of TV Households — Number of Sets per Household

| | '75 | '80 | '85 | '90 | '95 | '00 | '05 | '06 | '07 | '08 | '09 | '10 | '11 | '12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Set | 57 | 49 | 43 | 35 | 29 | 24 | 21 | 19 | 18 | 18 | 18 | 17 | 17 | 15 |
| 2 Sets | 32 | 36 | 38 | 41 | 36 | 35 | 33 | 31 | 31 | 30 | 28 | 28 | 28 | 29 |
| 3 or More Sets | 11 | 15 | 19 | 24 | 35 | 41 | 46 | 50 | 51 | 52 | 54 | 55 | 55 | 56 |
| Average Number of Sets Per Household | 1.57 | 1.6 | 1.83 | 2.00 | 2.28 | 2.43 | 2.62 | 2.73 | 2.79 | 2.83 | 2.86 | 2.93 | 2.97 | 3.01 |

Note: Universe Estimates for 2011 and 2012 based on Jan 1, 2011 and Jan 1, 2012 respectively; Media Related Ues based on Feb 1, 2011 for 2011 and Nov 1, 2011 for 2012



Copyright © 2011 Nielsen

## 2011 Geographic Breakdown

% of TV Households



**Territory**

| Northeast | East Central | West Central | South East | South West | Pacific |

**% Distribution of Total TV Households**

| 20 | 13 | 15 | 21 | 12 | 19 |

**County Size**

| A | B | C & D |

| 40 | 31 | 29 |

% Penetration

| Territory | Wired Cable | Cable Plus ADS | Cable Plus ADS w/Pay | Total ADS | DBS | DVR | DVD | Digital |
|---|---|---|---|---|---|---|---|---|
| Northeast | 78 | 95 | 59 | 18 | 18 | 37 | 88 | 68 |
| East Central | 62 | 90 | 50 | 29 | 28 | 37 | 87 | 49 |
| West Central | 55 | 87 | 48 | 33 | 32 | 35 | 88 | 39 |
| Southeast | 60 | 93 | 54 | 34 | 34 | 33 | 84 | 41 |
| Southwest | 52 | 87 | 51 | 36 | 35 | 38 | 85 | 34 |
| Pacific | 57 | 89 | 54 | 32 | 32 | 42 | 89 | 46 |
| **County Size** | | | | | | | | |
| A | 69 | 91 | 59 | 24 | 23 | 41 | 88 | 60 |
| B | 64 | 89 | 51 | 26 | 26 | 37 | 87 | 49 |
| C & D | 48 | 90 | 47 | 43 | 42 | 31 | 85 | 29 |

Note: Current data based on Universe Estimates as of January 1, 2011

Copyright © 2011 Nielsen

*nielsen*

EXHIBIT 3 - PAGE 62



## 2012 Geographic Breakdown

% of TV Households

**Territory**

| Northeast | East Central | West Central | South East | South West | Pacific |
|-----------|--------------|--------------|------------|------------|---------|

**County Size**

| A | B | C & D |
|---|---|-------|

**% Distribution of Total TV Households**

Territory: Northeast 20, East Central 12, West Central 16, South East 21, South West 12, Pacific 19

County Size: A 39, B 31, C & D 30

% Penetration

| Territory | Wired Cable | Cable Plus ADS | Cable Plus ADS w/Pay | Total ADS | DBS | DVR | DVD | Digital |
|-----------|-------------|----------------|----------------------|-----------|-----|-----|-----|---------|
| Northeast | 78 | 95 | 55 | 18 | 17 | 42 | 85 | 71 |
| East Central | 61 | 90 | 48 | 29 | 29 | 41 | 86 | 52 |
| West Central | 54 | 87 | 50 | 34 | 34 | 39 | 86 | 45 |
| Southeast | 59 | 92 | 53 | 34 | 34 | 38 | 83 | 48 |
| Southwest | 51 | 86 | 52 | 36 | 36 | 42 | 84 | 36 |
| Pacific | 55 | 89 | 51 | 34 | 34 | 45 | 88 | 47 |
| **County Size** | | | | | | | | |
| A | 68 | 91 | 56 | 24 | 24 | 46 | 86 | 63 |
| B | 63 | 89 | 48 | 27 | 26 | 42 | 85 | 52 |
| C & D | 47 | 91 | 50 | 44 | 43 | 35 | 84 | 34 |

Note: Current data based on Universe Estimates as of January 1, 2012



Copyright © 2011 Nielsen    7

EXHIBIT 3 - PAGE 63

## 2011 Household Characteristics

% of TV Households

### Presence of Non-Adults

| None Under18 | 2-5 | 6-17 |
| --- | --- | --- |

### Household Income ($000)

| Under 20 | 20+ | 30+ | 40+ | 60+ | 75+ | 100+ | 125+ |
| --- | --- | --- | --- | --- | --- | --- | --- |

**% Distribution of Total TV Households**

Presence of Non-Adults: 66, 15, 19

Household Income: 17, 83, 72, 62, 45, 35, 23, 14

% Penetration

| Presence Of Non-Adults | Wired Cable | Cable Plus ADS | Cable Plus ADS w/Pay | Total ADS | DBS | DVR | DVD | Digital |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| None Under 18 | 63 | 90 | 52 | 28 | 28 | 34 | 85 | 48 |
| 2-5 | 56 | 89 | 54 | 34 | 33 | 43 | 90 | 45 |
| 6-17 | 60 | 92 | 56 | 33 | 33 | 41 | 93 | 47 |
| HH Income($000) | | | | | | | | |
| Under 20 | 56 | 79 | 37 | 24 | 23 | 15 | 74 | 34 |
| 20+ | 62 | 93 | 57 | 31 | 31 | 41 | 90 | 50 |
| 30+ | 63 | 94 | 59 | 31 | 31 | 45 | 91 | 52 |
| 40+ | 64 | 94 | 61 | 31 | 31 | 48 | 92 | 55 |
| 60+ | 66 | 96 | 64 | 30 | 30 | 52 | 93 | 58 |
| 75+ | 68 | 97 | 66 | 30 | 30 | 55 | 94 | 60 |
| 100+ | 69 | 97 | 68 | 29 | 29 | 58 | 95 | 63 |
| 125+ | 72 | 97 | 70 | 26 | 26 | 60 | 95 | 67 |

Note: Current data based on Universe Estimates as of January 1, 2011



EXHIBIT 3 - PAGE 64

## 2012 Household Characteristics

% of TV Households

| Presence of Non-Adults | | |
|---|---|---|
| None Under18 | 2-5 | 6-17 |

| Household Income ($000) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Under 20 | 20+ | 30+ | 40+ | 60+ | 75+ | 100+ | 125+ |

**% Distribution of Total TV Households**

Presence of Non-Adults bars:
- None Under18: 66
- 2-5: 15
- 6-17: 19

Household Income bars:
- Under 20: 18
- 20+: 82
- 30+: 70
- 40+: 60
- 60+: 43
- 75+: 33
- 100+: 21
- 125+: 13

% Penetration

| Presence Of Non-Adults | Wired Cable | Cable Plus ADS | Cable Plus ADS w/Pay | Total ADS | DBS | DVR | DVD | Digital |
|---|---|---|---|---|---|---|---|---|
| None Under 18 | 62 | 91 | 51 | 29 | 28 | 39 | 83 | 52 |
| 2-5 | 57 | 89 | 52 | 32 | 32 | 47 | 87 | 48 |
| 6-17 | 57 | 91 | 55 | 35 | 35 | 46 | 89 | 49 |
| HH Income($000) | | | | | | | | |
| Under 20 | 54 | 78 | 36 | 24 | 23 | 19 | 71 | 38 |
| 20+ | 62 | 93 | 55 | 32 | 32 | 46 | 88 | 54 |
| 30+ | 63 | 94 | 57 | 32 | 32 | 50 | 90 | 56 |
| 40+ | 64 | 95 | 59 | 32 | 32 | 53 | 91 | 58 |
| 60+ | 66 | 96 | 62 | 31 | 31 | 58 | 92 | 61 |
| 75+ | 67 | 96 | 64 | 31 | 31 | 61 | 92 | 63 |
| 100+ | 69 | 97 | 66 | 29 | 29 | 64 | 93 | 66 |
| 125+ | 72 | 97 | 67 | 26 | 26 | 67 | 93 | 70 |

Note: Current data based on Universe Estimates as of January 1, 2012



Copyright © 2011 Nielsen

9

EXHIBIT 3 - PAGE 65

## 2011 Household Characteristics

% of TV Households

### Household Size

| 1 | 2 | 3 | 4+ |
|---|---|---|---|



### Education of Head of House

| 0-3 Yrs. H.S. | 4 Yrs. H.S. | 1-3 Yrs. College | 4 + Yrs. College |
|---|---|---|---|



% Penetration

| HH Size | Wired Cable | Cable Plus ADS | Cable Plus ADS w/Pay | Total ADS | DBS | DVR | DVD | Digital |
|---|---|---|---|---|---|---|---|---|
| 1 | 64 | 86 | 44 | 22 | 22 | 24 | 77 | 45 |
| 2 | 62 | 92 | 56 | 31 | 31 | 39 | 88 | 49 |
| 3 | 62 | 92 | 57 | 31 | 31 | 42 | 90 | 50 |
| 4+ | 57 | 91 | 57 | 35 | 35 | 43 | 92 | 46 |
| **Education of Head of House** | | | | | | | | |
| 0-3 Yrs. H.S. | 51 | 83 | 41 | 33 | 33 | 18 | 79 | 32 |
| 4 Yrs. H.S. | 59 | 90 | 51 | 32 | 32 | 31 | 85 | 43 |
| 1-3 Yrs. College | 61 | 91 | 55 | 31 | 30 | 38 | 87 | 47 |
| 4+ Yrs. College | 68 | 93 | 59 | 26 | 25 | 47 | 90 | 57 |

Note: Current data based on Universe Estimates as of January 1, 2011

nielsen

EXHIBIT 3 - PAGE 66

## 2012 Household Characteristics

% of TV Households

### Household Size

| 1 | 2 | 3 | 4+ |
|---|---|---|---|

Bar chart values: 1 = 26, 2 = 32, 3 = 17, 4+ = 25

### Education of Head of House

| 0-3 Yrs. H.S. | 4 Yrs. H.S. | 1-3 Yrs. College | 4 + Yrs. College |
|---|---|---|---|

Bar chart values: 0-3 Yrs. H.S. = 12, 4 Yrs. H.S. = 25, 1-3 Yrs. College = 32, 4 + Yrs. College = 31

% Penetration

| HH Size | Wired Cable | Cable Plus ADS | Cable Plus ADS w/Pay | Total ADS | DBS | DVR | DVD | Digital |
|---|---|---|---|---|---|---|---|---|
| 1 | 63 | 87 | 42 | 24 | 23 | 29 | 77 | 50 |
| 2 | 62 | 93 | 54 | 31 | 31 | 43 | 87 | 53 |
| 3 | 60 | 91 | 56 | 32 | 32 | 47 | 87 | 52 |
| 4+ | 56 | 91 | 56 | 36 | 36 | 48 | 90 | 49 |
| **Education of Head of House** | | | | | | | | |
| 0-3 Yrs. H.S. | 48 | 80 | 41 | 33 | 32 | 20 | 76 | 35 |
| 4 Yrs. H.S. | 57 | 91 | 52 | 34 | 34 | 36 | 83 | 47 |
| 1-3 Yrs. College | 60 | 91 | 53 | 32 | 31 | 44 | 87 | 51 |
| 4+ Yrs. College | 68 | 93 | 55 | 26 | 25 | 51 | 88 | 60 |

