UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-4529-DMG (SHx) | Date | September 21, 2012 |
| Title | Fox Broadcasting Company, et al.  v.  Dish Network Corporation, et al. | | |

Present: The Honorable    **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Richard Stone<br>David Singer | Peter A. Bicks<br>Annette L. Hurst<br>Michael H. Page<br>Elyse D. Echtman<br>William A. Molinski<br>Lisa J. Simpson |

**Proceedings:**   PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [41]

The case is called and counsel state their appearance.  The Court and counsel confer.  Following oral argument, the Court advises counsel that the motion is taken under submission and a written order will issue.  Further, the scheduling conference currently scheduled for hearing on September 28, 2012 is hereby vacated.

1: 20