**FILED**

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

NOV 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FOX BROADCASTING COMPANY, INC.; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> DISH NETWORK L.L.C. and DISH NETWORK CORPORATION, <br><br> Defendants - Appellees. | No. 12-57048 <br><br> D.C. No. 2:12-cv-04529-DMG-SH <br> Central District of California, <br> Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 13 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

The appeal filed November 9, 2012 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than December 7, 2012; the answering brief is due January 4, 2013 or 28 days after service of the opening brief, whichever is

tsp/MOATT

earlier; and the optional reply brief is due within 14 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina Price
    Deputy Clerk

tsp/MOATT