JENNER & BLOCK LLP
Richard L. Stone
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
rstone@jenner.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc.<br>PLAINTIFF(S)<br>v.<br>Dish Network L. L. C. and Dish Network Corp.<br><br>DEFENDANT(S). | CASE NUMBER:<br>12-CV-04529-DMG<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

1) Application to File Under Seal; 2) Proposed Order Thereon; 3) Joint Stipulation to File First Amended Complaint; 4) Proposed Order Thereon; 4) First Amended Complaint; 5) Summons; 6) Proof of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other  Application to file under seal; documents filed under seal

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| February 19, 2013<br>Date | Richard L. Stone<br>Attorney Name<br>Plaintiffs<br>Party Represented |

*Note:*  File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)                         NOTICE OF MANUAL FILING