JENNER & BLOCK LLP
Richard L. Stone (Bar No. 110022)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
rstone@jenner.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fox Broadcasting Company, et al.<br><br>PLAINTIFF(S)<br>v.<br>Dish Network L. L. C. et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>12-CV-04529-DMG<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

PLEASE SEE ATTACHED DOCUMENT LIST

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☑ Other  Application to file under seal; documents filed under seal

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

February 21, 2013
Date

Richard L. Stone
Attorney Name
Plaintiffs
Party Represented

*Note:*  File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)  NOTICE OF MANUAL FILING

# DOCUMENT LIST

1. PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES;

2. PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES;

3. PLAINTIFFS' APPLICATION TO FILE UNDER SEAL;

4. [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES;

5. DECLARATION OF DAVID SINGER IN SUPPORT OF PLAINTIFFS' APPLICATION TO FILE UNDER SEAL;

6. DECLARATION OF SHERRY BRENNAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES;

7. DECLARATION OF DAVID SINGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES;

8. DECLARATION OF MICHAEL BIARD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES;

9. NOTICE OF LODGING OF DVDS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES;

10. DVD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES

11. [PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING DOCUMENTS UNDER SEAL; and

12. PROOF OF SERVICE