JENNER & BLOCK LLP
Richard L. Stone (Bar No. 110022)
Andrew J. Thomas (Bar No. 159533)
David R. Singer (Bar No. 204699)
Amy M. Gallegos (Bar No. 211379)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
rstone@jenner.com
ajthomas@jenner.com
dsinger@jenner.com
agallegos@jenner.com
(213) 239-5100

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth Century
Fox Film Corp., and Fox Television Holdings, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FOX BROADCASTING COMPANY, *et al.* | Case No. 12-CV-04529-DMG (SH) |
|---|---|
| Plaintiffs, | **NOTICE OF LODGING OF DVDS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES** |
| v. | |
| DISH NETWORK L.L.C. *et al.*, | |
| Defendants. | Hearing Date: March 22, 2013<br>Hearing Time: 2:00 p.m.<br>Courtroom: 7 (2nd Floor) |

Pursuant to Local Rule 11-5.1, plaintiffs Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. hereby lodge with the Court the attached DVD (Exhibit 1). As set forth in the Declaration of David Singer In Support of Plaintiffs' Motion for Preliminary Injunction Against Dish's New 2013 Services, the DVD contains six videos: (1) the first video is Dish CEO Joe Clayton speaking about the "DISH Anywhere" service; (2) the second video is Dish VP Vivek Khemka discussing the original Hopper set top box (launched in March 2012) and explaining what led Dish to develop the next generation Hopper; (3) the third video is Mr. Clayton telling the CES audience about Hopper Transfers; (4) the fourth video is a CNET News report from a January 7, 2013 press conference that Dish gave in advance of CES; (5) the fifth video is Rob Almanza of ITTV interviewing Mr. Clayton after Dish's CES press conference on January 7, 2013; (6) the sixth video is Liz Claman from Fox Business Network interviewing Mr. Clayton at CES.

Dated: February 21, 2013

JENNER & BLOCK LLP

By: _____
David R. Singer

Attorneys for Plaintiffs
Fox Broadcasting Company,
Twentieth Century Fox Film Corp.,
and Fox Television Holdings, Inc.