JENNER & BLOCK LLP
Richard L. Stone (Bar No. 110022)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
rstone@jenner.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fox Broadcasting Company, et al.<br><br><br>PLAINTIFF(S)<br>v.<br><br>Dish Network L. L. C. et al.<br><br><br>DEFENDANT(S). | CASE NUMBER:<br><br>12-CV-04529-DMG<br><br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,
and will therefore be manually filed (**LIST DOCUMENTS**):

PLEASE SEE ATTACHED DOCUMENT LIST

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert, or other services pursuant to the
Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑   Other  Application to file under seal; documents filed under seal

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☐   Manual Filing required ( *reason* ):

| | |
|---|---|
| February 21, 2013 | Richard L. Stone |
| Date | Attorney Name |
| | Plaintiffs |
| | Party Represented |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)                              NOTICE OF MANUAL FILING

# DOCUMENT LIST

1. PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES;

2. PLAINTIFFS' APPLICATION TO FILE UNDER SEAL;

3. DECLARATION OF DAVID SINGER IN SUPPORT OF PLAINTIFFS' APPLICATION TO FILE UNDER SEAL;

4. DECLARATION OF DAVID SINGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES;

5. DECLARATION OF MICHAEL BIARD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES;

6. DVD  IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES

7. [PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING DOCUMENTS UNDER SEAL; and

8. PROOF OF SERVICE