1

2  JENNER & BLOCK LLP
   Richard L. Stone (Bar No. 110022)
3  Andrew J. Thomas (Bar No. 159533)
   David R. Singer (Bar No. 204699)
4  Amy M. Gallegos (Bar No. 211379)
   633 West 5th Street, Suite 3600
5  Los Angeles, CA 90071
   rstone@jenner.com
6  ajthomas@jenner.com
   dsinger@jenner.com
7  agallegos@jenner.com
   (213) 239-5100

8  Attorneys for Plaintiffs
   Fox Broadcasting Company, Twentieth Century
9  Fox Film Corp., and Fox Television Holdings, Inc.

10

11             **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13

14  FOX BROADCASTING COMPANY,        Case No.  12-CV-04529-DMG (SH)
    *et al.*
15
                                     **NOTICE OF LODGING OF DVDS IN**
16              Plaintiffs,           **SUPPORT OF PLAINTIFFS'**
                                     **MOTION FOR PRELIMINARY**
17  v.                               **INJUNCTION AGAINST DISH'S**
                                     **NEW 2013 SERVICES**
18  DISH NETWORK L.L.C. *et al.*,

               Defendants.           Hearing Date: March 22, 2013
19                                   Hearing Time: 2:00 p.m.
20                                   Courtroom: 7 (2nd Floor)

21

22

23

24

25

26

27

28

1    Pursuant to Local Rule 11-5.1, plaintiffs Fox Broadcasting Company,

2   Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. hereby lodge

3   with the Court the attached DVD (Exhibit 1).  As set forth in the Declaration of

4   David Singer In Support of Plaintiffs' Motion for Preliminary Injunction Against

5   Dish's New 2013 Services, the DVD contains six videos: (1) the first video is Dish

6   CEO Joe Clayton speaking about the "DISH Anywhere" service; (2) the second

7   video is Dish VP Vivek Khemka discussing the original Hopper set top box

8   (launched in March 2012) and explaining what led Dish to develop the next

9   generation Hopper; (3) the third video is Mr. Clayton telling the CES audience

10   about Hopper Transfers; (4) the fourth video is a CNET News report from a

11   January 7, 2013 press conference that Dish gave in advance of CES; (5) the fifth

12   video is Rob Almanza of ITTV  interviewing Mr. Clayton after Dish's CES press

13   conference on January 7, 2013; (6) the sixth video is Liz Claman from Fox

14   Business Network interviewing Mr. Clayton at CES.

15

16   Dated:    February 21, 2013          JENNER & BLOCK LLP

17

18                                      By:_____
                                            David R. Singer
19

20                                      Attorneys for Plaintiffs
                                        Fox Broadcasting Company,
21                                      Twentieth Century Fox Film Corp.,
                                        and Fox Television Holdings, Inc.
22

23

24

25

26

27

28