JENNER & BLOCK LLP
Richard L. Stone (Bar No. 110022)
Andrew J. Thomas (Bar No. 159533)
David R. Singer (Bar No. 204699)
Amy M. Gallegos (Bar No. 211379)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
rstone@jenner.com
ajthomas@jenner.com
dsinger@jenner.com
agallegos@jenner.com
(213) 239-5100

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth Century
Fox Film Corp., and Fox Television Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FOX BROADCASTING COMPANY, *et al.*, | Case No. 12-CV-04529-DMG (SH) |
|---|---|
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES** |
| v. | |
| DISH NETWORK L.L.C. *et al.*, | |
| Defendants. | Hearing Date: March 22, 2013<br>Hearing Time: 2:00 p.m.<br>Courtroom: 7 (2nd Floor) |
| | [Memorandum of Points and Authorities; Supporting Declarations with Exhibits; Notice of Lodging; and Proposed Order filed concurrently] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 22, 2013 at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012, before the Honorable Dolly M. Gee, plaintiffs Fox Broadcasting Company, Inc., Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. (collectively, "Fox") will and hereby do move the Court for entry of a preliminary injunction against Dish's new 2013 services, pursuant to Rule 65 of the Federal Rules of Civil Procedure against defendants Dish Network L.L.C., Dish Network Corp., and EchoStar Technologies LLC (collectively, "Dish").

Specifically, Fox seeks an order preliminarily enjoining Dish from further infringement of Fox's copyrighted television programs identified in the Declaration of Sherry Brennan, and from further breaches of Dish's retransmission consent agreements with Fox. Dish has been and is currently infringing the copyrights in Fox's programs, in violation of 17 U.S.C. Sections 106 and 501, and has been and currently is breaching its license agreement with Fox, by retransmitting Fox's live broadcast signal over the Internet. Dish also has been and is currently breaching its license agreement with Fox by authorizing its subscribers to copy Fox's copyrighted television programs for use outside the home via its Hopper Transfers service.

This Motion is based upon this Notice of Motion and Motion, as well as the concurrently-filed Memorandum of Points and Authorities, Notice of Lodging, Proposed Order, Declarations of Sherry Brennan, Michael Biard, and David Singer

//
//
//

1  (and supporting exhibits attached thereto), the pleadings and papers on file in this
2  action, and on such further argument and evidence as the Court may consider.

DATED:  February 21, 2013            JENNER & BLOCK LLP


                                     By: /s/ _____
                                          Richard L. Stone

                                     Attorneys for Plaintiffs Fox Broadcasting
                                     Company, Twentieth Century Fox Film
                                     Corp., and Fox Television Holdings, Inc.