UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FOX BROADCASTING COMPANY, *et al.*, | Case No. 12-CV-4529-DMG (SHx) |
|---|---|
| Plaintiffs, | **ORDER APPROVING JOINT STIPULATION CONTINUING HEARING DATE AND BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION [137]** |
| v. | |
| DISH NETWORK L.L.C. *et al.*, | |
| Defendants. | |

The Court, having considered the joint stipulation of Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. (collectively, "FOX"), and Dish Network L.L.C., Dish Network Corp., and EchoStar Technologies L.L.C. (collectively, "DISH"), and good cause appearing therefor, hereby ORDERS:

(1) The parties' joint stipulation is approved. DISH's opposition to FOX's motion for preliminary injunction is due on **March 15, 2013**, and FOX's reply is due on **April 5, 2013**. The parties will personally serve their respective briefs and supporting materials.

(2) The hearing on FOX's motion will be held on **April 19, 2013** at 2:00 p.m.

IT IS SO ORDERED.

Date: February 26, 2013

_____
Dolly M. Gee
United States District Judge