JENNER & BLOCK LLP
Richard L. Stone (Bar No. 110022)
rlstone@jenner.com
Andrew J. Thomas (Bar No. 159533)
ajthomas@jenner.com
David R. Singer (Bar No. 204699)
dsinger@jenner.com
Amy M. Gallegos (Bar No. 211379)
agallegos@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth Century
Fox Film Corp., and Fox Television Holdings, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, TWENTIETH CENTURY FOX FILM CORP., and FOX TELEVISION HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DISH NETWORK L.L.C. and DISH NETWORK CORP.,<br><br>Defendants. | Case No. 12-CV-04529-DMG (SH)<br><br>**FOX'S NOTICE OF MOTION TO COMPEL DISH TO IMMEDIATELY PRODUCE DOCUMENTS IT ALREADY AGREED TO PRODUCE**<br><br>F.R.C.P. 37; L.R. 37-2<br><br>**Date:** May 6, 2013<br>**Time:** 2:00 p.m.<br>**Courtroom:** 550<br><br>The Honorable Stephen J. Hillman<br><br>[Joint Stipulation, Declaration of David Singer, Declaration of William Molinski, Declaration of Seth Freilich, and Proposed Order filed/lodged concurrently herewith] |

2173761.4

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 6, 2013, at 2:00 p.m., or as soon there after as the matter may be heard, in Courtroom 550 of the United States District Court for the Central District of California, located at the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012-3332, before the Honorable Stephen J. Hillman, plaintiffs Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. (collectively, "Fox") will and hereby do move the Court for an order pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rule 37-2 of the Local Rules of the Central District of California compelling defendants Dish Network L.L.C. and Dish Network Corp. (collectively, "Dish") to produce relevant documents that Dish has already agreed to produce in response to Plaintiffs' First Set of Requests for Production within seven (7) days. Specifically, Fox seeks documents that are relevant to its claims and/or Dish's defenses and responsive to Document Request Nos. 2, 11, 22, 26, 27, 28, 30, 46, 55, 62 and 94.

Pursuant to Local Rule 37-1, counsel for Fox and counsel for Dish met and conferred extensively to narrow the issues before presenting their disputes to the Court. As described in detail in the concurrently-filed Declaration of David Singer, counsel began the meet and confer process on November 17, 2012, held an in-person meeting on January 8, 2013, and continued to exchange letters and speak by phone thereafter.

Fox initiated its original motion to compel on February 12, 2013 when it served Dish with Fox's portion of a joint stipulation under Local Rule 37-2 (the "Original Motion to Compel"). In response to Fox's Original Motion to Compel, Dish agreed to produce all of the requested documents if Fox agreed to withdraw the motion. Fox agreed to withdraw the Original Motion to Compel but cautioned that it would renew the motion if Dish failed to make substantial progress in its document production within 30 days. It has now been 55 days, yet Dish has

- 1 -

2173761.4

produced only a single email in response to Fox's requests. Accordingly, Fox respectfully requests an order compelling Dish to immediately produce all documents and emails responsive to Request Nos. 2, 11, 22, 26, 27, 28, 30, 46, 55, 62 and 94.

This Motion is based upon this Notice of Motion, as well as the concurrently-filed Joint Stipulation, Declaration of David Singer (and exhibits attached thereto), Declarations of William Molinski and Seth Freilech (and exhibits attached thereto), the pleadings and papers on file in this action, and on such further argument and evidence as the Court may consider.

DATED: April 15, 2013                JENNER & BLOCK LLP

By     /s/ Richard L. Stone
        Richard L. Stone
Attorneys for Plaintiffs
Fox Broadcasting Company,
Twentieth Century Fox Film Corp.,
and Fox Television Holdings, Inc.