UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-4529-DMG (SHx) | Date | April 19, 2013 |
|---|---|---|---|
| Title | Fox Broadcasting Company, et al.  v.  Dish Network LLC, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Richard L. Stone | Peter A. Bicks |
| David R. Singer | Annette L. Hurst |
| Andrew J. Thomas | Elyse D. Echtman |
| | William A. Molinski |

**Proceedings:** PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DISH'S NEW 2013 SERVICES [129]

The case is called and counsel state their appearance.  The Court and counsel confer.  Following oral argument, the Court advises counsel that the motion is taken under submission and a written order will issue.

1: 20