FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 30 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOX BROADCASTING COMPANY, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; FOX TELEVISION HOLDINGS, INC.,

Plaintiffs - Appellants,

v.

DISH NETWORK L.L.C.; DISH NETWORK CORPORATION,

Defendants - Appellees.

No. 12-57048

D.C. No. 2:12-cv-04529-DMG-SH
Central District of California,
Los Angeles

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

8/30/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: THOMAS, SILVERMAN, and FISHER, Circuit Judges.

The appellee is directed to file a response to the appellant's petition for panel rehearing and petition for rehearing en banc. The response shall not exceed 15 pages or 4,200 words and shall be filed within 21 days of the date of this order.

Parties who are registered for electronic case filing must file the response electronically without submission of paper copies. Parties who are not registered for electronic case filing filers must file the original response plus 50 paper copies.