**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FOX BROADCASTING COMPANY, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; FOX TELEVISION HOLDINGS, INC., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> DISH NETWORK L.L.C.; DISH NETWORK CORPORATION, <br><br> Defendants - Appellees. | No. 12-57048 <br><br> D.C. No. 2:12-cv-04529-DMG-SH <br> Central District of California, <br> Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

10/2/13

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

Before: THOMAS, SILVERMAN, and FISHER, Circuit Judges.

The appellants' motion for leave to file a reply brief in support of their petition for rehearing and petition for rehearing en banc is GRANTED.