FILED

UNITED STATES COURT OF APPEALS

OCT 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

FOX BROADCASTING COMPANY, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; FOX TELEVISION HOLDINGS, INC.,

        Plaintiffs - Appellants,

  v.

DISH NETWORK L.L.C.; DISH NETWORK CORPORATION,

        Defendants - Appellees.

No. 12-57048

D.C. No. 2:12-cv-04529-DMG-SH
Central District of California,
Los Angeles

ORDER



**RECEIVED**
CLERK, U.S. DISTRICT COURT

10/2/2013

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____DLM_____ **DEPUTY**

Before: THOMAS, SILVERMAN, and FISHER, Circuit Judges.

      Appellees' motion to file under seal their response to appellants' petition for panel rehearing and petition for panel rehearing en banc and the accompanying judicial opinion is GRANTED.  The motion is granted without prejudice to the court re-examining the issue at a later time.