| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| 2 | Richard L. Stone (Bar No. 110022)<br>Andrew J. Thomas (Bar No. 159533) |
| 3 | David R. Singer (Bar No. 204699)<br>Amy M. Gallegos (Bar No. 211379) |
| 4 | 633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071 |
| 5 | Tel: (213) 239-5100<br>rstone@jenner.com |
| 6 | ajthomas@jenner.com<br>dsinger@jenner.com |
| 7 | agallegos@jenner.com |
| 8 | Attorneys for Plaintiffs |
| 9 | Fox Broadcasting Company, Twentieth Century<br>Fox Film Corp., and Fox Television Holdings, Inc. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOX BROADCASTING COMPANY, TWENTIETH CENTURY FOX FILM CORP., and FOX TELEVISION HOLDINGS, INC. | Case No.  12-CV-04529-DMG (SH)<br><br>Hon. Dolly M. Gee |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF APPEAL FROM ORDER RE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION RE DISH'S NEW 2013 SERVICES; REPRESENTATION STATEMENT** |
| v. | |
| DISH NETWORK L.L.C., DISH NETWORK CORP., and ECHOSTAR TECHNOLOGIES, L.L.C. | |
| Defendants. | **PRELIMINARY INJUNCTION APPEAL**<br><br>**[PUBLICLY REDACTED]** |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

2235617.1

## Notice of Appeal

Notice is hereby given that Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. (collectively, "Fox"), plaintiffs in the above-captioned matter, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's September 23, 2013 Order Re Plaintiffs' Motion for Preliminary Injunction Re Dish's New 2013 Services (the "Preliminary Injunction Order") (Dkt. No. 196). A copy of the Preliminary Injunction Order is attached hereto as Exhibit A (under seal).

Respectfully Submitted,

DATED: October 22, 2013         JENNER & BLOCK LLP

By: /s/
Richard L. Stone

Attorneys for Plaintiffs-Appellants

**Representation Statement**

The undersigned represents Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. ("Fox"), plaintiffs and appellants in this matter, and no other parties. Attached is a service list that identifies all of the parties to the action, and identifies their counsel by name, firm, address, email and telephone number, where appropriate. Fed. R. App. P. 12(b); Circuit Rule 3-2(b).

DATED: October 22, 2013                JENNER & BLOCK LLP

                                       By:      /s/
                                            Richard L. Stone

                                       Attorneys for Plaintiffs-Appellants

## Service List

Plaintiffs-appellants:

Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc.

Counsel for plaintiffs-appellants:

JENNER & BLOCK LLP
Richard L. Stone (Bar No. 110022)
Andrew J. Thomas (Bar No. 159533)
David R. Singer (Bar No. 204699)
Amy M. Gallegos (Bar No. 211379)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
rstone@jenner.com
ajthomas@jenner.com
dsinger@jenner.com
agallegos@jenner.com
Tel: +1-213-239-5100/Fax: +1-213-239-5199

Defendants-appellees:

Dish Network L.L.C., Dish Network Corp., and Echostar Technologies, L.L.C.

Counsel for defendants-appellees:

ORRICK, HERRINGTON & SUTCLIFFE LLP
William A. Molinski (Bar No. 145186)
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
wmolinski@orrick.com
Tel: +1-213-629-2020/Fax: +1-213-612-2499

Annette L. Hurst (Bar No. 148738)
405 Howard Street
San Francisco, California 94105-2669
ahurst@orrick.com
Tel: +1-415-773-5700/ Fax: +1-415-773-5759

E. Joshua Rosenkranz (*pro hac vice*)
Peter A. Bicks (*pro hac vice*)
Elyse D. Echtman *(pro hac vice)*
Lisa T. Simpson (*pro hac vice*)
51 W. 52nd St.
New York, New York 10019
jrosenkranz@orrick.com
pbicks@orrick.com
eechtman@orrick.com
Tel: +1-212-506-5000/Fax: +1-212-506-5151

DURIE TANGRI LLP
Mark. A. Lemley (Bar No. 155830)
Michael Page (Bar No. 154913)

217 Leidesdorff Street
San Francisco, California 94111
mlemley@durietangri.com
mpage@durietangri.com
Tel: +1-415-362-6666

# Exhibit A
# Filed Under Seal