JENNER & BLOCK LLP
Richard L. Stone (Bar No. 110022)
Andrew J. Thomas (Bar No. 159533)
David R. Singer (Bar No. 204699)
Amy M. Gallegos (Bar No. 211379)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
rstone@jenner.com
ajthomas@jenner.com
dsinger@jenner.com
agallegos@jenner.com

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth Century
Fox Film Corp., and Fox Television Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, *et al.*,<br><br>          Plaintiffs,<br>     v.<br>DISH NETWORK L.L.C. *et al.*,<br><br>          Defendants. | Case No. 12-CV-04529-DMG (SH)<br><br>**JOINT STIPULATION CONTINUING EARLY MEDIATION DEADLINE AND RELATED JOINT REPORT**<br><br>**Current Deadlines:** May 23, 2014 (mediation) and May 30, 2014 (joint report)<br><br>**Proposed New Deadlines:** July 18, 2014 (mediation) and July 23 (joint report)<br><br>[Proposed Order lodged concurrently] |

1  Plaintiffs Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. (collectively, "FOX") and defendants Dish Network L.L.C., Dish Network Corp., and EchoStar Technologies L.L.C. (collectively, "DISH") by and through their respective counsel, hereby stipulate, and jointly request that the Court continue the early mediation deadline from May 23, 2014 to July 18, 2014 and the related joint report deadline from May 30, 2014 to July 23, 2014 in order to accommodate the parties' and the mediator's schedule.  In support of their stipulation, the parties state as follows:

**WHEREAS,** on December 6, 2013, the Court set an early mediation deadline of May 23, 2014 and a deadline to file a joint report re results of early mediation of May 30, 2014;

**WHEREAS**, the parties have selected a mediator;

**WHEREAS**, the next available dates for the mediator and the parties to participate in mediation are after the early mediation deadline;

**WHEREAS,** the parties have agreed that it would be in the best interests of the parties, and would promote judicial economy, to continue the early mediation deadline and corresponding deadline for a joint report re results of the early mediation, rather than searching for and selecting a new mediator who is available prior to the early mediation deadline;

**WHEREAS**, this is the parties first request for an extension of the above-referenced deadlines;

////
///
///
///
///
///

1
JOINT STIPULATION CONTINUING EARLY MEDIATION DEADLINE AND RELATED JOINT REPORT

1  **WHEREAS**, the parties have agreed that, subject to the Court's approval, the
2  early mediation deadline will now be July 18, 2014 and the corresponding joint report
3  will be due July 23, 2014;

5  IT IS HEREBY SO AGREED AND STIPULATED.

7  DATED: May 9, 2014               JENNER & BLOCK LLP

                                    By: _____
                                        David R. Singer

                                    Attorneys for Plaintiffs
                                    Fox Broadcasting Company, Twentieth
                                    Century Fox Film Corp., and
                                    Fox Television Holdings, Inc.

17 DATED: May 9, 2014               ORRICK, HERRINGTON & SUTCLIFFE LLP

                                    By: _____
                                        Elyse D. Echtman

                                    Attorneys for Defendants Dish Network L.L.C.,
                                    DISH Network Corp., and EchoStar
                                    Technologies L.L.C.