1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>DISH NETWORK L.L.C. *et al.*,<br><br>           Defendants. | Case No. CV-12-04529-DMG (SHx)<br><br>**ORDER CONTINUING EARLY MEDIATION DEADLINE AND RELATED JOINT REPORT [219]** |

1   The Court having considered the parties' Joint Stipulation Re Continuing Early
2   Mediation Deadline and Related Joint Report, and good cause appearing,
3   IT IS HEREBY ORDERED as follows:
4   (1) The early mediation deadline is continued from May 23, 2014 to July 18,
5   2014; and
6   (2) The joint report re results of early mediation is due by July 25, 2014.
7
8   IT IS SO ORDERED.
9   DATED:     May 12, 2014                 _____
10                                          DOLLY M. GEE
11                                          UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER CONTINUING EARLY MEDIATION DEADLINE