MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
MICHAEL PAGE (SBN 154913)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California  94111
Tel:  +1-415-362-6666

Attorneys for Defendants DISH Network L.L.C.,
DISH Network Corp., and EchoStar Technologies L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISH NETWORK L.L.C., *et al.*,<br><br>    Defendants. | Case No. CV12-04529 DMG (SHx)<br><br>**<u>DISCOVERY MATTER</u>**<br><br>**DEFENDANT DISH NETWORK L.L.C.'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS NO. 3 (SET ONE)** |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that on June 23, 2014 at 2:00 p.m., or as soon
3   thereafter as counsel may be heard, before the Honorable Stephen J. Hillman in
4   Courtroom 550 of the United States District Court for the Central District of
5   California, located at 255 East Temple Street Los Angeles, CA 90012, Defendant
6   DISH Network L.L.C. will and hereby does move the Court to grant an order
7   compelling Plaintiffs Fox Broadcasting Company, Inc., Twentieth Century Fox
8   Film Corp., and Fox Television Holdings, Inc. to produce documents in response to
9   Request No. 3 in DISH Network L.L.C.'s First Set of Requests for Production of
10  Documents to Plaintiffs Fox Broadcasting Company, Inc., Twentieth Century Fox
11  Film Corp., and Fox Television Holdings, Inc.

12       This Motion is based on the concurrently filed Joint Stipulation pursuant to
13  Local Rule 37-2, the concurrently filed Declaration of Michael Page and exhibits
14  attached thereto, the concurrently filed Proposed Order, all other pleadings and
15  papers on file in this and related actions, any matters over which the Court may take
16  judicial notice, and any oral arguments the Court may decide to consider in this
17  matter.

18       This motion is made following extensive meet and confer efforts and
19  numerous conferences of counsel pursuant to L.R. 37-1, including but not limited to
20  a conference that took place on January 8, 2013.

21  Dated:      May 23, 2014              Durie Tangri LLP

23                                         By:     */s/ - Michael Page*
24                                              MICHAEL PAGE
                                             Attorneys for Defendants
25                                         DISH Network L.L.C. and DISH
                                                 Network Corp.

-1-

DEFENDANT'S AM. NOTICE OF MOTION AND
MOTION TO COMPEL PROD. OF DOCUMENTS
CASE NO. CV1204529 DMG (SHx)