WILLIAM A. MOLINSKI (SBN 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Tel: +1-213-629-2020 / Fax: +1-213-612-2499

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105-2669
Tel: +1-415-773-5700 / Fax: +1-415-773-5759

E. JOSHUA ROSENKRANZ (*pro hac vice*)
jrosenkranz@orrick.com
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
ELYSE D. ECHTMAN (*pro hac vice*)
eechtman@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Tel: +1-212-506-5000 / Fax: +1-212-506-5151

MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
MICHAEL PAGE (SBN 154913)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California 94111
Tel: +1-415-362-6666

Attorneys for Defendants DISH Network L.L.C.,
DISH Network Corp., and EchoStar Technologies L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISH NETWORK L.L.C., *et al.*,<br><br>Defendants. | Case No. CV12-04529 DMG (SHx)<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION TO CONSOLIDATE AND CONTINUE DEFENDANT'S MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Current Dates: June 23, 30, 2014<br>Proposed Date: July 14, 2014 |

1  Pursuant to Central District Local Rule 7-1, plaintiffs Fox Broadcasting
2  Company, Twentieth Century Fox Film Corp., and Fox Television Holdings Inc.
3  ("Fox") and defendant DISH Network L.L.C. hereby stipulate and agree as follows:
4  WHEREAS, DISH Network L.L.C. filed Defendant's Motion to Compel
5  Production of Documents Responsive to Request for Production No. 3 (Set One) on
6  Monday, June 2, 2014, Dkt. No. 222, which is set for hearing on Monday, June 23,
7  2014;
8  WHEREAS, DISH Network L.L.C. filed Defendant's Motion to Compel
9  Production of Documents Responsive to Request for Production No. 6 (Set One),
10 Nos. 28-30 (Set Two), Nos. 24, 31, 32, 35-41 (Set Three) on Monday, June 9, 2014,
11 Dkt. No. 225, which is set for hearing on Monday, June 30, 2014;
12 WHEREAS, for purposes of efficiency for both counsel and the Court, the
13 parties agree that the hearings on these two motions should be consolidated;
14 WHEREAS, Michael Page of Durie-Tangri, co-counsel for DISH Network
15 L.L.C., who filed Defendant's Motion to Compel Production of Documents
16 Responsive to Request for Production No. 3 (Set One) has a conflict for the hearing
17 on Monday, June 30, 2014; and
18 WHEREAS, all counsel for the parties are available for a consolidated
19 hearing on Monday July 14, 2014;
20 NOW, THEREFORE, the parties hereby stipulate and agree that:
21 1. The hearings on Defendant's Motion to Compel Production of Documents
22 Responsive to Request for Production No. 3 (Set One) and Defendant's Motion to
23 Compel Production of Documents Responsive to Request for Production No. 6 (Set
24 One), Nos. 28-30 (Set Two), Nos. 24, 31, 32, 35-41 (Set Three) shall be
25 consolidated; and
26 2. The consolidated hearing shall be set for hearing on July 14, 2014, before
27 the Honorable Stephen J. Hillman, at 2:00 p.m., or as soon thereafter as counsel
28 may be heard, in Courtroom 550 of the United States District Court for the Central

District of Los Angeles, located at 255 East Temple Street, Los Angeles, California 90012.

Dated: June 17, 2014                Jenner & Block

By:    */s/ - David R. Singer*
      DAVID R. SINGER
      Attorneys for Plaintiffs
      Fox Broadcasting Company,
      Twentieth Century Fox Film Corp.,
      and Fox Television Holdings Inc.

Dated: June 17, 2014                Durie Tangri LLP

By:    */s/ - Michael Page*
      Michael Page
      Attorneys for Defendants
      DISH Network L.L.C., DISH
      Network Corp. and EchoStar
      Technologies L.L.C.

Dated: June 17, 2014                Orrick, Herrington & Sutcliffe LLP

By:    */s/ - William A. Molinski*
      WILLIAM A. MOLINSKI
      Attorneys for Defendants
      DISH Network L.L.C., DISH
      Network Corp. and EchoStar
      Technologies L.L.C.

Pursuant to L.R. 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.