SUSAN K. JAMISON (State Bar No. 131867)
ef-skj@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Attorneys for Defendant
DISH Network L.L.C.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>DISH NETWORK L.L.C., et al.,<br><br>             Defendants. | Case No. CV12-04529 DMG (SHx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF LODGING**<br><br>Hearing Date: July 25, 2014<br>Opposition:     July 11, 2014 |

10144.004 2871176v1

**NOTICE OF LODGING**

COBLENTZ PATCH DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1  Pursuant to Central District Local Rule 5-4.4.1, Defendant DISH Network
2  L.L.C., ("DISH") attaches the [Proposed] Order Granting Stipulation to Consolidate
3  Hearing on Non-Party Motions for Protective Relief and Establish Date for Filing
4  Opposition to this Notice of Lodging.

5

6  DATED: June 30, 2014          COBLENTZ PATCH DUFFY & BASS LLP

7

8                                By:      /s/ Susan K. Jamison
9                                     Susan K. Jamison
                                      Attorneys for Defendant DISH Network
10                                    L.L.C.

10144.004 2871176v1

1

**NOTICE OF LODGING**