UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DISH NETWORK L.L.C. *et al.*,<br><br>　　　　Defendants. | Case No. 12-CV-04529-DMG (SH)<br><br>**ORDER ENTERING JOINT STIPULATION CONTINUING "EARLY" MEDIATION DEADLINE AND RELATED JOINT REPORT [247]** |

　　　Having considered the parties' Joint Stipulation Re Continuing Early Mediation Deadline and Related Joint Report, the Court finds good cause for continuing the "early" mediation deadline and related joint report.

　　　Now, therefore, IT IS HEREBY ORDERED as follows:

　　　(1) The "early" mediation deadline is continued from July 18, 2014 to September 30, 2014; and

　　　(2) The joint report re results of mediation is due on October 7, 2014.

IT IS SO ORDERED.

DATED:  July 1, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE