JENNER & BLOCK LLP
Richard L. Stone (Cal. Bar No. 110022)
rstone@jenner.com
Andrew J. Thomas (Cal. Bar No. 159533)
ajthomas@jenner.com
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Amy M. Gallegos (Cal. Bar No. 211379)
agallegos@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth Century
Fox Film Corp., and Fox Television Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FOX BROADCASTING COMPANY, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>DISH NETWORK L.L.C., et al.,<br><br>        Defendants. | Case No. 12-CV-04529-DMG (SH)<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO DOCUMENT REQUESTS NOS. 42, 53, 62, 63, 167, 173, 174, 175, 178, 180, 181, 182, AND 183**<br><br>Discovery Cutoff: August 5, 2014<br>Pretrial Conference: December 16, 2014<br>Trial Date: January 13, 2015<br>Hearing Date: July 28, 2014<br>Hearing Time: 2:00 p.m.<br>Hearing Location: Courtroom 550 |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 28, 2014 at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable Stephen J. Hillman in Courtroom 550 of the United States District Court for the Central District of California, located at 255 East Temple Street Los Angeles, CA 90012, Plaintiffs Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. will and hereby does move the Court to grant an order compelling Defendants DISH Network L.L.C., DISH Network Corp., and Echostar Technologies, L.L.C. to produce documents responsive to Request Nos. 42, 53, 62, 63, 167, 173, 174, 175, 178, 180, 181, 182, and 183.

This Motion is based on the concurrently filed Joint Stipulation pursuant to Local Rule 37-2, the concurrently filed Declaration of David Singer and the exhibits attached thereto, the concurrently filed Proposed Order, all other pleadings and papers on file in this and related actions, any matters over which the Court may take judicial notice, and any oral arguments the Court may decide to consider in this matter.

This motion is made following extensive meet-and-confer efforts and numerous conferences of counsel pursuant to Local Rule 37-1, including in-person conferences that took place on January 8, 2013, April 24, 2013, August 21, 2013, January 23, 2014, June 9, 2014.

DATED: June __, 2014           JENNER & BLOCK LLP


                               _____/S/_____
                               David R. Singer

                               Attorneys for Plaintiffs
                               Fox Broadcasting Company, Twentieth
                               Century Fox Film Corp., and Fox Television
                               Holdings, Inc.