Name & Address:
Susan K. Jamison (SBN 131867)
Jeremiah J. Burke (SBN 253957)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Email:  ef-skj@cpdb.com; ef-jjb@cpdb.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FOX BROADCASTING COMPANY, et al.

PLAINTIFF(S)

v.

DISH NETWORK L.L.C., et al.

DEFENDANT(S).

CASE NUMBER:
12-04529 DMG (SHx)

**NOTICE OF MANUAL FILING
OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually   ☒ Filed   ☐ Lodged: (**List Documents**)

1.  DEFENDANT'S APPLICATION TO FILE UNDER SEAL;
2.  [PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO FILE UNDER SEAL; and
3.  DEFENDANT DISH NETWORK L.L.C.'S OPPOSITION TO NON-PARTIES NETFLIX, INC. AND AMAZON.COM INC.'S MOTION FOR PROTECTIVE ORDER.

**Reason:**

☒   Under Seal and/or In Camera

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated: _____

☐   Administrative Record

☐   Other:

July 11, 2014
Date

*/s/ Susan K. Jamison*
Attorney Name

Defendant DISH Network L.L.C.
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)          NOTICE OF MANUAL FILING OR LODGING


American LegalNet, Inc.
www.FormsWorkFlow.com