UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 12-04529 DMG (SHx) | Date | August 21, 2014 |
|---|---|---|---|

| Title | Fox Broadcasting Company, et al. v. Dish Network LLC, et al. | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff(s)         Attorneys Present for Defendant(s)

**Proceedings:** **ORDER RE MOTION FOR REVIEW OF MAGISTRATE JUDGE'S JULY 30 ORDER [DOC. # 359]; PLAINTIFFS'APPLICATION TO FILE UNDER SEAL [DOC. # 358]; AND ORDER REQUESTING SUPPLEMENTAL BRIEFING RE: PLAINTIFFS'APPLICATION TO FILE UNDER SEAL [DOC. # 365]**

On August 13, 2014, Plaintiffs filed a motion for review of Magistrate Judge's July 30, 2014 Order re Order on Motion to Compel and a related application for sealing. [Doc. ## 358, 359.] On August 20, 2014, Plaintiffs withdrew their motion for review. [Doc. # 367.] Accordingly, the pending motion for review and related application for sealing are **DENIED without prejudice** as moot. The Court's August 19, 2014 order requesting supplemental information regarding the sealing application is **VACATED** as moot. The September 19, 2014 hearing is **VACATED**.

**IT IS SO ORDERED.**