JENNER & BLOCK LLP
Richard L. Stone (Cal. Bar No. 110022)
rstone@jenner.com
Andrew J. Thomas (Cal. Bar No. 159533)
ajthomas@jenner.com
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Amy M. Gallegos (Cal. Bar No. 211379)
agallegos@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Fax: (213) 239-5199

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth Century
Fox Film Corp., and Fox Television Holdings, Inc.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>DISH NETWORK L.L.C., et al.,<br>　　　　　　　Defendants. | Case No. 12-CV-04529-DMG (SH)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:　　October 17, 2014<br>Hearing Time:　　2:00 p.m.<br>Hearing Location: Courtroom 7 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 17, 2014 at 2:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 7 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012, before the Honorable Dolly M. Gee, plaintiffs Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. (collectively, "Fox") will, and hereby do, move for partial summary judgment against defendants Dish Network L.L.C., Dish Network Corp., and EchoStar Technologies L.L.C. (collectively, "Dish") pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rules 56-1 through 56-3 of the Local Rules for the Central District of California, on the grounds that there are no disputed issues of material fact and that Fox is entitled to judgment as a matter of law on the following claims and issues:

1. Dish is infringing Fox's exclusive right to publicly perform its copyrighted works by streaming them over the Internet;

2. Dish is breaching the 2010 Amendment to the parties' 2002 Retransmission Consent Agreement by retransmitting Fox's programming over the Internet;

3. Dish is breaching the parties' 2002 Retransmission Consent Agreement by distributing Fox's programming on a "video-on-demand or similar basis" using PrimeTime Anytime;

4. Dish is breaching the parties' 2002 Retransmission Consent Agreement by authorizing Dish's subscribers to copy Fox's programming for viewing outside their homes with its Hopper Transfers service;

5. Dish has breached the parties' 2002 Retransmission Consent Agreement by making copies of Fox's programming in connection with the operation of the AutoHop service; and

6. Dish has infringed Fox's exclusive right to reproduce its copyrighted works by making copies of Fox's programming in connection with the operation of

1  the AutoHop service.

2      Fox's motion is based on this Notice of Motion and Motion for Partial
3  Summary Judgment, as well as the concurrently filed Memorandum of Points and
4  Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Declarations
5  of Amy M. Gallegos, Howard Homonoff, and Mary McGuire, the exhibits attached
6  thereto, Exhibit 1 to Fox's Notice of Lodging, Fox's Appendix of Previously Filed
7  Documents, the exhibits attached thereto, and the Proposed Order, as well as the
8  pleadings and papers on file in this action, and on such further argument and evidence
9  as the Court may consider.

10      This motion is made following a conference of counsel pursuant to Local Rule
11  7-3, which took place on August 15, 2014.

14  DATED:  August 22, 2014        JENNER & BLOCK LLP

16          ___/s/ Richard L. Stone_____
17          Richard L. Stone

18          Attorneys for Plaintiffs
19          Fox Broadcasting Company, Twentieth
        Century Fox Film Corp., and Fox Television
20          Holdings, Inc.