UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4529 DMG (SHx) | Date | August 27, 2014 |
|---|---|---|---|
| Title | Fox Broadcasting Company et al v. Dish Network LLC et al | | |

| Present: The Honorable | Stephen J, Hillman, U.S Magistrate Judge |
|---|---|
| Sandra L. Butler | CS8/27/2014 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**     Telephone Conference

    Case called. Counsel enter their appearances. Court and Counsel confer. Proposed Joint Stipulation or a separate proposed orders shall be submitted to court no later than September 8, 2014. Court will issue a ruling thereafter.

|  | : | 20 |
|---|---|---|
| Initials of Preparer |  | slb |