UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 12-04529-DMG (SH) |
| Date | October 17, 2014 |
| Title | Fox Broadcasting Company, et al. v. Dish Network LLC, et al. |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien/Charles A. Rojas | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Amy M. Gallegos | Peter A. Bicks |
| Andrew J. Thomas | Annette L. Hurst |
| David R. Singer | William A. Molinski |
| Richard L. Stone | |

**Proceedings:** DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT [372] [481]

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [383] [479]

The case is called and counsel state their appearance. The Court gives an oral tentative ruling. The Court hears argument of counsel. Following oral argument, the Court advises counsel that the motions are taken under submission and a written order will issue.

2:35