UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, *et al.*,<br><br>             Plaintiffs,<br>     v.<br><br>DISH NETWORK L.L.C. *et al.*,<br><br>             Defendants. | Case No. CV-12-04529-DMG (SHx)<br><br>**ORDER RE JOINT STIPULATION RE SETTLEMENT CONFERENCE [563]** |

Having considered the parties' Joint Stipulation Regarding Settlement Conference, the Court finds good cause to relieve the parties of the requirement to engage in an additional private mediation on or before November 18, 2014.

Now, therefore, IT IS HEREBY ORDERED that the November 18, 2014 Settlement Conference Completion Date in this Court's Scheduling and Case Management Order for Jury Trial [Doc. # 213] is VACATED.

IT IS SO ORDERED.

DATED:  October 20, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE