WILLIAM A. MOLINSKI (SBN 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Tel: +1-213-629-2020 / Fax: +1-213-612-2499

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105-2669
Tel: +1-415-773-5700 / Fax: +1-415-773-5759

E. JOSHUA ROSENKRANZ (*pro hac vice*)
jrosenkranz@orrick.com
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
ELYSE D. ECHTMAN (*pro hac vice*)
eechtman@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York  10019-6142
Tel: +1-212-506-5000 / Fax: +1-212-506-5151

Attorneys for Defendants DISH Network L.L.C., DISH Network Corp., and EchoStar Technologies L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISH NETWORK L.L.C., *et al.*,<br><br>    Defendants. | Case No. CV12-04529 DMG (SHx)<br><br>**JOINT REPORT RE RESULTS OF MEDIATION** |

1  Plaintiffs Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. (collectively, "Plaintiffs") and defendants DISH Network L.L.C., DISH Network Corp., and EchoStar Technologies L.L.C. (collectively, "Defendants") by and through their respective counsel, hereby submit this Joint Report Regarding the Results of Mediation.

The parties continued their mediation with The Honorable Louis Meisinger on Tuesday, January 6, 2015 beginning at 10 a.m. at ADR Services, Inc. located at 1900 Avenue of the Stars, Suite 250, Los Angeles, CA 90067.

Plaintiffs attended the mediation in person through Wade Gentz, Esq, Vice-President, Litigation, Fox Group Legal, and Plaintiffs' counsel of record, Richard L. Stone and David R. Singer of Jenner & Block LLP.

Defendants attended the mediation in person through Lawrence Katzin, Esq., Vice President, Litigation & Associate General Counsel, and Defendants' counsel of record, Peter Bicks and Annette Hurst of Orrick Herrington & Sutcliffe LLP.

The parties were unable to reach a settlement.

Pursuant to L.R. 5-4.3.4(a)(2), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 6, 2015

Orrick, Herrington & Sutcliffe LLP

By: */s/ Annette L. Hurst*
ANNETTE L. HURST
Attorneys for Defendants
DISH Network L.L.C., DISH Network Corp. and EchoStar Technologies L.L.C.

| | | |
|---|---|---|
| 1 | Dated: January 6, 2015 | Jenner & Block LLP |
| 2 | | |
| 3 | | By: _/s/ David R. Singer_ |
| 4 | | David R. Singer |
| | | Attorneys for Plaintiffs Fox Broadcasting Company, Twentieth |
| 5 | | Century Fox Film Corp., and Fox Television Holdings, Inc. |

-2-

JOINT REPORT RE RESULTS OF MEDIATION
CASE NO. CV1204529 DMG (SHx)