JENNER & BLOCK LLP
Richard L. Stone (Bar No. 110022)
Andrew J. Thomas (Bar No. 159533)
David R. Singer (Bar No. 204699)
Amy M. Gallegos (Bar No. 211379)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
rstone@jenner.com
ajthomas@jenner.com
dsinger@jenner.com
agallegos@jenner.com

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth Century
Fox Film Corp., and Fox Television Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, *et al.*, <br><br>         Plaintiffs, <br><br>     v. <br><br> DISH NETWORK L.L.C. *et al.*, <br><br>         Defendants. | Case No. 12-CV-04529-DMG (SH) <br><br> **JOINT STIPULATION TO STAY LITIGATION** <br><br><br> **[Proposed Order lodged concurrently]** |

2330475.1

Plaintiffs Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. (collectively, "Fox" or "Plaintiffs") and defendants DISH Network L.L.C., DISH Network Corp., and EchoStar Technologies L.L.C. (collectively, "DISH" or "Defendants") by and through their respective counsel, hereby stipulate and jointly respectfully request as follows:

**WHEREAS**, the parties' current retransmission consent agreement governing their relationship at issue in this lawsuit expires on October 29, 2015;

**WHEREAS**, DISH has settled similar disputes with both ABC and CBS in the context of renewals of their respective retransmission consent agreements;

**WHEREAS**, the parties in this lawsuit believe it highly likely that the negotiation later this year of a renewal of their 2010 agreement will result in resolution of this lawsuit;

**WHEREAS**, the Court issued its under-seal summary judgment ruling on January 12, 2015 (the "Order");

**WHEREAS**, trial is set for February 24, 2015;

**WHEREAS**, the parties believe that a stay of all litigation would promote a settlement of this case; and

**WHEREAS**, the parties believe it would promote settlement if the Order remains under seal during the pendency of the requested stay of litigation and that unsealing the Order may impair the parties' ability to reach a resolution of the case;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1.      This action shall be immediately stayed in its entirety until October 1, 2015;

2330475.1

2.     The stay will automatically expire on October 1, 2015, and the Court will set a new trial date on the remaining issues to be tried approximately six weeks after October 1, 2015 or as soon thereafter as the Court's calendar permits; and

3.     The parties hereby jointly request that the Court maintain the Order under seal during the pendency of the stay to promote settlement.


IT IS HEREBY SO AGREED AND STIPULATED.


DATED:  January 15, 2014            JENNER & BLOCK LLP


                                    By: _____/s/ David R. Singer_____
                                          David R. Singer

                                    Attorneys for Plaintiffs
                                    Fox Broadcasting Company, Twentieth
                                    Century Fox Film Corp., and
                                    Fox Television Holdings, Inc.



DATED:  December 23, 2014           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                    By: _____/s/ William Molinski_____
                                          William Molinski

                                    Attorneys for Defendants DISH Network
                                    L.L.C., DISH Network Corp., and EchoStar
                                    Technologies L.L.C.



Pursuant to L.R. 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.