**STAYED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, *et al.*,<br><br>    Plaintiffs,<br>  v.<br>DISH NETWORK L.L.C. *et al.*,<br><br>    Defendants. | Case No. : CV 12-4529-DMG (SHx)<br><br>**ORDER STAYING LITIGATION [602]** |

Case 2:12-cv-04529-DMG-SH Document 605 Filed 01/16/15 Page 2 of 2 Page ID #:34029

Having considered the parties' Joint Stipulation To Stay Litigation [Doc. # 602], and having conferred with the parties at the status conference on this date, the Court finds that staying this action until October 1, 2015 will promote settlement of this case and judicial economy.

Good cause appearing therefor, IT IS HEREBY ORDERED:

1. This action shall be immediately stayed in its entirety until October 1, 2015, unless the parties jointly request an earlier lifting of the stay;

2. The stay will automatically expire on October 1, 2015;

3. The parties shall file joint status reports on May 15, 2015 and September 18, 2015;

4. The Court will set new final pretrial conference and trial dates on the issues remaining for trial approximately six weeks after October 1, 2015, or as soon thereafter as the Court's calendar permits;

5. The parties shall have until January 20, 2015 to submit their proposed redactions to the under-seal summary judgment Order in accordance with the standard set forth in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir 2006); and

6. All deadlines and hearing dates are VACATED and will be reset, if necessary, after the stay is lifted.

IT IS SO ORDERED.

DATED: January 16, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1
ORDER STAYING LITIGATION