JENNER & BLOCK LLP
Richard L. Stone (Cal. Bar No. 110022)
rstone@jenner.com
Andrew J. Thomas (Cal. Bar No. 159533)
ajthomas@jenner.com
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Amy M. Gallegos (Cal. Bar No. 211379)
agallegos@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone:  (213) 239-5100
Fax:  (213) 239-5199

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth Century
Fox Film Corp., and Fox Television Holdings, Inc.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, et al.<br><br>　　　　　　Plaintiffs,<br>　　v.<br>DISH NETWORK L.L.C., et al.,<br>　　　　　　Defendants. | Case No. 12-CV-04529-DMG (SH)<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's January 16, 2015 Order Staying Litigation (Dkt. No. 605), the parties hereby submit the following joint status report:  Since the litigation was stayed, the parties have engaged in business negotiations but do not have any material developments to report to the Court.

DATED:  May 13, 2015                    JENNER & BLOCK LLP

                                            ___/s/ Richard L. Stone_____
                                            Richard L. Stone

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc.

DATED:  May 13, 2015                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            ___/s/ William Molinski_____
                                            William Molinski

Attorneys for Defendants DISH Network L.L.C., DISH Network Corp., and EchoStar Technologies L.L.C.

Pursuant to L.R. 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.