JENNER & BLOCK LLP
Richard L. Stone (Cal. Bar No. 110022)
rstone@jenner.com
Andrew J. Thomas (Cal. Bar No. 159533)
ajthomas@jenner.com
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Amy M. Gallegos (Cal. Bar No. 211379)
agallegos@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Fax: (213) 239-5199

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth Century
Fox Film Corp., and Fox Television Holdings, Inc.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, et al.<br><br>　　　　　Plaintiffs,<br>　　v.<br>DISH NETWORK L.L.C., et al.,<br>　　　　　Defendants. | Case No. 12-CV-04529-DMG (SH)<br><br>**JOINT STATUS REPORT (SECOND)**<br><br>**[PUBLIC REDACTED VERSION]** |

Pursuant to the Court's January 16, 2015 Order Staying Litigation (Dkt. No. 605), the parties hereby submit the following joint status report:

**Defendants' Status Update to the Court:**

Earlier this year, the parties filed a joint stay request and the Court entered a stay of this litigation through October 1, 2015 to maintain the status quo and "promote settlement of this case and judicial economy."

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

(attached hereto as **Exhibit A**).

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████

The parties' joint stay request was made ████████████████████

████████████████████████████████████████████ (attached hereto as

**Exhibit B**). ████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

2

1  ████████████████████████████████████████████████████████
2  ████████████████
3       ████████████████████████████████████████████████
4  ████████████████████████████████████████████████████████
5  ████████████████████████████████████████████████████████
6  ████████████████████████████████████████████████████████
7  ████████████████████████████████████████████████████████
8  ████████████████████████████████████████████████████████
9  ████████████████████████████████████████████████████████
10 ████████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████████
12 ████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████
14 ██████████████████████████████████████
15      ████████████████████████████████████████████████████
16 ████ (attached hereto as **Exhibit C**), ████████████████
17 ████████████████████████████████████████████████████████
18 ████████████████████████████████████████
19      ███████████████████████████████████████████████████
20 ████████████████████████████████████████████████████████
21 ████████████████

22      DISH respectfully requests a telephonic conference with the Court on Monday,
23 September 21, or as soon thereafter as the Court may be available, to discuss ████
24 ████████████████████████████████████████████████████████
25 ████████████████████████████████████

**Plaintiffs' Status Update to the Court:**

On January 12, 2015, this Court ruled that Dish breached its Retransmission Consent Agreement (RTC Agreement) with Fox by offering the unauthorized Dish Anywhere and Hopper Transfers services. MSJ Ruling, Dkt. 607, at pp. 34-35, 54-55. Shortly thereafter, the parties stipulated to stay the litigation. Dkt 605. The stay automatically expires on October 1, 2015. *Id.*, ¶ 2. At the time the stay was ordered,

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████
   ███████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████
   █████████████████
█████████████████████████████████ attached hereto as **Exhibit D**),
███████████████████████████████████████████

3

1  ▮
2  ▮
3  ▮ The Court's order simply
4  stays the litigation until October 1, 2015 – ▮
5  ▮
6  ▮
7  ▮ *See* Dkt. 605.
8  ▮
9  ▮
10 ▮
11 ▮
12 ▮
13 ▮
14 ▮
15 ▮
16 ▮
17 ▮
18 ▮
19 ▮
20 ▮
21 ▮
22 ▮
23 ▮ after this Court granted summary judgment for Fox on its breach
24 of contract claims. ▮
25 ▮
26 ▮
27 ▮
28 ▮

| | | |
|---|---|---|
| DATED: September 18, 2015 | | JENNER & BLOCK LLP |
| | | \_\_\_/s/ Richard L. Stone_____ |
| | | Richard L. Stone |
| | | |
| | | Attorneys for Plaintiffs |
| | | Fox Broadcasting Company, Twentieth Century Fox Film Corp., and Fox Television Holdings, Inc. |
| DATED: September 18, 2015 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | | \_\_\_/s/ William Molinski_____ |
| | | William Molinski |
| | | |
| | | Attorneys for Defendants DISH Network L.L.C., DISH Network Corp., and EchoStar Technologies L.L.C. |

Pursuant to L.R. 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

# EXHIBIT A

# (Filed Conditionally Under Seal)

# EXHIBIT B

## (Filed Conditionally Under Seal)

# EXHIBIT C

## (Filed Conditionally Under Seal)

# EXHIBIT D

# (Filed Conditionally Under Seal)