JENNER & BLOCK LLP
Richard L. Stone (Bar No. 110022)
Andrew J. Thomas (Bar No. 159533)
David R. Singer (Bar No. 204699)
Amy M. Gallegos (Bar No. 211379)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
rstone@jenner.com
ajthomas@jenner.com
dsinger@jenner.com
agallegos@jenner.com

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth Century
Fox Film Corp., and Fox Television Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, *et al.*,<br><br>  Plaintiffs,<br>  v.<br>DISH NETWORK L.L.C. *et al.*,<br><br>  Defendants. | Case No. 12-CV-04529-DMG (SH)<br><br>**JOINT STIPULATION TO RE-STAY LITIGATION**<br><br>[Proposed Order lodged concurrently]<br><br>[**PUBLIC REDACTED VERSION**] |

1   Plaintiffs Fox Broadcasting Company, Twentieth Century Fox Film Corp., and
2   Fox Television Holdings, Inc. (collectively, "Fox" or "Plaintiffs") and defendants
3   DISH Network L.L.C., DISH Network Corp., and EchoStar Technologies L.L.C.
4   (collectively, "DISH" or "Defendants") by and through their respective counsel,
5   hereby stipulate and jointly respectfully request as follows:

   **WHEREAS**, ████████████████████████████████████████████
   ██████████████████████████████████████;

   **WHEREAS**, ████████████████████████████████████████████
   ███████████████████████;

   **WHEREAS**, DISH has settled similar disputes with both ABC and CBS in the context of renewals of their respective carriage agreements;

   **WHEREAS**, the Court previously stayed this case through October 1, 2015 in order to promote settlement (Dkt. No. 605);

   **WHEREAS**, ████████████████████████████████████████████
   ████████████████████████████████████████████████████████
   ██████████████████████████████████████████;

   **WHEREAS**, the Court, in its September 30, 2015 Order, indicated that the parties could stipulate to, and seek an order on, a continued stay in this case (Dkt. No. 614 ["The stay in this case automatically lifts on October 1, 2015, absent the parties' stipulation to the contrary and a court order thereon"]);

   **WHEREAS**, the parties' joint status report proposing new pretrial and trial dates and deadlines is due today, October 9, 2015;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. This action shall be immediately stayed in its entirety until January 15, 2016; and

2. The stay will automatically expire on January 15, 2016, and the parties will file a joint status report proposing new pretrial and trial dates and deadlines within five (5) court days of the expiration of the stay.

IT IS HEREBY SO AGREED AND STIPULATED.

DATED: October 9, 2015          JENNER & BLOCK LLP

By: /s/ David R. Singer
         David R. Singer

Attorneys for Plaintiffs
Fox Broadcasting Company, Twentieth
Century Fox Film Corp., and
Fox Television Holdings, Inc.

DATED: October 9, 2015          ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ William Molinski
         William Molinski

Attorneys for Defendants DISH Network
L.L.C., DISH Network Corp., and EchoStar
Technologies L.L.C.

1  Pursuant to L.R. 5-4.3.4(a)(2), I attest that all other signatories listed, and on
2  whose behalf this filing is submitted, concur in the filing's content and have
3  authorized the filing.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28