JS-6

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| FOX BROADCASTING COMPANY, et al., | Case No.: CV 12-4529-DMG (JEMx) |
|---|---|
| Plaintiffs, | **ORDER GRANTING STIPULATED DISMISSAL [629]** |
| v. | |
| DISH NETWORK L.L.C., et al., | **[FED. R. CIV. P. 41(a)(1)(A)(ii)]** |
| Defendants. | |

The Court, having read and considered the STIPULATED DISMISSAL filed by the parties to this action, Fox Broadcasting Company, Twentieth Century Fox Film Corporation, Fox Television Holdings Inc., DISH Network LLC, DISH Network Corporation, and EchoStar Technologies L.L.C., and good cause appearing therefor,

**IT IS ORDERED that:**

1. The Court hereby DISMISSES all claims with prejudice, each party to bear its own costs and attorneys' fees.
2. Non-party NBCUniversal's Motion to Stay, Review And/or Modify Magistrate Judge's December 9, 2014 Order [Doc. # 594] is DENIED as moot and the Order to Show Cause dated February 2, 2016 is DISCHARGED.
3. All scheduled dates and deadlines are VACATED.

DATED: February 11, 2016                    _____
                                             DOLLY M. GEE
                                             UNITED STATES DISTRICT JUDGE