Note: Current data based on Universe Estimates as of January 1, 2012



Copyright © 2011 Nielsen

11

EXHIBIT 3 - PAGE 67

## Trend of Actual Population Growth

TV Households in Millions

The number of television households and the size of each demographic group has decreased in 2012 to due to the realignment of the TV universe with the 2010 US Census.

| | 1970 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TV Households | 60.1 | 69.6 | 76.3 | 84.9 | 92.1 | 95.4 | 100.8 | 109.6 | 110.2 | 111.4 | 112.8 | 114.5 | 114.9 | 115.9 | 114.7 |
| Adults 18–49 | 79.2 | 89.0 | 97.4 | 109.8 | 118.7 | 122.2 | 124.5 | 129.9 | 130.0 | 130.6 | 131.0 | 131.9 | 131 6 | 131.5 | 127.9 |
| Adults 50+ | 45.8 | 51.7 | 54.9 | 58.6 | 61.5 | 64.9 | 73.2 | 83.9 | 85.9 | 88.1 | 90.2 | 92.5 | 94.7 | 97.0 | 96.6 |
| Children 2–11 | 38.9 | 34.8 | 31.8 | 32.9 | 35.5 | 38.2 | 39.8 | 39.6 | 40.0 | 40.1 | 40.2 | 40.7 | 41.1 | 41.6 | 41.2 |
| Teens 12–17 | 23 3 | 24.7 | 22.8 | 21.1 | 19.6 | 21.3 | 22.5 | 24.6 | 24.7 | 24.8 | 24.7 | 24.7 | 24.6 | 24.6 | 24.0 |
| Men 18+ | 58.6 | 66.5 | 72.1 | 79.8 | 85.6 | 89.2 | 94.7 | 102.7 | 103.8 | 105.3 | 106.7 | 108.3 | 109.3 | 110.5 | 108.6 |
| Women 18+ | 66.5 | 74.2 | 80.2 | 88.6 | 94.6 | 97.8 | 103.0 | 111.1 | 112.0 | 113.3 | 114.5 | 116 | 117 | 118.1 | 115.9 |

Note: Universe Estimates for 2011 and 2012 based on Jan 1, 2011 and Jan 1, 2012 respectively



nielsen

EXHIBIT 3 - PAGE 68



### Trend of Total Persons

Persons 2+ Per TV Household

The Total Persons P2+ population has declined in 2012, corresponding with the adjustment to the US Census. However, the Total Persons per TV Household remains relatively constant since 1990 at just over 2.5 people.

Total Persons (Millions): 187.2, 200.2, 206.8, 222.4, 235.2, 246.5, 259.9, 277.9, 280.5, 283.5, 286.3, 289.9, 292.0, 294.7, 289.7

Total Persons Per TV Household: 3.11, 2.88, 2.71, 2.62, 2.55, 2.58, 2.58, 2.54, 2.55, 2.54, 2.54, 2.53, 2.54, 2.54, 2.53

Years: 1970, 1975, 1980, 1985, 1990, 1995, 2000, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012

Note: Universe Estimates for 2011 and 2012 based on Jan 1, 2011 and Jan 1, 2012 respectively.



Copyright © 2011 Nielsen          13

EXHIBIT 3 - PAGE 69

## Population

### Demographic Breakdown

Persons Per Demographic Breakdown 100 TV Households

While total persons, persons 35–49 and 35–54 age groups have dipped slightly, all other groups have remained constant over the last two years.

| Persons | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-5 Years | 19 | 16 | 16 | 16 | 17 | 15 | 14 | 14 | 14 | 14 | 14 | 14 | 15 | 15 |
| 6-11 Years | 31 | 25 | 23 | 23 | 23 | 24 | 22 | 22 | 22 | 21 | 21 | 21 | 21 | 21 |
| 12-17 Years | 36 | 30 | 25 | 21 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 21 | 21 | 21 |
| 18-34 Years | 79 | 81 | 79 | 73 | 67 | 61 | 60 | 60 | 60 | 59 | 59 | 59 | 59 | 59 |
| 35-49 Years | 49 | 47 | 50 | 55 | 61 | 63 | 59 | 58 | 57 | 56 | 55 | 55 | 54 | 53 |
| 35-54 Years | 66 | 61 | 63 | 68 | 75 | 80 | 77 | 76 | 76 | 74 | 74 | 74 | 73 | 71 |
| 50-64 Years | 44 | 42 | 38 | 35 | 36 | 41 | 45 | 46 | 47 | 47 | 48 | 49 | 50 | 50 |
| 55-64 Years | 28 | 27 | 26 | 23 | 22 | 23 | 27 | 28 | 28 | 29 | 29 | 30 | 31 | 31 |
| 65+ Years | 30 | 30 | 31 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 33 | 34 | 34 |
| Total Persons | 288 | 271 | 262 | 255 | 258 | 258 | 254 | 255 | 254 | 253 | 253 | 254 | 254 | 253 |

### Demographic Trends of Adults

Persons Per 1000 TV Households

Total women and men demographic has decreased slightly. Women continue to outnumber men in 50+ and 35-49, yet men slightly outnumber women in the 18-34 demographic group. The 50+ demographic for both genders continues to increase, as the younger demographics continue to decline.



Note: Universe Estimates for 2011 and 2012 based on Jan 1, 2011 and Jan 1, 2012 respectively.



EXHIBIT 3 - PAGE 70

## Household Tuning Total Day

Tuning per TV Household per Week (Hours:Minutes)

During the 2010-11 season, household tuning averaged 59 hours and 28 minutes per week, an increase of more than an hour from the previous year, close to 8 ½ hours of tuning per day.



## Distribution by Dayparts

Tuning per TV Household per Week (Hours:Minutes)

Distribution of tuning by daypart has remained relatively consistent year to year. Primetime remains the most tuned daypart.



*Overnight , **Early Morning, ***Remainder

Note: Current data based on 2010-2011 season from 09/20/2010 - 09/18/2011.
Household data based on Total Day Live+7 HUT viewing which includes DVR playback.



Copyright © 2011 Nielsen          15
EXHIBIT 3 - PAGE 71

### Persons Viewing Annual Trend

Viewing per TV Household per Week (Hours:Minutes)

During the 2010-11 season, the amount of time the average person spent viewing increased from last year. The viewing levels have increased since the previous year, with the exception of Teens, which decreased by 32 minutes.



| | 1989-90 | 1994-95 | 1999-00 | 2004-05 | 2005-06 | 2006-07 | 2007-08 | 2008-09 | 2009-10 | 2010-11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Persons | 28:07 | 28:10 | 28:44 | 31:45 | 32:16 | 32:20 | 33:13 | 33:47 | 34:01 | 34:12 |
| Women 18+ | 31:37 | 32:18 | 33:06 | 36:58 | 37:09 | 37:04 | 37:52 | 38:35 | 38:41 | 38:46 |
| Men 18+ | 27:16 | 28:00 | 28:54 | 31:35 | 32:11 | 32:23 | 33:43 | 34:21 | 34:21 | 34:44 |
| Teens 12-17 | 22:37 | 21:25 | 21:30 | 23:11 | 23:58 | 23:50 | 24:08 | 24:04 | 24:22 | 23:50 |
| Children 2-11 | 23:50 | 21:50 | 21:30 | 23:11 | 23:57 | 24:02 | 24:14 | 24:35 | 25:36 | 25:59 |

### Persons Viewing Quarterly Trend 2010

Viewing per TV Household per Week (Hours:Minutes)

In 2010, total persons viewing was the highest during the first quarter, with an average of 35 hours and 50 minutes. Viewing was lowest during the second quarter at 32 hours and 32 minutes. First quarter emerges as the heaviest viewing period for both Women and Men 18+. Viewing is the highest for Teens 12-17 and Children 2-11 in the third quarter, corresponding with summer break from schools.



| | 4th Qtr 2009 Sep. 21, 2009 - Dec. 27, 2009 | 1rd Qtr 2010 Dec. 28, 2009 - Mar. 28, 2010 | 2rd Qtr 2010 Mar. 29, 2010 - Jun. 27, 2010 | 3rd Qtr 2010 Jun. 28, 2010 - Sep. 19, 2010 |
|---|---|---|---|---|
| Total Persons | 34:45 | 35:50 | 32:32 | 32:48 |
| Women 18+ | 39:32 | 41:11 | 37:07 | 36:43 |
| Men 18+ | 35:46 | 36:20 | 32:40 | 32:24 |
| Teens 12-17 | 23:23 | 24:36 | 23:33 | 26:07 |
| Children 2-11 | 25:17 | 26:01 | 24:31 | 26:41 |

Note: Current data based on 2009-2010 season from 09/21/2009 - 09/19/2010 and 2010-2011 season from 09/20/2010 - 09/18/2011. Persons data based on Total Day Live HUT + DVR playback for data through 1/30/11. Viewing for data post 1/31/11 based on Live HUT/PUT which includes DVR playback. Average for the season is duration weighted.



EXHIBIT 3 - PAGE 72

### Persons Viewing Quarterly Trend 2011

Viewing per TV Household per Week (Hours:Minutes)

2011 follows a similar pattern with total persons viewing being the highest during the first quarter, with an average of 35 hours and 53 minutes. However, viewing was lowest during the third quarter at 32 hours and 59 minutes. Viewing patterns for other demos show similar trends to 2010, with the heaviest viewing for both Women and Men 18+ in the first quarter and highest viewing for Teens 12-17 and Children 2-11 in the third quarter.



| | 4rd Qtr 2010 | 1rd Qtr 2011 | 2rd Qtr 2011 | 3rd Qtr 2011 |
|---|---|---|---|---|
| Total Persons | 34:47 | 35:53 | 33:02 | 32:59 |
| Women 18+ | 39:22 | 40:48 | 37:41 | 37:03 |
| Men 18+ | 35:53 | 36:35 | 33:24 | 32:48 |
| Teens 12-17 | 23:38 | 24:30 | 22:33 | 24:46 |
| Children 2-11 | 25:30 | 26:44 | 25:04 | 26:46 |
| | Sep. 20, 2010 – Dec. 26, 2010 | Dec. 27, 2010 – Mar. 27, 2011 | Mar. 28, 2011 – Jun. 26, 2011 | Jun. 27, 2011 – Sep. 18, 2011 |

Note: Current data based on 2009-2010 season from 09/21/2009 - 09/19/2010 and 2010-2011 season from 09/20/2010 - 09/18/2011. Persons data based on Total Day Live HUT + DVR playback for data through 1/30/11. Viewing for data post 1/31/11 based on Live HUT/PUT which includes DVR playback. Average for the season is duration weighted.



Copyright © 2011 Nielsen

nielsen

EXHIBIT 3 - PAGE 73

## Share Trends of Viewing Sources – Total Day, Primetime, Daytime, Late Night

Share of Total US TV Households

Ad-Supported Cable and Premium Pay share of TV Households has remained relatively flat while Network Affiliate Viewing Sources continue to decline.

**Total Day**
Monday – Sunday 6am – 6am

**Primetime**
Monday – Saturday 8-11pm
Sunday 7-11pm



● All Other Tuning   ● All Other Cable   ● Ad Supported Cable   ● Premium Pay
● Public   ● Independent   ● Network Affiliates

**Daytime**
Monday – Friday 10am – 4:30pm

**Late Night**
Monday – Sunday 11:30pm – 1am



● All Other Tuning   ● All Other Cable   ● Ad Supported Cable   ● Premium Pay
● Public   ● Independent   ● Network Affiliates

Note: Current data based on 2010-2011 season from 09/20/2010 - 09/18/2011.

nielsen

EXHIBIT 3 - PAGE 74



### Ethnic—Trend of TV Population Growth

TV Households in Millions

In 2012, the number of Black, Hispanic and Asian television households continue to increase.

### Ethnic - Persons Breakdown

Persons Per 1000 TV Households

#### Persons

| 2-17 Years | 2000 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|
| Composite | 618 | 586 | 587 | 582 | 576 | 572 | 572 | 571 | 569 |
| Black or African American | 806 | 777 | 781 | 748 | 737 | 748 | 749 | 742 | 728 |
| Hispanic | 1126 | 1081 | 1069 | 1049 | 1050 | 1033 | 1034 | 1013 | 996 |
| Asian | — | — | — | 714 | 699 | 663 | 646 | 674 | 677 |

| Adults 18+Years | 2000 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|
| Composite | 1961 | 1950 | 1959 | 1963 | 1962 | 1961 | 1969 | 1972 | 1957 |
| Black or African American | 1862 | 1890 | 1899 | 1897 | 1898 | 1906 | 1927 | 1930 | 1907 |
| Hispanic | 2295 | 2403 | 2393 | 2396 | 2386 | 2386 | 2390 | 2383 | 2363 |
| Asian | — | — | — | 2409 | 2409 | 2391 | 2384 | 2431 | 2403 |

| Total Persons | 2000 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|
| Composite | 2579 | 2536 | 2545 | 2545 | 2538 | 2532 | 2542 | 2543 | 2526 |
| Black or African American | 2668 | 2667 | 2680 | 2645 | 2635 | 2652 | 2676 | 2672 | 2635 |
| Hispanic | 3421 | 3484 | 3462 | 3446 | 3436 | 3420 | 3423 | 3396 | 3359 |
| Asian | — | — | — | 3123 | 3108 | 3054 | 3029 | 3105 | 3080 |

Note: Universe Estimates for 2011 and 2012 based on Jan 1, 2011 and Jan 1, 2012 respectively.



Copyright © 2011 Nielsen          19

EXHIBIT 3 - PAGE 75

## Ethnic—Trends in Ethnic TV Penetration

% of TV Households

| Composite | Cable Plus ADS | Cable Plus ADS w/Pay | DBS | DVR | DVD | VCR |
|---|---|---|---|---|---|---|
| 2000 | 76 | 39 | — | — | — | 85 |
| 2005 | 85 | 42 | — | — | — | 90 |
| 2006 | 86 | 41 | — | — | 76 | 89 |
| 2007 | 86 | 45 | 23 | — | 84 | 85 |
| 2008 | 87 | 45 | 26 | 19 | 87 | 79 |
| 2009 | 88 | 46 | 27 | 24 | 88 | 72 |
| 2010 | 90 | 52 | 29 | 34 | 88 | 65 |
| 2011 | 90 | 50 | 30 | 38 | 86 | 60 |
| 2012 | 90 | 52 | 30 | 41 | 85 | 57 |

| Black | Cable Plus ADS | Cable Plus ADS w/Pay | DBS | DVR | DVD | VCR |
|---|---|---|---|---|---|---|
| 2000 | 67 | 46 | — | — | — | 72 |
| 2005 | 80 | 52 | — | — | — | 86 |
| 2006 | 82 | 53 | — | — | — | 83 |
| 2007 | 84 | 54 | 18 | — | 86 | 79 |
| 2008 | 84 | 54 | 23 | 15 | 86 | 68 |
| 2009 | 84 | 52 | 23 | 18 | 86 | 63 |
| 2010 | 88 | 57 | 23 | 24 | 85 | 55 |
| 2011 | 88 | 55 | 25 | 30 | 84 | 49 |
| 2012 | 88 | 55 | 25 | 35 | 83 | 47 |

| Hispanic | Cable Plus ADS | Cable Plus ADS w/Pay | DBS | DVR | DVD | VCR |
|---|---|---|---|---|---|---|
| 2000 | 61 | 41 | — | — | — | 84 |
| 2005 | 70 | 41 | — | — | — | 79 |
| 2006 | 71 | 39 | — | — | — | 74 |
| 2007 | 76 | 41 | 25 | — | 82 | 69 |
| 2008 | 81 | 45 | 30 | 13 | 88 | 69 |
| 2009 | 81 | 44 | 33 | 19 | 87 | 61 |
| 2010 | 84 | 45 | 33 | 27 | 86 | 54 |
| 2011 | 84 | 44 | 34 | 29 | 83 | 50 |
| 2012 | 84 | 45 | 33 | 31 | 83 | 46 |

| Asian | Cable Plus ADS | Cable Plus ADS w/Pay | DBS | DVR | DVD | VCR |
|---|---|---|---|---|---|---|
| 2000 | — | — | — | — | — | — |
| 2005 | — | — | — | — | — | — |
| 2006 | — | — | — | — | — | — |
| 2007 | 81 | 37 | 15 | — | 91 | 84 |
| 2008 | 83 | 39 | 20 | 21 | 91 | 76 |
| 2009 | 86 | 40 | 23 | 26 | 88 | 68 |
| 2010 | 88 | 51 | 24 | 37 | 89 | 61 |
| 2011 | 90 | 50 | 26 | 36 | 88 | 53 |
| 2012 | 90 | 49 | 28 | 38 | 85 | 49 |

Note: Media related Universe Estimates for 2011 and 2012 based on Feb 1, 2011 and Nov 1, 2011 respectively.

Copyright © 2011 Nielsen

nielsen
EXHIBIT 3 - PAGE 76

### Ethnic—Trends in Television Ownership

TV Households in Millions

| Composite | Composite | Cable Plus ADS | Cable Plus ADS w/Pay | DBS | DVR | DVD | VCR |
|---|---|---|---|---|---|---|---|
| 2000 | 100.8 | 76.6 | 38.8 | — | — | — | 85.8 |
| 2005 | 109.6 | 93.1 | 46.3 | — | — | — | 98.9 |
| 2006 | 110.2 | 94.8 | 45.6 | — | — | — | 97.7 |
| 2007 | 111.4 | 96.2 | 49.7 | 25.1 | — | 93.3 | 95.2 |
| 2008 | 112.8 | 98.5 | 51.2 | 29.5 | 21.0 | 98.0 | 88.8 |
| 2009 | 114.5 | 100.9 | 52.8 | 31.2 | 27.9 | 101.1 | 82.5 |
| 2010 | 114.9 | 103.8 | 59.2 | 33.0 | 39.2 | 100.6 | 74.3 |
| 2011 | 115.9 | 104.7 | 58.4 | 34.3 | 44.0 | 99.7 | 69.3 |
| 2012 | 114.7 | 103.6 | 59.4 | 34.6 | 47.4 | 97.6 | 65.2 |

| Black | Composite | Cable Plus ADS | Cable Plus ADS w/Pay | DBS | DVR | DVD | VCR |
|---|---|---|---|---|---|---|---|
| 2000 | 12.1 | 8.1 | 5.5 | — | — | — | 8.7 |
| 2005 | 13.2 | 10.5 | 6.8 | — | — | — | 11.3 |
| 2006 | 13.3 | 10.9 | 7.0 | — | — | — | 11.1 |
| 2007 | 13.5 | 11.3 | 7.3 | 2.5 | — | 11.5 | 10.6 |
| 2008 | 13.7 | 11.4 | 7.4 | 3.1 | 2.0 | 11.7 | 9.2 |
| 2009 | 14.0 | 11.8 | 13.7 | 3.2 | 2.6 | 12.0 | 8.8 |
| 2010 | 14.0 | 12.3 | 8.0 | 3.2 | 3.4 | 11.9 | 7.8 |
| 2011 | 14.1 | 12.4 | 7.7 | 3.6 | 4.2 | 11.8 | 6.9 |
| 2012 | 14.3 | 12.6 | 7.9 | 3.6 | 5.0 | 11.9 | 6.8 |

| Hispanic | Composite | Cable Plus ADS | Cable Plus ADS w/Pay | DBS | DVR | DVD | VCR |
|---|---|---|---|---|---|---|---|
| 2000 | 8.7 | 5.3 | 3.5 | — | — | — | 7.3 |
| 2005 | 10.9 | 7.6 | 4.5 | — | — | — | 8.6 |
| 2006 | 11.2 | 7.9 | 4.4 | — | — | — | 8.3 |
| 2007 | 11.6 | 8.8 | 4.8 | 2.9 | — | 9.5 | 8.0 |
| 2008 | 12.1 | 9.8 | 5.5 | 3.6 | 1.6 | 10.7 | 8.4 |
| 2009 | 12.7 | 10.3 | 5.6 | 4.1 | 2.4 | 11.0 | 7.8 |
| 2010 | 13.0 | 11.0 | 5.9 | 4.3 | 3.5 | 11.1 | 7.0 |
| 2011 | 13.4 | 11.2 | 5.9 | 4.5 | 3.8 | 11.1 | 6.7 |
| 2012 | 14.0 | 11.8 | 6.3 | 4.6 | 4.4 | 11.6 | 6.4 |

| Asian | Composite | Cable Plus ADS | Cable Plus ADS w/Pay | DBS | DVR | DVD | VCR |
|---|---|---|---|---|---|---|---|
| 2000 | — | — | — | — | — | — | — |
| 2005 | — | — | — | — | — | — | — |
| 2006 | — | — | — | — | — | — | — |
| 2007 | 4.4 | 3.5 | 1.6 | 0.7 | — | 4.0 | 3.7 |
| 2008 | 4.5 | 3.8 | 1.8 | 0.9 | 1.0 | 4.1 | 3.4 |
| 2009 | 4.7 | 4.1 | 1.9 | 1.1 | 1.2 | 4.2 | 3.2 |
| 2010 | 4.8 | 4.2 | 2.5 | 1.1 | 1.8 | 4.3 | 2.9 |
| 2011 | 4.8 | 4.3 | 2.4 | 1.3 | 1.7 | 4.3 | 2.6 |
| 2012 | 5.3 | 4.7 | 2.6 | 1.5 | 2.0 | 4.5 | 2.6 |

Note: Media related Universe Estimates for 2011 and 2012 based on Feb 1, 2011 and Nov 1, 2011 respectively.



Copyright © 2011 Nielsen

21

EXHIBIT 3 - PAGE 77

### Ethnic—Annual Household Trend

Tuning per TV Household per Week (Hours:Minutes)

During the 2010–11 season, Black and Hispanic Households continue to have higher tuning levels than Composite.

| | 1995 | 2000 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| Black | 72:34 | 71:44 | 78:31 | 79:44 | 78:47 | 78:19 | 78:44 | 78:40 | 79:55 |
| Hispanic | 55:57 | 55:33 | 57:17 | 58:39 | 61:49 | 61:04 | 59:29 | 59:41 | 60:08 |
| Composite | 50:42 | 52:35 | 55:51 | 57:54 | 57:47 | 58:27 | 58:29 | 58:25 | 59:28 |

### Ethnic—Annual Persons Trend 2010

Tuning per TV Household per Week (Hours:Minutes)

In 2010, persons in Black homes tuned 46 hours and 17 minutes, compared to the Composite 34 hours and 1 minute. Black viewing was higher than Composite among all reported age groups. Hispanic Persons 2+ viewing was lower than the Composite average (29:20 Hispanic vs. 34:01 Composite).



| | Composite | Black | Hispanic |
|---|---|---|---|
| Total Persons | 34:01 | 46:17 | 29:20 |
| Women 18+ | 38:41 | 53:48 | 32:55 |
| Men 18+ | 34:21 | 47:01 | 28:60 |
| Teens 12-17 | 24:22 | 35:19 | 23:54 |
| Children 2-11 | 25:36 | 34:17 | 26:40 |

Note: Current data based on viewing from 09/21/2009 - 09/19/2010 for 2010 and 09/20/2010 - 09/18/2011 for 2011. Household data based on Total Day Live+7 HUT viewing. Persons data based on Total Day Live HUT + DVR playback for data through 1/30/11. Viewing for data post 1/31/11 based on Live HUT/PUT which includes DVR playback. Average for the season is duration weighted.

nielsen

EXHIBIT 3 - PAGE 78

### Ethnic—Annual Persons Trend 2011

Tuning per TV Household per Week (Hours:Minutes)

In 2011, tuning among persons in Black homes increased to 46 hours and 53 minutes, compared to the Composite 34 hours and 12 minutes. Overall trends remain the same with black viewing higher than Composite among all reported age groups and Hispanic Persons 2+ viewing lower than the Composite average (29:34 Hispanic vs. 34:12 Composite).



| | Composite | Black | Hispanic |
|---|---|---|---|
| Total Persons | 34:12 | 46:53 | 29:34 |
| Women 18+ | 38:46 | 53:41 | 33:00 |
| Men 18+ | 34:44 | 48:02 | 29:23 |
| Teens 12-17 | 23:50 | 35:11 | 23:58 |
| Children 2-11 | 25:59 | 35:59 | 26:49 |

Note: Current data based on viewing from 09/21/2009 - 09/19/2010 for 2010 and 09/20/2010 - 09/18/2011 for 2011. Household data based on Total Day Live+7 HUT viewing. Persons data based on Total Day Live HUT + DVR playback for data through 1/30/11. Viewing for data post 1/31/11 based on Live HUT/PUT which includes DVR playback. Average for the season is duration weighted.





Copyright © 2011 Nielsen

23

EXHIBIT 3 - PAGE 79

## Network Program Trends By Type - Primetime

English Language Broadcast Networks
% of schedule

Each year, Nielsen examines the broadcast networks' schedules to profile the types of programs in the schedule and their durations.
Beginning with the 2010/11 broadcast season, PBS Affiliates are included in the Broadcast Network Affiliates. General dramas continue to
dominate the lineups, comprising of 51% of the total programming duration. The total number of programming minutes has increased since last year.



Note: Current data based on program lineups for 2010-11 Season from 9/20/10 – 9/18/2011

nielsen

EXHIBIT 3 - PAGE 80

## Network Program Trends By Type - Primetime

English & Spanish Language Broadcast Networks
% of schedule

Beginning with the 2006/2007 broadcast season, Spanish Language Broadcast Networks are included in this report of Broadcast Network primetime schedules. In 2010-2011, we see a similar trend with the inclusion of Spanish language programming with General Dramas dominating the lineup and Variety programming at a distant second.



Note: Current data based on program lineups for 2010-11 Season from 9/20/10 – 9/18/2011





**Network Program Trends by Type - Monday-Friday Daytime**

English & Spanish Language Broadcast Networks
% of schedule

While daytime dramas remain the core of the broadcast networks' daytime schedules, occupying 40% of the total programming, their share has reduced compared to last season. Quiz/ Audience Participation, Child and Other programming types have seen an increase in programming minutes over prior season. The increase in children's programming is driven by the inclusion of PBS in broadcast.

| | 2006/2007 | 2007/2008 | 2008/2009 | 2009/2010 | 2010/2011 |
|---|---|---|---|---|---|
| Total Programming Duration | 614604 | 594241 | 602860 | 612457 | 730560 |

2006/2007: 14% / 47% / 32% / 1% / 6%
2007/2008: 10% / 57% / 29% / 2% / 3%
2008/2009: 8% / 62% / 24% / 3% / 3%
2009/2010: 17% / 48% / 27% / 2% / 6%
2010/2011: 19% / 40% / 27% / 6% / 7%

● Quiz/audience Participation   ● Child   ● Conversations, Colloquies   ● Daytime Drama   ● Other (Gv, Gd, Cs, Ff)

**Network Program Trends by Type - Weekend Daytime**

English & Spanish Language Broadcast Networks
% of schedule

Children's programming during weekend daytime has decreased since the previous year while Feature Films, Conversations /Colloquies and Other programming types has increased.

| | 2006/2007 | 2007/2008 | 2008/2009 | 2009/2010 | 2010/2011 |
|---|---|---|---|---|---|
| Total Programming Duration | 208328 | 159110 | 203627 | 201044 | 230042 |

2006/2007: 19% / 10% / 8% / 13% / 4% / 3% / 44%
2007/2008: 15% / 11% / 7% / 10% / 9% / 4% / 43%
2008/2009: 16% / 11% / 8% / 8% / 10% / 7% / 41%
2009/2010: 17% / 13% / 10% / 8% / 10% / 6% / 36%
2010/2011: 15% / 11% / 13% / 8% / 16% / 8% / 30%

● Child   ● Conversations, Colloquies   ● Feature Film   ● Variety   ● Others   ● News   ● Sports

Note: Current data based on program lineups for 2010-11 Season from 9/20/10 – 9/18/2011

nielsen

EXHIBIT 3 - PAGE 82



### Syndicated Programming by Type: Adults

# of Programs: # of Hours

The total number of adult syndicated programs and hours has increased in 2011, from the previous year. Comedies, Drama, Quiz /Audience Participation, Informational/News, Variety and Music have increased in number of hours from the previous year.

Note: National Syndication Audience Demographic Report, September 2011



Copyright © 2011 Nielsen          27

EXHIBIT 3 - PAGE 83

## Trends in Network Commercials

English Language Broadcast Networks
Share and Total Commercial Minutes Aired

In 2010, the number of commercials increased by 9% in primetime and 10% in daytime over last year. Total commercial minutes also increased in primetime and daytime.

The 30-second commercial remains the television advertising standard in primetime, accounting for 55% of all units. The number of 15-second and 30-second commercials have increased 13% and 11% respectively, while 60-second and other format has decreased –22% and –43% over last year

In daytime, with the exception of the 30-second commercial which decreased by 2%, all the other commercial formats increased, with 60 second commercials seeing a 55% increase over last year.



Note: Current data is based on Nov 1, 2010 - Nov 30, 2010. Excludes promos and direct response.

nielsen
EXHIBIT 3 - PAGE 84

## Trends in Network Commercials

English & Spanish Language Broadcast Networks
Share and Total Commercial Minutes Aired

With the addition of Spanish Language Broadcast Networks, the 30-second commercial is still the television advertising standard in primetime and has the same trend as English Language Broadcast Networks alone. In daytime, there is a slight decrease in the percent of 30-second commercials, but an increase in 15-second commercials, which also follows a similar trend as English Language Broadcast Networks alone.

Overall, commercial messages aired continue to increase across primetime and daytime with the addition of Spanish Language Broadcast Networks.



| | Primetime Mon.-Sat. 8-11pm, Sun. 7-11pm | | | | | | | Monday–Friday Daytime 10am–4:30pm, 22 Days Each Year | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| November | 2000 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2000 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| Commercial Messages Aired | 11202 | 11742 | 15929 | 17988 | 18998 | 19370 | 19752 | 11481 | 8928 | 13780 | 16235 | 17128 | 19790 | 20878 |
| % of Total | | | | | | | | | | | | | | |
| :30 | 62 | 58 | 62 | 60 | 61 | 54 | 57 | 46 | 45 | 42 | 51 | 47 | 40 | 39 |
| :60 | 2 | 5 | 7 | 5 | 4 | 6 | 4 | 4 | 5 | 7 | 6 | 8 | 9 | 9 |
| :15 | 35 | 35 | 30 | 33 | 33 | 37 | 37 | 48 | 49 | 50 | 42 | 43 | 49 | 50 |
| Other | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 2 | 2 |
| Commercial Minutes Aired | 4751 | 5300 | 7346 | 8032 | 8505 | 8618 | 8617 | 4601 | 3615 | 5982 | 6991 | 7513 | 8555 | 8954 |

Note: Current data is based on Nov 1, 2010 - Nov 30, 2010. Excludes promos and direct response



Copyright © 2011 Nielsen          29

EXHIBIT 3 - PAGE 85

## Trends of National TV Investments

Shares by Product Class

Data from Nielsen Monitor-Plus service illustrate the competitive positions of the national television medias in the multi-billion-dollar advertising industry. Syndication is not included in this examination due to methodology changes occurring in 2007.

Certain product categories are key to each national television medium. The Business and Finance category is the top category overall as it continues to lead all others in advertising spending across all medias. Total advertising, including the all media types, Network television, National Cable and Spanish Language Cable increased in 2010 from 2009.

| Product Class | Composite | | | | Network | | | | Cable | | | | Spanish Lang. Network | | | | Spanish Lang. Cable | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2007 | 2008 | 2009 | 2010 | 2007 | 2008 | 2009 | 2010 | 2007 | 2008 | 2009 | 2010 | 2007 | 2008 | 2009 | 2010 |
| Business & Finance | 29 | 29 | 30 | 30 | 28 | 27 | 29 | 30 | 29 | 30 | 31 | 29 | 33 | 32 | 33 | 35 | 39 | 44 | 47 | 42 |
| Drugs & Toiletries | 18 | 17 | 16 | 15 | 19 | 18 | 17 | 15 | 16 | 16 | 16 | 15 | 13 | 12 | 11 | 10 | 8 | 10 | 11 | 12 |
| Food & Beverage | 10 | 11 | 11 | 12 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 12 | 12 | 13 | 15 | 17 | 12 | 11 | 11 | 14 |
| Home & Building | 7 | 7 | 7 | 15 | 6 | 6 | 6 | 15 | 9 | 8 | 8 | 16 | 9 | 9 | 9 | 11 | 11 | 7 | 6 | 10 |
| Leisure | 14 | 15 | 15 | 10 | 13 | 14 | 15 | 10 | 15 | 16 | 15 | 9 | 9 | 11 | 12 | 12 | 8 | 10 | 9 | 8 |
| Retail & Merchants | 10 | 10 | 10 | 7 | 10 | 8 | 10 | 5 | 8 | 8 | 9 | 9 | 12 | 13 | 13 | 7 | 10 | 9 | 9 | 6 |
| Transportation | 12 | 12 | 10 | 11 | 13 | 10 | 13 | 14 | 10 | 10 | 8 | 9 | 11 | 10 | 7 | 8 | 12 | 10 | 7 | 8 |
| Other | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | LT | LT | LT | 0 | LT | LT | LT | 0 |
| Total Investment (Billions) | $41.4 | 42.2 | 42.6 | 47.0 | $23.6 | 22.5 | 20.3 | 21.6 | $14.7 | 16.5 | 19.1 | 21.8 | $2.8 | 2.8 | 2.8 | 3.1 | $0.2 | 0.2 | 0.3 | 0.4 |

Note: Current Data based on January 1, 2010 – December 31, 2010 Ad views 2010 Data

nielsen

EXHIBIT 3 - PAGE 86

# Appendix

## Growth of Television Ownership & Trends in Television Ownership (page 4-11)

Percent of Television Household statistics are based on Nielsen Estimates. All universe estimates are based on prior July, projected to January, except where noted below.

**Broadcast Only:** Households that only have the capability to receive TV reception "over the air." These households have neither Cable nor ADS.

**Wired Cable:** Households with one or more television sets that receive TV programming through a hard wired cable hook-up. Estimates for 1970-75, February-March.

**Cable Plus ADS:** Households with one or more television sets that receive TV programming through a hard wired cable hook-up or an Alternate Delivery system.

**Cable Plus ADS with Pay:** Homes with wired cable and/or homes with ADS plus any pay channels for which the service provider normally charges an extra premium.

**Total ADS:** Households that receive TV reception from an Alternate Delivery system. ADS Households that also have cable are included.

**ADS is comprised of the following four types of systems:**

1. DBS (Direct Broadcast Satellite): A satellite service whose signal is delivered directly to a viewer's home via the use of the viewer's own earth station dish. DBS is different from traditional satellite systems because subscribers use a smaller more versatile dish to receive programming at higher frequencies (KU-Band). DBS includes systems referred to as DSS.
2. Large Satellite Dish: Households receive their TV signal through a large satellite dish, usually 4 feet or more in diameter.
3. SMATV (Satellite Master Antenna Television): SMATV usually serves a housing complex or hotel. The TV signals are received via satellite and over the air broadcast stations and distributed to the units by coaxial cable.
4. MMDS (Multi-channel Multi-point Distribution Systems): Households use a specialized antenna and converter combination to receive TV signals. This technology is a carrier service for short distance line of sight transmission of TV programming to selected locations.

**Digital Cable:** Household with one or more television sets that receive TV programming through a digital cable set-top box.

**DBS:** Direct Broadcast Satellite is a service whose signal is delivered directly to a viewer's home via the use of the viewer's own earth station dish. DBS is different from traditional satellite systems because subscribers use a smaller more versatile dish to receive programming at higher frequencies (KU-Band). DBS includes systems referred to as DSS.

**DVR:** Households that have at least one television set with a DVR (Digital Video Recorder) attached. A DVR is a consumer device which records video programming from a television set.

**HD Receivable:** A home that is equipped with an HD television and HD tuner and receives at least one HD network or station (based on estimates from November 2007).

**HD Capable:** A home that is equipped with an HD television and HD tuner capable of displaying HD content (based on estimates from November 2007).

**HD Display Capable:** A home that is equipped with an HD television that is capable of displaying HD content (based on estimates from February 2008).

**Multi-Set:** Households with two or more operable television sets.

**DVD:** Households that have at least one TV set with a DVD player attached.

**Video Games:** Includes homes that have at least one TV set with a videogame console attached. Online and handheld videogames are not included.

**VCR:** Households that have at least one television set with a VCR attached. Prior to 2002, based on prior May.

**PC Access Home:** Households that have at least one personal computer at home.

**PC Owner with Internet Access – Home:** Includes households that can access the internet at home using a personal computer.

**Remote Control:** Discontinued to be reported as of 2008 estimates; see previous TVA for historical statistics.

**Color Television:** Discontinued to be reported as of 2008 estimates; see previous TVA for historical statistics.

## Household Tuning and Persons Viewing (pages 15-17)

Data prior to 1990 based on NTI Audimeter sample. Post 1990 data based on National People Meter sample.

Prior to 1990, includes 48 weeks per year. 1990—present, includes 52 weeks.

1984—85 data based on an average of November, February, Mary and July.

1989—90 data based on September—August.

1994—present data based on broadcast seasons—mid-September to mid-September each year.

The 2006 data includes the following data streams: Live (9/19/05-12/25/05) and Live +7 (12/26/05—9/17/06).

The 2007 data is based on Live +7 (9/18/06—9/23/07).

The 2008 data is based on 9/24/07-9/21/08. Household data based on Total Day Live+7 HUT. Persons data based on Live PUT viewing, plus DVR playback.

The 2009 data is based on 9/22/08-9/20/09. Household data based on Total Day Live+7 HUT viewing. Persons data based on Live PUT viewing, plus DVR playback.

The 2010 data is based on 9/21/09 - 09/19/10. Household data based on Total Day Live+7 HUT viewing. Persons data based on Live PUT viewing, plus DVR playback.

The 2011 data is based on 9/20/10 - 09/18/11. Household data based on Total Day Live+7 HUT viewing. Persons data based on Total Day Live HUT + DVR playback for data through 1/30/11. Viewing for data post 1/31/11 based on Live HUT/PUT which includes DVR playback. Average for the season is duration weighted.

## Distribution by Dayparts (page 15 bottom)

1975, 12 months ending in March

1980-1995, 12 months ending in August each year

1995-present based on broadcast seasons—mid-September to mid-September each year

Monday-Friday Daytime: 10am-4:30pm

Early Fringe: Monday-Friday 4:30-7:30pm

Primetime: Monday-Saturday 8-11pm, Sunday 7-11pm

Late Fringe: Monday-Sunday 11pm-1am

Saturday-Sunday Day: Saturday 7am-7:30pm, Sunday 7am-7pm

Other: Includes Monday-Friday 1-10am, Saturday-Sunday 1-7am, Monday-Saturday 7:30-8pm

Other separated as: *Overnight (Mon-Fri 1-6am), **Early Morning (Mon-Fri 6-10am), ***Remainder (Sat-Sun 1-7am, M-Sat 7:30-8pm)

The 2006 data includes the following data streams: Live (9/19/05-12/25/05) and Live +7 (12/26/05—9/17/06).

The 2007 data is based on Live +7 (9/18/06—9/23/07).

The 2008 data is based on 9/24/07-9/21/08. Household data based on Total Day Live+7 HUT viewing.

The 2009 data is based on 9/22/08-9/20/09. Household data based on Total Day Live+7 HUT viewing.

The 2010 data is based on 9/21/09 - 09/19/10. Household data based on Total Day Live+7 HUT viewing.

The 2011 data is based on 9/20/10 - 09/18/11. Household data based on Total Day Live+7 HUT viewing.



Copyright © 2011 Nielsen

### Share Trends of Viewing Sources (page 18)

Prior to 2006 TVA, data source was NTI Total Viewing Sources Report—Sum of Sources based on an average of November, February, May and July each year.

2005—2006 season includes a combination of Live and Live +7 data
2006—2007 season includes Live +7 data only
2007-2008 season includes Live+7 data only
2008-2009 season includes Live+7 data only

**Network Affiliates:**

1984-1990: ABC, CBS, NBC affiliates
1991-1999: ABC, CBS, NBC, FOX affiliates
1999-December 25, 2005: ABC, CBS, NBC, FOX, WB, UPN, PAX affiliates
December 26, 2005-January 29, 2006: ABC, CBS, NBC, FOX, WB, UPN, UNI, PAX affiliates
January 30, 2006-February 26, 2006: ABC, CBS, NBC, FOX, WB, UPN, UNI, TEL, PAX affiliates
February 27, 2006-August 27, 2006: ABC, CBS, NBC, FOX, WB, UPN, UNI, TEL, TF, PAX affiliates
August 28, 2006-September 3, 2006: ABC, CBS, NBC, FOX, WB, UPN, UNI, TEL, TF, AZA, PAX affiliates
September 4, 2006-Present: ABC, CBS, NBC, FOX, CW, WB, UPN, UNI, TEL, TF, AZA, PAX, MNT affiliates (excluded as of 9/28/09)

**Independents:**

1984-1991: Commercial Independent stations including FOX affiliates and TBS
1991-1999: Commercial Independent stations including WB, UPN affiliates and super stations excluding TBS
1999-2006: Commercial Independent stations including Hispanic Broadcast network affiliates excluding TBS
2006-present: Commercial Independent stations excluding Hispanic Broadcast network affiliates as they become measured in the NPM sample excluding TBS

Note: As Hispanic networks started to be measured in the NPM sample, they were removed from Independent and placed in Network Affiliates as stated in the Broadcast section above. Summary of broadcast Hispanic networks are as follows:
Univision measurement began on 12/26/2005, Telemundo measurement began on 1/30/2006, Telefutura measurement began on 2/27/2006, Azteca measurement began on 8/28/2006

**Public:** PBS affiliates and all Public Broadcast Stations

**Ad Supported Cable:** 1999-present: Viewing to advertiser supported cable networks including TBS and WGN cable

**All Other Cable:** 1999-present: Tuning to cable networks that are neither ad supported nor premium pay, includes pay-per-view, interactive channels, home shopping channels, and audio only feeds.

**Premium Pay Cable:** 1999-present: Viewing to premium pay cable services

**Pay Cable:** 1984-1999: Cable subscribers receiving at least one premium channel. This does not include Pay-Per-View

**Basic Cable:** 1984-1991: Tuning to basic cable including Pay-Per-View
1991-1999: Tuning to basic cable including TBS and Pay-Per-View

**Effective 1991, FOX and TBS changed from Independents to Network Affiliates and Basic Cable Respectively**

**Source: Nielsen Media Research Cable Status Reports 1984-1991: Nielsen Media Research Galaxy Explorer 1991-present**

### Ethnic Trends of TV Population Growth (page 19)

Data based on Nielsen Media Research Estimates January 1 of each year.
Black is defined as "Black or African American alone or in combination with any other race."
Asian is defined as "alone or in any combination with any other race."

### Ethnic Trends in Ethnic Penetration and TV Ownership (pages 20, 21)

Composite and Black TV Household data based on Nielsen Media Research Estimates from National People Meter Sample.
Hispanic Household data based on Nielsen Media Research Estimates from NHTI People Meter Sample.
Asian Household data effective with 2007 data.

### Ethnic Household Tuning and Persons Viewing Trends (page 22, 23)

Composite and Black data based on National People Meter Sample.
Hispanic data based on NHTI People Meter Sample
Mid-September to mid-September averages
2006 data is based on Live (9/19/05—12/25/05) and Live +7 (12/26/05-9/17/06)
2007 data is based on Live +7 (9/18/06—9/23/07)
2008 data is based on Live +7 (9/24/07—9/21/08)
2009 data is based on Live+7 (9/22/08-9/20/09)
2010 data is based on Live+7 (9/21/09 - 09/19/10).
2011 data is based on Live+7 ( 9/20/10 - 09/18/11)

### Network Program Trends by Type in Primetime and Daytime (pages 24, 25, 26)

Data is based on mid-September to mid-September program line-ups of regularly scheduled programs.
Primetime data includes English Language only and Spanish Language and English Language network programs for the 2009-2010 broadcast season. Monday—Friday Daytime and Weekend Daytime program line ups include a combination of English Language and Spanish Language network programs.

### Syndicated Programming by Type (page 27)

NSS National Audience Demographics Report, September each year

### Network Commercial Trends (pages 28, 29)

Data is based on Nielsen Monitor-Plus data.
Regional commercials, promotions and direct response are excluded.
Measurement interval is November 1—30 every year.
FOX included as of 1995
FOX, WB, UPN and PAX included as of 2000; no UPN for Daytime
FOX, CW, MNT, PAX, AZA, TEL, TF and UNI are included as of 2006 data
PAX becomes ION and MT3 included as of 2007
Daytime data in years 1990 and 1995 include LT. LT = less than 1% of Total

### Trends of National Television Investments  (page 30)

Data is based on Nielsen Monitor-Plus data.
Measurement interval is January-December every year.
Data excludes Promotion and Direct Response advertising.
Shares may not add back to 100, due to rounding.
Spanish Language Networks included effective with 2006 reported data.
Syndication data excluded effective with 2006 reporting due to methodology changes.

For more information visit www.nielsen.com

Copyright © 2011 Nielsen. All rights reserved. Nielsen and the Nielsen logo are trademarks or registered trademarks of CZT/ACN Trademarks, L.L.C. Other product and service names are trademarks or registered trademarks of their respective companies. 11/3722



EXHIBIT 3 - PAGE 88

Exhibit 4



MULTICHANNEL MARKET TRENDS

Tuesday, May 22, 2012 11:47 AM MT    SNL Kagan

# Auto Hop touches a nerve; models point to limited impact

By Ian Olgeirson

The rancor leveled at DISH Network Corp. for enabling a DVR-based advertising opt-out offers a glimpse of the reaction when a player deviates from the deep interconnection between service providers and programmers. However, the actual impact of the Auto Hop feature on television advertising likely will be limited, even if DISH weathers potential legal challenges.

DISH offered consumers that take the Hopper DVR box the proverbial rose of being able to save themselves the trouble of manually fast-forwarding through commercial blocks when accessing the PrimeTime Anytime feature that cleverly stores the nightly lineups from the four major broadcast networks on the individual DVR's huge hard drives.

While programmers clearly feel they got the metaphorical thorns and that DISH is betraying the symbiotic relationship, it is unl kely to contr bute any meaningfully additional threat to the approximately $15 billion advertising segment for the broadcast networks.

Indeed, ad-skipping capability is already available to more than 45 million households in the U.S., according to SNL Kagan estimates. Multichannel service providers have long danced around their role as facilitators in commercial skipping, pedaling the ability to fast-forward with integrated DVRs while at the same time avoiding the full brunt of the controversy by leaving it up to individuals to speed through commercials in recorded content.

Operators have gone as far as to eschew a 30-second jump function on DVRs, and with the exception of Cablevision Systems Corp.'s remote-storage DVR model, most have supported disabling the fast-forward in network-based time-shifting such as Time Warner Cable Inc.'s Start Over/Look Back offering and Comcast Corp.'s TV On Demand VOD expansion, in no small part because they require modifications to programming agreements and the approval of the network.

The operators' deference to preserving commercials provides a strong indication that Auto Hop will not generate copycats. While programmers are clearly concerned that other operators could join in, limiting the impact to a portion of the roughly 50% of DISH Network customers that are equipped with a DVR essentially confines Auto Hop to a subset of a subset of a subset for the full industry.

Introduced in March, the Hopper box carries a premium set of features and pricing that will likely limit the adoption to a higher-end segment of consumers. The limited adoption should contain the impact of the Auto Hop to a relatively small percentage of overall DVR subscr bers and an even smaller portion of digital subs.

Illustrating the limitations of the reach of the Auto Hop feature, we assembled a series of models, first considering the potential adoption rates for the Hopper box. We then overlaid those subscriber totals on the full DVR universe to show the potential influence the Hopper units will have in the industry in terms of penetration rates. Taking it one step further, we overlaid the potential installed base on the full U.S. digital subscriber count, which further illustrates the limitations of impact.

The first sensitivity table builds Hopper DVR household counts with the portion of new DVR customers taking the high-end box ranging from 10% to 50% over a five-year period from 2012 to 2016. The variables in the percentage of upgrades from existing DISH DVR households ranges from 2.5% to 20% per year. The estimated DVR subscribers for DISH use SNL Kagan's assumptions for DVR penetrations for the DBS industry. The resulting number of Hopper DVR households in 2014 — effectively year three — ranges from less than 1 million on the low end to nearly 5 million units on the higher end.

## Hopper DVR Enabled Household Growth Scenarios^

|  |  | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
|  |  | % of New DISH DVR subscribers Equipped with Hopper | | | | |
|  |  | 10% | 20% | 30% | 40% | 50% |
| % of Existing DISH DVR Subscribers Upgraded with Hopper | 2.5% | 226 | 506 | 839 | 1,229 | 1,680 |
|  | 5.0% | 412 | 888 | 1,426 | 2,033 | 2,712 |
|  | 7.5% | 597 | 1,269 | 2,013 | 2,837 | 3,743 |
|  | 10.0% | 783 | 1,650 | 2,601 | 3,641 | 4,775 |
|  | 12.5% | 968 | 2,031 | 3,188 | 4,445 | 5,807 |
|  | 15.0% | 1,154 | 2,413 | 3,776 | 5,250 | 6,839 |
|  | 17.5% | 1,339 | 2,794 | 4,363 | 6,054 | 7,871 |
|  | 20.0% | 1,525 | 3,175 | 4,951 | 6,858 | 8,902 |

As of May 2012. Subscribers in thousands. ^Scenarios compare the impact of variable DISH Hopper DVR growth rates on total DISH DVR subscribers. DISH DVR assumptions assembled using DBS industry penetration estimates from 2012 to 2016. © 2012 SNL Kagan, a division of SNL Financial LC, estimates. All rights reserved.

EXHIBIT 4 - PAGE 89

While the Hopper DVR counts could account for the majority of DISH DVR subscribers in a five-year model, the Hopper box as a percent of total industry DVRs is unlikely to have a significant impact. Overlaying the series of adoption rates on top of SNL Kagan's forecast for total cable, DBS, telco and stand-alone DVR households in the U.S. shows a pattern of penetrations primarily relegated to the single digits.

### Hopper DVR Penetration of Total DVR Household Scenarios^

| | | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| | | % of New DISH DVR Subscribers Equipped with Hopper | | | | |
| | | 10% | 20% | 30% | 40% | 50% |
| | 2.5% | 0.5% | 1.0% | 1.5% | 2.1% | 2.7% |
| | 5.0% | 0.9% | 1.7% | 2.6% | 3.4% | 4.4% |
| % of Existing DISH | 7.5% | 1.2% | 2.4% | 3.6% | 4.8% | 6.0% |
| DVR Subscribers | 10.0% | 1.6% | 3.2% | 4.7% | 6.2% | 7.7% |
| Upgraded with | 12.5% | 2.0% | 3.9% | 5.7% | 7.5% | 9.3% |
| Hopper | 15.0% | 2.4% | 4.6% | 6.8% | 8.9% | 11.0% |
| | 17.5% | 2.8% | 5.4% | 7.9% | 10.3% | 12.6% |
| | 20.0% | 3.2% | 6.1% | 8.9% | 11.6% | 14.3% |

As of May 2012. ^Scenarios compare the impact of variable DISH Hopper DVRs as a percentage of total U.S. DVR forecasts from 2012 to 2016 including cable, DBS, telco and standalone units. © 2012 SNL Kagan, a division of SNL Financial LC, estimates. All rights reserved.

Taking it one step further to show DISH Hopper subscribers as a percentage of total digital subscribers in the U.S. further relegates the commercial skipping ability to a niche status, staying in the low- to mid-single digits in all but the most aggressive adoption scenarios.

### Hopper DVR Penetration of Total Digital Household Scenarios^

| | | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| | | % of New DISH DVR Subscribers Equipped with Hopper | | | | |
| | | 10% | 20% | 30% | 40% | 50% |
| | 2.5% | 0.2% | 0.5% | 0.9% | 1.2% | 1.7% |
| | 5.0% | 0.4% | 0.9% | 1.5% | 2.0% | 2.7% |
| % of Existing DISH | 7.5% | 0.6% | 1.3% | 2.1% | 2.8% | 3.7% |
| DVR Subscribers | 10.0% | 0.8% | 1.7% | 2.7% | 3.7% | 4.7% |
| Upgraded with | 12.5% | 1.1% | 2.1% | 3.3% | 4.5% | 5.7% |
| Hopper | 15.0% | 1.3% | 2.5% | 3.9% | 5.3% | 6.7% |
| | 17.5% | 1.5% | 2.9% | 4.5% | 6.1% | 7.8% |
| | 20.0% | 1.7% | 3.3% | 5.1% | 6.9% | 8.8% |

As of May 2012. ^Scenarios compare the impact of variable DISH Hopper DVRs as a percentage of total U.S. digital subscriber forecasts from 2012 to 2016 including cable, DBS and telco. © 2012 SNL Kagan, a division of SNL Financial LC, estimates. All rights reserved.

The Auto Hop rhubarb comes amid continued growth for DVRs, albeit at a slowing pace, well after some had predicted a replacement of set-top-based recording with a network-based equivalent.

Cable, DBS and telco video customers with leased DVRs reached 44.1 million in the U.S at the end of 2011. Penetrations of combined digital subs topped 49%, according to SNL Kagan estimates for first quarter 2012.

Adding subscribers from stand-alone devices to the mix increased the total U.S. DVR households to 45.1 million. Total DVR users in the U.S. increased by 3.8 million households in the trailing 12 months. The first-quarter gains climbed sequentially but were off slightly year over year at 1.2 million new DVR subs. Cable operators, including a fresh push from Time Warner Cable, led the net adds, followed by DBS providers and the consistently growing telco video providers.

### U.S. DVR Subscribers (Q1 2012)

| | | Q1 '11 | Q4 '11 | Q1 '12 | YoY (mil.) | Seq (mil.) | YoY (%) | Seq (%) |
|---|---|---|---|---|---|---|---|---|
| Cable DVR Subs | (mil.) | 18.7 | 19.6 | 20.2 | 1.5 | 0.6 | 8 | 3 |
| % of Digital Cable Subs | (%) | 41 | 43 | 44 | - | - | - | - |
| DBS DVR Subs | (mil.) | 16.9 | 17.9 | 18.2 | 1.3 | 0.3 | 8 | 2 |
| % of DBS Subs | (%) | 50 | 53 | 53 | - | - | - | - |
| Telco DVR Subs# | (mil.) | 4.5 | 5.4 | 5.7 | 1.1 | 0.3 | 25 | 6 |
| % of Telco Subs | (%) | 62 | 63 | 64 | - | - | - | - |
| Combined Integrated DVR Subs*# | (mil.) | 40.1 | 42.9 | 44.1 | 4.0 | 1.2 | 10 | 3 |
| % of Combined Digital Subs | (%) | 47 | 48 | 49 | - | - | - | - |
| Standalone DVR Subs^ | (mil.) | 1.2 | 1.1 | 1.1 | (0.1) | 0.0 | (12) | (4) |
| Total DVR Subs~# | (mil.) | 41.3 | 44.0 | 45.1 | 3.8 | 1.2 | 9 | 3 |

As of May 2012. #Current and historical figures revised to account for full telco industry estimates. *Includes DVRs integrated with set-tops for cable, DBS and telco video services. ^Includes estimates for TiVo and other devices not affiliated with multichannel service. ~Includes standalone and integrated DVR subscribers. © 2012 SNL Kagan, a division of SNL Financial LC, estimates. All rights reserved.

EXHIBIT 4 - PAGE 90

*Multichannel Market Trends is a service of SNL Kagan, providing exclusive analysis and commentary.*

Exhibit 5



# Snapshot of Television Use in the U.S.

## September 2010



The 2010-2011 broadcast season began on September 20, 2010. Nielsen continues to provide information on what and how we watch TV.  Throughout 2009-2010, television viewing continued to fragment and adapt to new technologies such as digital video recorders and high-definition television.

## Overview:

- U.S. homes with at least one TV: 115.9 million (about 0.9% increase from last year)
- Percentage of TV households that own:
  – 1 TV: 16.3%
  – 2 TVs: 28.4%
  – 3 TVs: 24.4%
  – 4 or more TVs: 30.9%
- The average American watches 35:34 (hours/minutes) of TV per week
- Kids aged 2-11 watch 25:48 (hours/minutes) of TV per week (Q1 2010)
- Adults over 65 watch 48:54 (hours/minutes) of TV per week (Q1 2010)

## What We Watch:

| Top Ten Shows 2009-2010 | | | | | |
|---|---|---|---|---|---|
| Broadcast Season | | | Cable Season | | |
| Program | Originator | P18-49 Rating | Program | Originator | P18-49 Rating |
| American Idol-Tuesday | FOX | 9.2 | Monday Night Football | ESPN | 5.8 |
| American Idol-Wednesday | FOX | 8.4 | Jersey Shore 2 | MTV | 3.2 |
| NBC Sunday Night Football | NBC | 7.2 | Burn Notice | USA | 2.4 |
| Undercover Boss | CBS | 6.7 | Royal Pains | USA | 2.3 |
| The Big Bang Theory | CBS | 6.3 | Covert Affairs | USA | 2.3 |
| Grey's Anatomy-Thursday @ 9pm | ABC | 6.3 | NFL Regular Season Game | NFLN | 2.2 |
| House | FOX | 6.1 | Teen Mom 2 | MTV | 2.2 |
| Two and a Half Men | CBS | 5.6 | Project Runway | Lifetime | 1.9 |
| LOST | ABC | 5.4 | WWE Entertainment | USA | 1.9 |
| The Office | NBC | 5.1 | Top Chef | Bravo | 1.8 |

September 2009-August 2010 primetime programs, ranked on Live+7 rating. Repeats and specials excluded.

EXHIBIT 5 - PAGE 92

# What We Watch continued...

2

| Broadcast Season Averages During Prime Time | | | | |
|---|---|---|---|---|
| TV Ratings | | | Total Viewers (000) | |
| Broadcast Network | 2005-2006 | 2009-2010 | 2005-2006 | 2009-2010 |
| ABC | 3.9 | 3.0 | 10810 | 8710 |
| CBS | 4.5 | 4.1 | 12610 | 11860 |
| NBC | 3.5 | 2.8 | 9720 | 8260 |
| FOX | 3.6 | 3.4 | 10110 | 10060 |
| CW | n/a | 0.7 | n/a | 2040 |
| UNI | 1.4 | 1.2 | 3800 | 3500 |
| ION | 0.2 | 0.3 | 490 | 1080 |
| TEL | 0.3 | 0.4 | 930 | 1080 |
| TF | 0.2 | 0.3 | 560 | 960 |
| AZA | n/a | 0.1 | n/a | 200 |
| ETV | n/a | 0.1 | n/a | 240 |

All estimates: Live + 7, P2+ for September to May prime broadcast season.

| Viewing by Genre Percent of Audience | | |
|---|---|---|
| Genre | 2005-2006 | 2009-2010 |
| General Drama | 44% | 44% |
| General + Participation Variety (Reality) | 18% | 21% |
| Sports Event | 10% | 12% |
| Situation Comedy | 10% | 7% |
| Feature Film | 5% | 4% |
| News Documentary | 4% | 3% |
| Evening Animation | 2% | 2% |
| Award Ceremonies | 2% | 2% |
| Sports Commentary | 0% | 1% |
| Conversations | 1% | 1% |

September to May prime ranks for all broadcast networks. Ranked on the share based on revised projections that account for total duration for each genre.

| Viewing by Source Percent of Audience | | | | |
|---|---|---|---|---|
| | TV Ratings | | Share of Audience | |
| Viewing Source | 2005-2006 | 2009-2010 | 2005-2006 | 2009-2010 |
| Commercial Broadcast | 18.3 | 16.6 | 46 | 42 |
| Public Broadcast | 0.8 | 0.7 | 2 | 2 |
| Ad-Supported Cable | 16.8 | 18.6 | 43 | 47 |
| Premium Cable | 1.5 | 1.4 | 4 | 4 |
| All Other Cable | 1.8 | 1.6 | 5 | 4 |

All estimates: Live + 7, P2+ for September to May prime broadcast season.

# How We Watch (HD):

- Homes capable of receiving high definition TV:
  - In July 2007: 10% of households were HD receivable
  - In July 2010: 54% of households
- In the top 25 LPM markets:
  - Market with the highest % of HD homes: Houston (65%)
  - Market with the lowest % of HD Homes: Portland (50%)



High Definition Penetration—through July 2010
54.2%

| The top 5 shows most watched in HD Households | |
|---|---|
| Program Name | Index |
| The Office | 131 |
| 24 | 130 |
| Parks and Recreation | 129 |
| 30 Rock | 129 |
| Modern Family | 126 |

May 2010 Sweeps (04/29/10-05/26/10). Networks included are ABC, CBS, FOX, NBC and CW based on Live + 7 data. The index of HD Cap/Rec to Total U.S. is displayed. Estimates based on household tuning.

| The top 5 genres most watched in HD Households | |
|---|---|
| Program Name | Index |
| Science Fiction | 121 |
| Sports Event | 120 |
| Sports Commentary | 116 |
| Awards Ceremonies | 113 |
| Situation Comedy | 113 |

2009/2010 Broadcast Season (09/21/09-05/26/10). Networks included are ABC, CBS, FOX, NBC and CW based on live plus 7 data. The index of HD Cap/Rec to Total U.S. is displayed. Estimates based on household tuning.



EXHIBIT 5 - PAGE 93

# How We Watch (DVR):

**3**

- DVR Penetration (Q1 2010):
  - In January 2006, 1.2% of homes had a DVR
  - By July 2010, DVR homes increased to 37.3%

- Average Viewing:
  - Within DVR homes, about 20% of all the TV that people watch is the playback of recorded programming

- The number of DVRs in the home:
  - 71% of DVR homes have one unit
  - 24% of DVR homes have two units
  - 5% of DVR homes have three or more units
- How we DVR:
  - 58% of DVR homes have a DVR within their cable STB
  - 39% DVR within their DBS STB
  - Only 3% have a stand-alone DVR
- Who DVRs:
  - In 2006, viewers 45 and older made up 28% of the DVR population
  - In 2009, viewers 45 and older made up 37% of the DVR population



DVR Penetration—through July 2010

| Top Ten DVR'd Cable Shows Summer Season | | | | |
|---|---|---|---|---|
| Program | Originator | P18-49 Live Rating | P18-49 Live+7 Rating | Live+7 vs Live Actual Lift |
| Burn Notice | USA | 1.3 | 2.3 | 1.0 |
| Royal Pains | USA | 1.3 | 2.3 | 1.0 |
| Jersey Shore 2 | MTV | 2.2 | 3.2 | 1.0 |
| Top Chef | Bravo | 0.7 | 1.7 | 1.0 |
| Project Runway | Lifetime | 0.9 | 1.8 | 0.9 |
| Covert Affairs | USA | 1.3 | 2.3 | 1.0 |
| White Collar | USA | 0.9 | 1.7 | 0.8 |
| Psych | USA | 1.0 | 1.7 | 0.7 |
| Mad Men | AMC | 0.5 | 1.2 | 0.7 |
| The Hills (season 6) | MTV | 1.0 | 1.7 | 0.7 |

6/28/10-8/22/10. Repeats and specials excluded.

| Top Ten DVR'd Broadcast Shows: | | | | |
|---|---|---|---|---|
| Program | Originator | P18-49 Live Rating | P18-49 Live+7 Rating | Live+7 vs Live Actual Lift |
| American Idol-Tuesday | FOX | 6.6 | 9.2 | 2.6 |
| Grey's Anatomy – Thursday @ 9pm | ABC | 3.8 | 6.3 | 2.5 |
| House | FOX | 3.6 | 6.1 | 2.5 |
| The Office | NBC | 2.9 | 5.1 | 2.2 |
| American Idol-Wednesday | FOX | 6.2 | 8.4 | 2.2 |
| LOST | ABC | 3.3 | 5.4 | 2.1 |
| The Big Bang Theory | CBS | 4.3 | 6.3 | 2.0 |
| Modern Family | ABC | 2.9 | 4.7 | 1.8 |
| Glee | FOX | 3.2 | 5.0 | 1.8 |
| Survivor: Heroes-Villains | CBS | 2.9 | 4.5 | 1.6 |

September 2009-May 2010 Broadcast season. Repeats and specials excluded.

For more information, contact your Nielsen representative at 800-988-4226 or visit www.nielsenmedia.com

Copyright © 2010 The Nielsen Company. All rights reserved. Printed in the USA. Nielsen and the Nielsen logo are trademarks or registered trademarks of CZT/ACN Trademarks, L.L.C. Other product and service names are trademarks or registered trademarks of their respective companies. 10/2064



EXHIBIT 5 - PAGE 94

Exhibit 6

YOU HAVE TO SEE IT TO BELIEVE IT!

# FLASH-MATIC TUNING

BY ZENITH

### ONLY ZENITH HAS IT!



A flash of magic light from across the room (no wires, no cords) turns set **on**, **off**, or **changes** channels...and you remain in your easy chair!

With a beam of magic light...

this Zenith "flash tuner" works TV miracles!

Absolutely harmless to humans!

**YOU CAN ALSO SHUT OFF LONG, ANNOYING COMMERCIALS**

**WHILE PICTURE REMAINS ON SCREEN!**

Here is a truly amazing new television development—and only Zenith has it! Just think! Without budging from your easy chair you can turn your new Zenith Flash-Matic set on, off, or change channels. You can even shut off annoying commercials while the picture remains on the screen. Just a flash of light does it. There are no wires or cords. This is not an accessory. It is a built-in part of several new 1956 Zenith television receivers.

Stop at your Zenith dealer's soon. Zenith-quality television begins as low as $149.95.*

**If it's new...it's from Zenith!**

*Manufacturer's suggested retail price. Slightly higher in Far West and South.*

### YOU HAVE TO SEE IT TO BELIEVE IT

*The Bismarck* (Model X2264RQ), 21", Flash-Matic Tuning, Cinebeam®, Ciné-Lens, Blond grained finish cabinet on casters. Also in mahogany color (X2264RQ). As low as $599.95.*

# Zenith

The royalty of TELEVISION and radio
Backed by 36 years of leadership in radionics exclusively
ALSO MAKERS OF FINE HEARING AIDS
Zenith Radio Corporation, Chicago 39, Ill.

EXHIBIT 6 - PAGE 000095

Exhibit 7



December 2010
State of the Media

DVR Use
in the U.S.



EXHIBIT 7 - PAGE 96

## Overview

Now in nearly 4 out of 10 households, DVRs have quickly progressed from a novelty to an increasingly mainstream technology. Today, DVR playback contributes significantly to overall TV usage and makes up a substantial portion of the ratings for some TV shows.

For the television and advertising industries, the DVR continues to represent both a blessing and a challenge. By allowing viewers to timeshift shows that they are not able to watch during the original broadcast, the DVR is helping TV networks hold on to viewers who would otherwise seek out other ways to watch these shows–or not watch them at all. At the same time, DVRs enable viewers to fast-forward through content that doesn't interest them, including commercials, potentially undermining television's longtime ad-supported business model.

Some key findings discussed in this report include:

• Viewers do watch commercials on their DVRs. Among DVR homes, playback lifts commercial ratings by 44% among 18-49s after three days. Among all 18-49 year-old viewers, DVR playback adds 16% to commercial ratings after three days.

• More than 38% of DVR users are over age 45.

• When DVR playback is included, DVR households watch more primetime programming than non-DVR households.

• Overall, 49% of time-shifted primetime broadcast programming is played back the same day it was recorded, and 88% is played back within 3 days.

• DVR playback peaks at 9pm and 10pm.

### DVR Penetration and Growth

DVR penetration has grown steadily since 2006, when Nielsen first began measuring DVRs in the National People Meter Panel. As of September 2010, DVR ownership stood at 38% of all US TV households. A key factor in the increasing adoption of DVRs has been their integration into cable and DBS set top boxes. In fact, as of September 2010, more than half (58%) of DVR homes had a DVR within their cable set top box, and 40% had one within their DBS set top box. Just 3% had a stand-alone DVR.

Though DVR penetration continued to grow over the past year, the percentage of homes with multipleDVRs remained unchanged. The majority (71%) of DVR homes have only one unit, a quarter (24%) of DVR homes have two, and 5% have three or more.

### Race/Ethnicity of DVR Owners

DVR ownership is highest among White households, followed by Asian households. Ownership rates are lower for African-American and Hispanic households.

| % DVR Penetration by Race/Ethnicity | |
| --- | --- |
| Total U.S. | 38.1% |
| White | 40.3% |
| Asian | 35.4% |
| African-American | 30.3% |
| Hispanic | 29.8% |

### Income Profile of DVR Owners and Viewers

Viewers in upper income households are more likely to have and use a DVR than those in lower income households. During May 2010, adults in households with an annual income of $100K+ represented about 19% of the total NPM sample but made up 29% of adults that owned a DVR.

| Persons 18+ | % of Sample | |
| --- | --- | --- |
| Household Income | % of total P18+ | % of P18+ within DVR HH |
| Less than $25K | 17.9 | 8.0 |
| $25K - $50K | 26.9 | 20.5 |
| $50K - $75K | 21.1 | 23.0 |
| $75K - $100K | 15.3 | 19.5 |
| $100K+ | 18.8 | 29.0 |

Similarly, viewers in households with $100K+ income made up 30% of the primetime DVR playback audience, and those in households with $75K+ income made up half the primetime playback audience.

### Age Profile of DVR Playback Viewers

The majority of DVR users are under the age of 45. However, as DVR penetration has grown, older viewers have begun to catch up with their younger counterparts in their willingness to use this technology. As of May 2010, about 38% of the DVR-playback audience was 45 or older.

### DVR Playback and TV Usage

DVR playback is beginning to have a meaningful impact on viewing. During the 2009-2010 broadcast season, DVR playback after 7 days added 2.29 rating points to total day usage levels for persons 18-49 in households with a DVR. Nevertheless, because DVR households watch less television throughout the day than non-DVR households, TV usage (Live+7) for total day was about one rating point higher in non-DVR households than in households with a DVR, even after playback.

Copyright © 2010  The Nielsen Company.



EXHIBIT 7 - PAGE 97

In primetime, however, where DVR playback added almost 7.9 ratings points to TV usage levels in DVR homes, the situation was reversed. In this daypart, playback pushed TV usage in DVR households almost a full rating point above that in non-DVR homes.

| | Daypart | Live Rating | Live+7 Rating | Lift |
|---|---|---|---|---|
| P18-49 in Non-DVR Household | Mon -Sun 6a - 6a | 19.02 | 19.04 | 0.02* |
| P18-49 in DVR Household | Mon - Sun 6a - 6a | 15.70 | 17.99 | 2.29 |
| P18-49 in Non-DVR Household | Mon - Sun 8p - 11p | 35.89 | 35.97 | 0.08* |
| P18-49 in DVR Household | Mon - Sun 8p - 11p | 29.08 | 36.94 | 7.87 |

09/21/2009 - 05/26/2010

* Use of "start over" technology in non-DVR households is considered time-shifted viewing.

## DVR Playback and Length of DVR Ownership

It seems that viewers do more time-shifting once they have become more accustomed to using a DVR. Looking at May 2010 data in households that had acquired a DVR only within the past 12 months, playback added 4.3 points to primetime usage levels for P18-49, making up about 13% of their total Live+7 usage. In households which had a DVR during both May 2009 and May 2010, DVR playback added almost 8.5 points of lift, or about 26% of their total Live+7 usage.

| | Interval | Live Rating | Live+7 Rating | Lift |
|---|---|---|---|---|
| P18-49 (within HH that did not have a DVR in May '09) * | May '10 | 28.95 | 33.25 | 4.30 |
| P18-49 (within HH that already had a DVR in May '09) ** | May '10 | 24.53 | 33.01 | 8.47 |

*Represents 2.3% of P18-49
**Represents 13.0% of P18-49



### DVR Penetration –through Sept 2010

### Prime Usage (M-Su 8P-11P)
### Live and Playback Income Audience Profiles



May 2010

Total U.S. Live — DVR HH Live — DVR HH 7-day Playback
< $25 K   $25-50 K   $50-75 K   $75-100 K   $100 K+

### Prime Usage (M-Su 8P-11P)
### Live and Playback Audience Profiles



May 2010

Total U.S. Live — DVR HH Live — DVR HH 7-day Playback
P2-11   P12-17   P18-24   P25-34   P35-44   P45-54   P55-64   P65+

Copyright © 2010 The Nielsen Company.



nielsen

## DVR Playback of Commercials

Contrary to fears that DVRs would wipe out the value of commercials because of viewers fast-forwarding through ads, DVRs actually contribute significantly to commercial viewing. In May 2010, the average rating for a primetime commercial minute among persons age 18-49 in DVR households rose from 1.54 in live viewing to 2.21 three days later –a 44% lift.* This degree of lift to the viewing of commercials has remained steady for several years. On a total U.S. basis, DVR playback added a 16% lift to the average minute of primetime commercials.

### Distribution of Playback in Prime –P18-49



Includes all programs that aired on ABC, CBS, CW, FOX and NBC

| Primetime Programming on ABC, CBS, CW, FOX, and NBC 04/29/2010 - 05/26/2010 | | | | |
| --- | --- | --- | --- | --- |
| | Program | | | |
| | Live Rating | Live+ 3 Days Rating | Program Playback Lift | % lift |
| P18-49 within DVR Household | 1.61 | 3.15 | 1.54 | 95% |
| P18-49 (Total U.S.) | 1.88 | 2.52 | 0.64 | 34% |

| Primetime Programming on ABC, CBS, CW, FOX, and NBC 04/29/2010 - 05/26/2010 | | | | |
| --- | --- | --- | --- | --- |
| | Commercial | | | |
| | Live Weighted Rating | Live+3 Days Weighted Rating | Commercial Playback Lift | % lift |
| P18-49 within DVR Household | 1.54 | 2.21 | 0.67 | 44% |
| P18-49 (Total U.S.) | 1.78 | 2.06 | 0.28 | 16% |

* % of ads played back was calculated by dividing the commercial playback lift by the program playback lift.

### DVR Playback by Hour –P18-49 Percentage of DVR Playback



### DVR Playback through 7 Days

Overall, 49% of time-shifted primetime broadcast programming is played back the same day it was recorded, and 88% is played back within 3 days. But the length of time within which shows are played back varies depending on the time at which the program aired.

Generally, programs that are broadcast at 8pm are more likely to be played back later the same day (57%), while those that air at 9pm and 10pm are less likely to be played back the same day (45% and 33%, respectively) and more likely to be played back later in the week. Of course, the later in the evening that a program is broadcast, the less time viewers have to watch it later that same day.

### DVR Playback by Hour

DVR playback levels throughout the day tend to follow a similar pattern as Live TV usage, with most DVR playback occurring in primetime (34%) and peaking at 9pm (12%) and 10pm (13%). Early fringe (M-Su 6-8p) and late fringe (M-Su: 11p-1a) are the next most popular dayparts for DVR playback. This pattern has remained very consistent over the last few years, though there has been a small increase in the amount of playback taking place in late fringe.

Copyright © 2010 The Nielsen Company.



EXHIBIT 7 - PAGE 99

## Most Time-Shifted Genres

During the 2009-2010 broadcast season, the top-ranked time-shifted genre was Science Fiction, which received a 1.3 rating lift from 7 days of DVR playback. (Note that only one program—V on ABC—fell into this category during the past season.) Sitcoms also ranked highly on lift from DVR playback, with the genre garnering an additional rating point (1.02) after 7 days of playback. General Drama was close behind, with nearly a full rating point of lift (.97), followed by Variety/Reality programs, with a .81 rating lift after 7 days of playback.

News and sports genres received relatively little lift from playback, not surprising since viewers generally prefer to watch these types of shows live. Feature films were the least time-shifted genre, perhaps because their availability on a growing number of platforms and distribution networks prior to the broadcast window has increased the likelihood that viewers will have already seen them.

| Genre trends - 2009-2010 season (9/21/09 - 5/26/10)P18-49 - Primetime programming on ABC, CBS, CW, FOX and NBC | | | | | |
|---|---|---|---|---|---|
| Program Type | Live Rating | Live+SD Rating | Live+7 Rating | L+SD Lift | L+7 Lift |
| SCIENCE FICTION | 2.19 | 2.70 | 3.49 | 0.51 | 1.30 |
| SITUATION COMEDY | 2.22 | 2.73 | 3.24 | 0.51 | 1.02 |
| GENERAL DRAMA | 2.12 | 2.51 | 3.09 | 0.39 | 0.97 |
| VARIETY/REALITY* | 2.65 | 3.15 | 3.46 | 0.50 | 0.81 |
| EVENING ANIMATION | 2.92 | 3.30 | 3.67 | 0.38 | 0.75 |
| AWARD CEREMONIES | 5.50 | 6.02 | 6.21 | 0.51 | 0.71 |
| SPORTS EVENT | 5.55 | 5.80 | 5.85 | 0.25 | 0.30 |
| COMEDY VARIETY | 1.90 | 2.05 | 2.11 | 0.15 | 0.21 |
| NEWS DOCUMENTARY | 1.56 | 1.67 | 1.75 | 0.10 | 0.18 |
| GENERAL DOCUMENTARY | 1.57 | 1.64 | 1.70 | 0.08 | 0.13 |
| SPORTS COMMENTARY | 3.68 | 3.79 | 3.80 | 0.11 | 0.12 |
| NEWS | 1.36 | 1.42 | 1.47 | 0.06 | 0.11 |
| FEATURE FILM | 1.37 | 1.40 | 1.43 | 0.03 | 0.07 |

\* includes both General Variety and Participation Variety
Repeats and programs less than 5 minutes have been excluded
Program with less than 5 telecasts were also excluded



## About The Nielsen Company

The Nielsen Company is a global information and media company with leading market positions in marketing and consumer information, television and other media measurement, online intelligence, mobile measurement, trade shows and business publications. The privately held company is active in approximately 100 countries, with headquarters in New York, USA. For more information, please visit, www.nielsen.com.

Copyright © 2010 The Nielsen Company. All rights reserved. Printed in the USA. Nielsen and the Nielsen logo are trademarks or registered trademarks of CZT/ACN Trademarks, L.L.C. Other product and service names are trademarks or registered trademarks of their respective companies. 10/2489



EXHIBIT 7 - PAGE 100

Copyright © 2010  The Nielsen Company.

nielsen

EXHIBIT 7 - PAGE 101

Exhibit 8



**FOX 2012 | 2013**

|  | MON | TUE | WED | THU | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| **7** | | | | | | FOX SPORTS SATURDAY | NFL/ THE OT |
| **7³⁰** | | | | | | | THE CLEVELAND SHOW |
| **8** | BONES | RAISING HOPE | THE X FACTOR | THE X FACTOR | TOUCH | | THE SIMPSONS |
| **8³⁰** | | BEN AND KATE | | | | | BOB'S BURGERS |
| **9** | THE MOB DOCTOR | NEW GIRL | | GLEE | FRINGE | | FAMILY GUY |
| **9³⁰** | | THE MINDY PROJECT | | | | | AMERICAN DAD |
| **10** | | | | | | | |

all times et/pt

**MIDSEASON**

| THE FOLLOWING | THE GOODWIN GAMES | AMERICAN IDOL | AMERICAN IDOL | HELL'S KITCHEN | COPS |
|---|---|---|---|---|---|

EXHIBIT 8 - PAGE 000102